# EXHIBIT D

# EXHIBIT D



# EN1822 European HEPA Test
## LMS Technologies, Inc.

**Test Type :**              EN1822
**Test Number:**             T051117A
**Flow Rate/Velocity:**      60 fpm, 30 cm/s
**Test Aerosol:**            KCl, Neutralized
**ΔP ("H2O):**               0.0850", 21.3 Pascals

**Test Requested By:**       Ideal living management
**Filter Mfgr:**
**Filter/Media ID # :**      Filter #2
**Filter/Media Size:**       13.5" x 16.25" x 1.5"

| Size Rang(μm) | Initial Fractional Efficiency(%) |
|---------------|----------------------------------|
| 0.0030        | 100.000                          |

