# EXHIBIT F

# EXHIBIT F

*January 25, 2022*                                                                       *LMS#7589*

# IEST-RP-CC001.6 TEST REPORT
# LMS Technologies, Inc.

*6423 Cecilia Circle*                                                                    *Tel.: (952) 918-9060*
*Bloomington, MN 55439*                                                                  *Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| **Test Type :** | IEST-RP-CC001.6 | **Test Requested by:** | *Ideal Living* |
| **Test Number:** | T012522A | **Filter Manufacturer:** | *AirDoctor* |
| **Flow Rate/Velocity:** | 340 cfm | **Filter ID:** | *Filter of AD3000 Unit* |
| **Test Aerosol:** | Latex beads, Neutralized | **Filter Description:** | *Minipleated Filter* |

| Flow Rate (cfm) | DP "$H_2O$ | Size Range ($\mu m$) | Initial Fractional Efficiency(%) |
|---|---|---|---|
| 340 | 0.264 | **0.1-0.2** | **99.975** |
| | | **0.2-0.3** | **99.977** |
| | | 0.3-0.5 | 99.986 |
| | | 0.5-0.7 | 99.991 |
| | | 0.7-1.0 | 100.000 |
| | | 1.0-2.0 | 100.000 |
| | | 2.0-3.0 | 100.000 |
| | | 3.0-5.0 | 100.000 |



*Data verified by LMS Calibration Filter* Patent Pending*





TEST SUPERVISOR                                                                          ENGINEERING APPROVAL
Emile Tadros _____                                                                    K.C. KWOK, PH.D._____