# Exhibit H

8/22/22, 12:55 PM    Amazon.com: AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 2 of 26   Page ID #:79



Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 3 of 26   Page ID #:80

$**49**⁸⁶  ($7.12 / Count)

**FREE Returns**

Coupon: ▼  Save an extra 5% when you apply this coupon. Terms

Get $20 off instantly: Pay $29.86 upon approval for the Amazon Store Card.

Size: **1+2+4**

| 1+2+4 | 2 Pack |
|---|---|
| **$49.86** **($7.12 / Count)** | $39.99 ($20.00 / Count) |

| | |
|---|---|
| **Brand** | LINNIW |
| **Material** | 1 H13 True HEPA + 2 Activated Carbon + 4 Extra Carbon Pre-filters (1+2+4) |
| **Compatible Device** | For Air Dr. 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro |

## About this item

- 【Perfect Compatibility】AD3000 Replacement Set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro. Compare to Part No. ADF3001 ADF3002
- 【Cost-Effective Price】(1+2+4) AD3000 Replacement Filters set contains 1 H13 TRUE HEPA + 2 activated carbon filtes + 4 pre-filters, 7 units value pack save much cost for your all year round air cleaning need.

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add your 30-day FREE trial of Prime and get **fast, free delivery**          prime

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Enerzen Ceramic Plate Replacement…
139
$**24**⁹⁵ ✓prime

Sponsored

Roll over image to zoom in

- 【Premium H13 true HEPA】3 Stages Filtration Multi-stage filtration effectively improve the air quality for your home.
- 【Change Regularly】 It is recommended to replace the AD3000 H13 HEPA for every 10 - 12 months, replace the AD3000 Activated Carbon for every 4 - 6 months, replace the AD3000 pre- filters for every 2 - 3 months. Higher level filtration performance for long time using.
- 【100% Quality Guarantee】Product quality and customer satisfaction are our top priorities. Contact us if you have any questions, LINNIW is confident in offering the best support for customers!

› See more product details

Compare with similar items

Report incorrect product information.

## Climate Pledge Friendly Pick



Dekiru Carbon Activated Filter Precut for HPA300 Prefilter Compatible with Honeywell Air Purifier Filter Replacement, Fit for Easy Installation Advanced Filters (6 Pack)

(457)

$17.99 ($3.00/Count)

🌿 Climate Pledge Friendly

8/22/22, 12:55 PM     Amazon.com: SD3000 Replacement Filters for AIR DOCTOR 3 Compatible with AIRDOCTOR 3 in-Home Air Purifier AIR DR 3 OR AD3000DM AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 5 of 26   Page ID #:82



**Filter for Levoit LV-H132, LV-H132-RF**

2 Set LV-H132 Air Purifier Replacement Filter, True HEPA Filter, LV-H132-RF,…

519

$27⁹⁶ ✓prime

Sponsored

**Calculators**   Hide ∧

Revenue Calculator     Sales Estimator

**ASIN: B0B42SDDWZ**

8/22/22, 12:55 PM     Amazon.com: AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 6 of 26   Page ID #:83

| | | |
|---|---|---|
| Buy Box Price ❓ | $   49.86 | **Brand:** LINNIW |
| Competitive Offers ❓ | 1 | #861 in Home Air Purifier Parts & Accessories |

**Launch Sales Estimator**

#151314 in Home & Kitchen

**Total New Prime Offers:** 0

**Competitive FBA Offers:** 0

**Current BSR:** 151,314

**Estimated Monthly Sales**     **N/A**

**Estimated Net Revenue**     **N/A**
(Fees Not Included)

Item Dimensions: N/A x N/A x N/A in

Item Weight: N/A lb

Package Dimensions: 16.93 x 4.37 x 14.06 in

Package Weight: 7.32 lb

## Special offers and product promotions

- **Create your FREE Amazon Business account** and take advantage of the benefits that the **Small Business Month** has for you. **Register today**

## Buy it with



Total price: $638.81

[ Add all three to Cart ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR …   $49.86 ($7.12/Count)

