# Exhibit I



# Details for Order #114-9811100-8945814

Print this page for your records.

**Order Placed:** August 22, 2022
**Amazon.com order number:** 114-9811100-8945814
**Order Total: $61.16**

## Not Yet Shipped

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)* <br> Sold by: Joba 1 (seller profile) <br><br> Condition: New | $49.86 |

**Shipping Address:**
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
American Express | Last digits: 2001

**Billing address**
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

| | |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $5.99 |
| | ----- |
| Total before tax: | $55.85 |
| Estimated tax to be collected: | $5.31 |
| | ----- |
| **Grand Total:** | **$61.16** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates

# Order Details

Your Account › Your Orders › Order Details

## Order Details

Ordered on January 17, 2023  |  Order# 112-9728090-4741864

**View or Print invoice**

### Shipping Address
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

Change

### Payment Method
VISA **** 2502

Change

### Apply gift card balance
Enter code

Apply

### Order Summary
| | |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $49.86 |
| Estimated tax to be collected: | $4.74 |
| **Grand Total:** | **$54.60** |

---

## Arriving Thursday

**Track package**



AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro, 1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters (1+2+4)
Sold by: Joba 1
$49.86
**Condition:** New

Add gift option

Buy it again

Change Payment Method

Change shipping speed

Cancel items

Archive order

---

## Related to items you've viewed  See more

Page 1 of 4



CVG2 | 8.4 Lbs | 08/25 | **DAX3**

Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
91403 – 3514 SHERMAN OAKS , CA United States



TBA024627567504

**DAX3** | **CYCLE 1**

XhyiZvnvr
1/2012

LAS6
**O** NT5

ONT5
**C** 005

CNO5
**D** AX3

XhyiZvnvr
1/2012









**Warning:** To avoid danger of suffocation

Keep this plastic bag away from babies and children.

Do not use this bag in cribs, beds, carriages, or playpens.

This bag is not a toy.

**Warning:** To avoid danger of suffocation Keep this plastic bag away from babies and children. Do not use this bag in cribs, beds, carriages, or playpens. This bag is not a toy.



**Warning:** To avoid danger of suffocation Keep this plastic bag away from babies and children. Do not use this bag in cribs, beds, carriages, or playpens. This bag is not a toy.

EPA Est. 101838-CH



X003A8MCD3
AD3000 H13 True HEPA Filte...4 Extra C
arbon Pre-filters
New
Made In China                    3722516

EPA Est. 101838-C

G-15.2A

CYCLE 1



spPBRJP35MN



spPBRJP35MN