# Exhibit J

September 6, 2022 *LMS#7990*

# IEST-RP-CC001.6 TEST REPORT
## LMS Technologies, Inc.

*6423 Cecilia Circle*
*Bloomington, MN 55439*

*Tel.: (952) 918-9060*
*Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| **Test Type :** | IEST-RP-CC001.6 | **Test Requested by:** | Ideal Living |
| **Test Number:** | T090622A | **Filter Manufacturer:** | Ideal Living |
| **Flow Rate/Velocity:** | 95 cfm | **Filter ID:** | LINNIW |
| **Test Aerosol:** | Latex beads, Neutralized | **Filter Description:** | HEPA Filter |

| Flow Rate (cfm) | DP "$H_2O$ | Size Range ($\mu m$) | Initial Fractional Efficiency(%) |
|---|---|---|---|
| 95.0 | 0.040 | *0.1-0.2* | *99.148* |
| | | *0.2-0.3* | *99.206* |
| | | 0.3-0.5 | 99.366 |
| | | 0.5-0.7 | 99.413 |
| | | 0.7-1.0 | 99.422 |
| | | 1.0-2.0 | 99.435 |
| | | 2.0-3.0 | 99.455 |
| | | 3.0-5.0 | 99.628 |

*Data verified by LMS Calibration Filter\* Patent Pending*



| mm dp | midrange size |
|---|---|
| 1.02 | 0.15 |
| | 0.25 |
| | 0.40 |
| | 0.60 |
| | 0.85 |
| | 1.50 |
| | 2.50 |
| | 4.0 |



*Pressure Drop vs. Flow Rate*



*Efficiency vs. Particle Diameter*

*TEST SUPERVISOR*
Emile Tadros _____

*ENGINEERING APPROVAL*
K.C. KWOK, PH.D._____