# EXHIBIT A

# EXHIBIT A

## JUDGE ANDRÉ BIROTTE JR.
## <u>SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET</u>

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court <u>ORDERS</u> the parties to make every effort to agree on dates.***

| Case No. 2:23-cv-00353-AB-MAR | Case Name: AirDoctor, LLC v. Lonni, Inc., et al. | | |
|---|---|---|---|

| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
|---|---|---|---|---|
| Check one:  [ X ] Jury Trial  or  [ ] Court Trial<br>(***Tuesday*** at 8:30 a.m., within 18 months after Complaint filed)<br>Estimated Duration:  3-4 Days | | 05/21/2024 | 05/21/2024 | [ ] Jury Trial<br>[ ] Court Trial<br>_____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>(***Friday*** at 11:00 a.m., at least 17 days before trial) | | 05/03/2024 | 05/03/2024 | |
| **Event** [1]<br>***Note:*** Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to <u>*Hear*</u> Motion to Amend Pleadings /Add Parties *[Friday]* | | 10/06/2024 | 10/06/2024 | |
| Non-Expert Discovery Cut-Off<br>(no later than deadline for <u>*filing*</u> dispositive motion) | 17 | 01/05/2024 | 01/05/2024 | |
| Expert Disclosure (Initial) | | 01/12/2024 | 01/12/2024 | |
| Expert Disclosure (Rebuttal) | | 01/24/2024 | 01/24/2024 | |
| Expert Discovery Cut-Off | 12[2] | 01/31/2024 | 01/31/2024 | |
| Last Date to <u>*Hear*</u> Motions  *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 02/09/2024 | 02/09/2024 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>  <u>*Select*</u> one:  [ X ] 1. Magistrate Judge *(with Court approval)*<br>        [ ] 2. Court's Mediation Panel<br>        [ ] 3. Private Mediation | 10 | 02/23/2023 | 02/23/2024 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | 05/03/2024 | 05/03/2024 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 05/10/2024 | 05/10/2024 | |

[1]  **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. <u>*Class actions and patent and ERISA cases in particular may need to vary from the above.*</u>**

² **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**