Tianyu Ju (State Bar Number: 323817)
Yu Hao Yao (State Bar Number: 344022)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: 312.448.7772
Facsimile: 312.801.4587
Email: iris.ju@glacier.law
mickey.yao@glacier.law
Attorneys for Defendant Lonni, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRDOCTOR, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff <br><br> v. <br><br> LONNI, INC., a Colorado Corporation, SHENZHENSHIDAZHANPENGTUHULIANWANGYOUXIANGONGSI and JOBA 1, <br><br> Defendants | Case No.: 2:23-cv-00353-ABR-MAR <br><br> **DEFENDANT LONNI, INC'S CORPORATE DISCLOUSRE STATEMENT** <br><br> Complaint Filed: January 18, 2023 |

DEFENDANT LONNI, INC'S ANSWER TO PLAINTIFF'S COMPLAINT

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Lonni Inc., affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock.

**GLACIER LAW LLP**

Date: 09/05/2023

/s/ Yu Hao Yao

Yu Hao Yao, Esq.
Tianayu Ju, Esq.
**Glacier Law LLP**
251 South Lake Ave Suite 910
Pasadena, CA 91101
mickey.yao@glacier.law
iris.ju@glacier.law
Tel: +1 (312) 499-2666
Fax: +1 (312) 801-4587
*Attorney for Defendant*
*Lonnic, Inc.*

2