# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC<br>*Plaintiff*<br><br>v.<br><br>LONNI, INC., SHENZHENSHIDAZHANPENGTUHULI ANWANGYOUXIANGONGSI and JOBA 1<br>*Defendants* | CASE NO. CV 23-353-GW-ASx<br><br>**ORDER EXTENDING REMAINING DISCOVERY DEADLINES** |

CASE NO. 2:23-cv-353-GW-AS

[PROPOSED] ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby orders that the scheduling order is amended as follows:

| Event | Original Date | New Date |
| --- | --- | --- |
| Non-expert discovery cut off | January 5, 2024 | July 5, 2024 |
| Expert disclosures (initial) | January 12, 2024 | July 12, 2024 |
| Expert disclosures (rebuttal) | January 24, 2024 | July 24, 2024 |
| Expert discovery cut-off | January 31, 2024 | July 31, 2024 |
| Last date to hear motions | February 9, 2024 | August 9, 2024 |
| Deadline to complete settlement conference | February 23, 2024 | August 23, 2024 |
| Post mediation status conference | February 26, 2024 at 8:30 AM | August 26, 2024 at 8:30 AM |
| Trial filings (first round) | May 3, 2024 | November 4, 2024 |
| Trial filings (second round) | May 10, 2024 | November 11, 2024 |
| Pretrial Conference | May 9, 2024 at 8:30 AM | November 7, 2024 at 8:30 AM |
| Jury trial | May 21, 2024 at 9 AM | November 19, 2024 at 9:00 AM |

**No further continuances will be granted.**

IT IS SO ORDERED.

DATED: December 11, 2023

By: _____
Hon. George H. Wu
United States District Judge

- 1 -

[PROPOSED] ORDER

CASE NO. 2:23-cv-00353-GW-AS