☑ AIRDOCTOR AD3000 4-in-1 Air Purifier for Home and Large Rooms with UltraHEPA, Carbon & VOC Filters - Air Quali…   $519.00

☑ AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home Purifier | Remove Cigaret…   $69.95

8/22/22, 12:55 PM          Amazon.com : AD3000 Replacement Filters For Air DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS  Document 1-8  Filed 01/18/23  Page 7 of 26  Page ID #:84

# Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | LINNIW |
| Item Weight | 7.3 pounds |
| Package Dimensions | 16.93 x 14.06 x 4.37 inches |
| Part Number | ADF3001 ADF3002 |
| Compatible Device | For Air Dr. 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro |
| Material Type | 1 H13 True HEPA + 2 Activated Carbon + 4 Extra Carbon Pre-filters (1+2+4) |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0B42SDDWZ |
| Customer Reviews | 9 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #151,314 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#861 in Home Air Purifier Parts & Accessories |
| Date First Available | June 30, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Products related to this item

Sponsored ⓘ

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 04/18/23   Page 8 of 26   Page ID #:85



**AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M…**
4
$99.99

**Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate…**
82
$65.99 ($9.43/Count)

**Ulrempart Replacement Filter Sets for Air Dr. Purifier Model AD3000, AD3000M, Inclu…**
126
$65.99

**Fizerneer AD3000 True HEPA Filter Replacement Set Compatible with 4-in-1 Home Air P…**
11
$49.99 ($16.66/Count)

Save $5.00  with coupon

**Vegebe AD3000 Replacement Filter Set, Fit for Air Doctor AD3000, AD3000M,…**
1
Limited time deal
$69.99
List: $99.99 (30% off)

F
C
D
AD3(

$69

# Videos

## Videos for related products

| | 0:31 | | 0:44 | | 0:38 |

Mestica air purifier fit HOKEKI VK-6067B

GERSHION Direct

AirDoctor - How to Replace Your AD3000 Filters

Ideal Living Direct

AirDoctor - How to Maintain AD3000 Pre-Filters

Ideal Living Direct

Upload your video

## Compare with similar items

| | This item AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4) | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1) UltraHEPA Filters & Two (2) Carbon/Gas Trap/VOC Filter | AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home Purifier \| Remove Cigarette Smoke, Pet Odors, Pollen, Toxins and More \| MADE BY AIRDOCTOR | AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M AD3000pro Purifier with 1 H13 True HEPA Filter 2 Activated Carbon Gas Trap VOC Filters and 4 Extra Carbon Pre-filters |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (9) | (589) | (379) | (4) |

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 10 of 26   Page ID #:87

| Price | $49⁸⁶ | $157⁰⁰ | $69⁹⁵ | $49⁹⁹ |
|---|---|---|---|---|
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Joba 1 | Ideal Living Direct | Ideal Living Direct | Fizerneer |
| Are batteries included? | No | No | No | No |
| Number of Items | 7 | — | 1 | 1 |

## Product Description

**AD3000 Replacement set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro**

**Compatible with** Air Dr. 4-in-1 Home Air Purifier AD3000M AD3000pro

**Part No.:**   ADF3001 ADF3002

**Package Includes：(1+2+4)**

- 1 H13 True HEPA
- 2 VOCActivated Carbon
- 4 Extra Carbon Pre-filters

**Tips:**
For optimal performance, we recommended to replace the AD3000 H13 HEPA flilte for every 10 - 12 months, replace the AD3000 VOC Activat Carbo for every 4 - 6 months, replace the AD3000 pre- filtes for every 2 - 3 months.

8/22/22, 12:55 PM

Amazon.com: AD3002 Replacement Filters For AlS DOCDOC Compatible with AIRDOCTOR 3/1-8/Zone Air Purifier AiB DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS Document 1-8 Filed 01/18/23 Page 11 of 26 Page ID #:88

# Customer questions & answers

See questions and answers ›

# Customer reviews

4.8 out of 5

**No customer reviews**

There are 0 customer reviews and 9 customer ratings.

8/22/22, 12:55 PM
Amazon.com: AD3000 Replacement Filters For AIRDOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Filter AR. DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …
Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 12 of 26   Page ID #:89

9 global ratings

| 5 star | 83% |
| 4 star | 17% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

932

Add to Cart

Sponsored

## Products related to this item

Sponsored ⓘ

Case 2:23-cv-00353-GW-AS Document 1-8 Filed 01/18/23 Page 13 of 26 Page ID #:90



AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M…

4

$99.99



Ulrempart Replacement Filter Sets for Air Dr. Purifier Model AD3000, AD3000M, Inclu…

126

$65.99



Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate…

82

$65.99 ($9.43/Count)



Vegebe AD3000 Replacement Filter Set, Fit for Air Doctor AD3000, AD3000M,…

1

Limited time deal

$69.99

List: $99.99 (30% off)



Fizerneer AD3000 True HEPA Filter Replacement Set Compatible with 4-in-1 Home Air P…

11

$49.99 ($16.66/Count)

F… C… D… AD3(

$69

28,438

Sponsored



D-TEND True HEPA Filter B FLT4825 Replacement Compatible with G-Guardian…

25

$36.⁹⁹ ✓prime

Sponsored

8/22/22, 12:55 PM

Amazon.com: AD3000 Replacement Filters For AirDOC DOC Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR-DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 14 of 26   Page ID #:91

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** | **Amazon Fresh** | **AmazonGlobal** Ship Orders Internationally | **Home Services** | **Amazon Ignite** | **Amazon Web Services** |

Case 2:23-cv-00353-GW-AS   Document 1-8   Filed 01/18/23   Page 15 of 26   Page ID #:92

Everything
For
Your Business

Groceries &
More
Right To
Your Door

Experienced
Pros
Happiness
Guarantee

Sell your original
Digital Educational
Resources

Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals
Quality Use

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

Deliver to Amador
**Sherman Oaks 91403**     **Appliances** ▾          EN ▾     Hello, Jamie
**Account & Lists** ▾     Returns
**& Orders**     **0**

**All**     Back to School     Off to College     Amazon Basics     Coupons     Shopper Toolkit     Health & Household          **Earn rewards on shopping**

Appliances     Best Sellers     Refrigeration     Cooking     Washers & Dryers     Dishwashers     Parts & Accessories

 Honeywell HPA300 HEPA Air Purifier, Airborne Allergen Reducer for Large
Rooms (465 sq ft), Black - Wildfire/Smoke, Pollen, Pet Dander, and Dust Air…     ★★★★⯪ 28,438     $**249**⁹⁹ ✓prime

Home & Kitchen › Heating, Cooling & Air Quality › Parts & Accessories › Air Purifier Parts & Accessories          Sponsored

**Last purchased Aug 22, 2022**
Size: **1+2+4** | **View order**          Set reminder








# AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)

**Visit the LINNIW Store**

$**49**⁸⁶ ($7.12 / Count)

& **FREE Returns**

**FREE delivery Monday, August 29**

Or fastest delivery **Tomorrow, August 23**. Order within 27 mins

**Deliver to Amador - Sherman Oaks 91403**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 **Secure transaction**















Absorbency ★★★★☆ 4.2

See more

## Review this product

Share your thoughts with other customers

Write a customer review

KEEPOW Upgraded Braava Jet 240 Mopping Pads Compatible with iRobot Braava Jet 240...

★★★★½ 472

$16⁹⁹ ✓prime   Shop now

Sponsored ⓘ

## Top reviews from the United States

**Lynn**

★★★★★ **Good quality and works well**

Reviewed in the United States 🇺🇸 on December 14, 2022

Size: 6 Wet Pads   |   Verified Purchase

I washed these several times now and they are holding up well. These seem more cost effective compared to the disposable ones and they definitely pick up hair and other things better than the disposable pads. But it's hard to say if they absorb dirt better. I use a stiff brush to get off the hair and what ever before throwing them in the washer.

Helpful   |   Report abuse

**Crayon**

★★★★☆ **Okay**

Reviewed in the United States 🇺🇸 on July 22, 2022

Size: 6 Wet Pads   |   Verified Purchase

Not as good as iRobots pads. It still works fine but iRobots pads are fluffier and more absorbent.

Helpful   |   Report abuse

**Meg molloy**

★★★☆☆ **Don't work**

Reviewed in the United States 🇺🇸 on October 25, 2022

Size: 6 Wet Pads   |   Verified Purchase

These do not seem to work with the IRobot Bravo jet M6. Only 2 out of 6 pads worked, otherwise it keeps telling me to attach a pad.

3 people found this helpful

Helpful   |   Report abuse

**Candice**

★★★★★ **Must have for M6!**

Reviewed in the United States 🇺🇸 on August 12, 2022

Size: 6 Wet Pads   |   Verified Purchase

Fantastic reusable mopping pads for M6! I read another review somewhere (don't think it was about these pads) that stated you couldn't use non-iRobot pads for the M6 because of some sensor. They were so wrong! These work like a charm, scrub off the general gunk on my floors, and cleaning them up is a breeze.



Candice

★★★★★ **Must have for M6!**

Reviewed in the United States us on August 12, 2022

Size: 6 Wet Pads   |   Verified Purchase

Fantastic reusable mopping pads for M6! I read another review somewhere (don't think it was about these pads) that stated you couldn't use non-iRobot pads for the M6 because of some sensor. They were so wrong! These work like a charm, scrub off the general gunk on my floors, and cleaning them up is a breeze. Definitely recommend!

Helpful        |   Report abuse

Mary Bridges

★★★★★ **Just what l wanted**

Reviewed in the United States us on September 27, 2022

Size: 6 Wet Pads   |   Verified Purchase

Works great

Helpful        |   Report abuse

Eugene B. Hamilton III

★★★★★ **Economical and efficient**

Reviewed in the United States us on August 1, 2022

Verified Purchase

Better than the junk iRobot offers. IRobot pads are basically maxi-pads. These clean amazing.

One person found this helpful

Helpful        |   Report abuse

ClayKing

★★★★☆ **quality**

Reviewed in the United States us on February 20, 2021

Size: 6 Wet Pads   |   Verified Purchase

Not as good of quality as the ones' by Irobot, not as thick, plastic on back not as thick......depends on how long they last. Cannot say for now.

Update, after nearly 5 months seem to be holding up as well as the Irobot product at 1/3 the cost.
Update 2. As mentioned they are not as thick as the Irobot ones, I noticed today after cleaning about 7 of these that when I picked one up, they were all wet, that the Irobot ones were clearly much heavier due to

Helpful    |    Report abuse

**ClayKing**

★★★★☆ **quality**

Reviewed in the United States us on February 20, 2021

Size: 6 Wet Pads    |    Verified Purchase

Not as good of quality as the ones' by Irobot, not as thick, plastic on back not as thick......depends on how long they last. Cannot say for now.

Update, after nearly 5 months seem to be holding up as well as the Irobot product at 1/3 the cost. Update 2. As mentioned they are not as thick as the Irobot ones, I noticed today after cleaning about 7 of these that when I picked one up, they were all wet, that the Irobot ones were clearly much heavier due to the amount of water that they retained over these. Still seem to clean ok however.

One person found this helpful

Helpful    |    Report abuse

**WormCakes**

★★★★★ **Impressive and Washable**

Reviewed in the United States us on July 5, 2020

Size: 6 Wet Pads    |    Verified Purchase    |    Early Reviewer Rewards  (What's this?)

Pros: The mopping pads are really easy to attach. They work just as good as the name brand ones, only you get a lot more for your money. The bottoms scrub the floor as the little robot cleans, and it picks up a ton of dirt (way more than I expected). If you have very large surface areas to clean or are doing multiple rooms, it might be worth using more than one pad just to maximize cleanilness (I don't usually though). They do great in the washer, too.

Con: I don't really have any complaints. If you leave the pad on the bot after cleaning or don't throw it in the washer, it gets a funky mildew scent like with towels or sponges. Just throw it in the washer the next time you do a load and let it air dry afterwards. They look and smell brand new afterwards. Piece of cake.

One person found this helpful

Helpful    |    Report abuse

See all reviews ›

**Top reviews from other countries**