# EXHIBIT C

Case 2:23-cv-00353-GW-AS    Document 86-3    Filed 07/15/24    Page 1 of 13    Page ID
#:1232

 

Test No. KJ20201603

# GUANG ZHOU INSTITUTE OF MICROBIOLOGY

# TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

| Name of Sample | Air Purifier | Source of Sample | Delivery |
|---|---|---|---|
| Applicant | Air Doctor LLC | Client | Sherry Huang |
| Manufacturer | | Brand | AirDoctor |
| Type and Specification | AD3000 | Quantity of Sample | 1 Set (Two machines and a set of filters |
| Date of Production | —— | State of Sample | Machine |
| Batch Number | —— | Packing of Sample | In box |
| Sample Picture | | | |
| Standard and Methods | GB 21551.3-2010 Antibacterial and cleaning function for household and similar electrical appliances-Particular requirements of air cleaner | | |
| Items of Analysis | 1. Eliminating Bacterial Rate (*Staphylococcus albus* 8032, *Staphylococcus aureus* ATCC 6538, *Escherichia coli* 8099, *Klebsiella pneumoniae* ATCC 4352, *Serratia marcescens* ATCC 14041, *P.Aeruginosa* ATCC 15442, *Candida albicans* ATCC 10231, *Aspergillus niger* ATCC 16404)<br>2. *Virus removal Rate (*E. Coli Phage* Phi-X174) | | |
| Remarks | —— | | |

**\*\*\*To be continued\*\*\***

**Page 2 of 10**

  

中国认可
国际互认
检测
TESTING
CNAS L0823   202019001121

Test No. KJ20201603

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

**Test Method for Air Purifier Disinfection Performance:**

1. Test Equipment
   1) Strain: *Staphylococcus albus, Staphylococcus aureus, Escherichia coli, Klebsiella pneumoniae, Serratia marcescens, P.Aeruginosa, Candida albicans*
   2) Microbial aerosol generator: TK-3
   3) Culture media: NA, SDA
   4) Sampling equipment: six-stage sieve sampler
2. Test Conditions
   1) The volume of the test chamber: 30 $m^3$
   2) Environment temperature: (20~25) ℃
   3) Environment humidity: (50~70)   %RH
3. Operation Conditions of the Air Purifier
   Set the switch to position "The highest wind speed", "negative ions".
4. Test Procedure
   1) Get a slant culture (4~5 generation) which is incubated at 37 ℃ for 24 h, wash the culture from this slant with 10 mL broth, filter the liquid culture by aseptic cotton buds, and dilute this inoculums with broth as appropriate.
   2) The equipments are placed in the test chambers, close the door, and turn on the HEPA filter system. Simultaneously operate the environmental control devices until the temperature reaches (20~25)℃, relative humidity reaches (50~70)%. Turn off the chamber environmental control system.
   3) Release microbial aerosol: turn on the microbial aerosol generator, then turn on the ceiling fan, turn off the fan after 10 min, and let stand for 15 min.
   4) Original bacteria aerosols collected by six-stage sieve sampler.
   5) The air purifier is adjusted to the highest air cleaning mode setting for test (test group). Bacteria aerosols (control group and test group) are collected at 60 min .
   6) Choose 2 NA plates (the same batch) as the negative control, and culture them on the same condition with the samples.
   7) Run the test three times and take the mean as the final result.
5. Computational Formula

Natural decay rate   $N_t(\%) = \dfrac{V_0 - V_t}{V_0} \times 100$

Where: $V_0$ = original bacteria count of control group;  $V_t$ = bacteria count after treatment of control group.

Eliminating Bacterial Rate   $K_t(\%) = \dfrac{V_1 \times (1 - N_t) - V_2}{V_1 \times (1 - N_t)} \times 100$

Where: $V_1$ = original bacteria count of test group;  $V_2$ = bacteria count after treatment of test group.

***To be continued***

  

中国认可
国际互认
检测
TESTING
CNAS L0823

202019001121

Test No. KJ20201603

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

**Test results**

| Number of Sample | Test Time (min) | Test Bacteria | Test Number | Control Group | | | Test Group | | Eliminating Bacterial Rate $K_t$ (%) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Original Bacteria Count $V_0$ (cfu/m³) | Bacteria Count after Treatment $V_t$ (cfu/m³) | Natural Decay Rate $N_t$ (%) | Original Bacteria Count $V_1$ (cfu/m³) | Bacteria Count after Treatment $V_2$ (cfu/m³) | |
| KJ20201603-1 | 60 | *Staphylococcus albus* | 1 | $1.33 \times 10^5$ | $1.03 \times 10^5$ | 22.56 | $1.34 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $1.28 \times 10^5$ | $1.01 \times 10^5$ | 21.09 | $1.25 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.36 \times 10^5$ | $1.10 \times 10^5$ | 19.12 | $1.39 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |
| | | *Staphylococcus aureus* | 1 | $1.11 \times 10^5$ | $8.93 \times 10^4$ | 19.55 | $1.26 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $1.21 \times 10^5$ | $9.79 \times 10^4$ | 19.09 | $1.18 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.15 \times 10^5$ | $9.15 \times 10^4$ | 20.43 | $1.05 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |
| | | *Escherichia coli* | 1 | $1.44 \times 10^5$ | $9.52 \times 10^4$ | 33.89 | $1.37 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $1.39 \times 10^5$ | $9.35 \times 10^4$ | 32.73 | $1.28 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.47 \times 10^5$ | $1.02 \times 10^5$ | 30.61 | $1.41 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |

Note: The negative control group was sterile growth.

***To be continued***

  

Test No. KJ20201603

### GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

**Test results**

| Number of Sample | Test Time (min) | Test Bacteria | Test Number | Control Group | | | Test Group | | Eliminating Bacterial Rate $K_t$ (%) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Original Bacteria Count $V_0$ (cfu/m³) | Bacteria Count after Treatment $V_t$ (cfu/m³) | Natural Decay Rate $N_t$ (%) | Original Bacteria Count $V_1$ (cfu/m³) | Bacteria Count after Treatment $V_2$ (cfu/m³) | |
| KJ20201603-1 | 60 | Klebsiella pneumoniae | 1 | $1.27 \times 10^5$ | $9.45 \times 10^4$ | 25.59 | $1.12 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $1.22 \times 10^5$ | $9.31 \times 10^4$ | 23.69 | $1.23 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.20 \times 10^5$ | $8.99 \times 10^4$ | 25.08 | $1.04 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |
| | | Serratia marcescens | 1 | $1.17 \times 10^5$ | $8.37 \times 10^4$ | 28.46 | $1.24 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $1.13 \times 10^5$ | $7.75 \times 10^4$ | 31.42 | $1.10 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.21 \times 10^5$ | $8.54 \times 10^4$ | 29.42 | $1.33 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |
| | | P.Aeruginosa | 1 | $1.38 \times 10^5$ | $1.07 \times 10^5$ | 22.46 | $1.30 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $1.33 \times 10^5$ | $1.04 \times 10^5$ | 21.80 | $1.42 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.40 \times 10^5$ | $1.13 \times 10^5$ | 19.29 | $1.39 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |
| | | Candida albicans | 1 | $1.05 \times 10^5$ | $7.37 \times 10^4$ | 29.81 | $1.13 \times 10^5$ | 7 | 99.99 |
| | | | 2 | $9.07 \times 10^4$ | $6.61 \times 10^4$ | 27.12 | $1.06 \times 10^5$ | 7 | 99.99 |
| | | | 3 | $1.08 \times 10^5$ | $7.51 \times 10^4$ | 30.46 | $1.19 \times 10^5$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |

Note: The negative control group was sterile growth.

***To be continued***

  

中国认可
国际互认
检测
TESTING
CNAS L0823    202019001121

Test No. KJ20201603

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

**Air Disinfection Test Method:**
1. Test Equipment
   1) Strain: *Aspergillus niger*
   2) Microbial aerosol generator: TK-3
   3) Culture media: PDA
   4) Sampling equipment: six-stage sieve sampler
2. Test Conditions
   1) The volume of the test chamber: 30 m³
   2) Environment temperature: (20~25) ℃
   3) Environment humidity: (50~70) %RH
3. Operational Conditions of the Machine
   Set the switch to position "The highest wind speed", "negative ions".
4. Test Procedure
   1) To the 4th to 5th generation of *Aspergillus niger* roxell culture, add 5.0 ml to 10.0 ml of 0.05% (v / v) Tween 80 aqueous PBS solution, scrap the *Aspergillus niger* conidia in solution and transfer the spore suspension with glass beads in the flask, lightly shaking 1 min and filter removed hypha. Centrifuge 20min in the range of 5000r / min ~ 6000r / min . Then observe under the microscope (400 times) , if there are still hypha in the suspension, to be centrifuged. Diluted with physiological saline solution to the appropriate concentration before use.
   2) The equipments are placed in the test chambers respectively, close the door, and open the HEPA filter. Simultaneously operate the environmental control devices until the experimental cabin temperature to be (20~25) ℃, relative humidity to be (50~70) %, Turn off the chamber environmental control system.
   3) Release microbial aerosol: turn on the microbial aerosol generator, then turn on the ceiling fan, turn off the fan after 5 min, and let stand for 5 min.
   4) Original Bacteria aerosols collected by six-stage sieve sampler.
   5) The air purifier is adjusted to the highest air cleaning mode setting for test (test group), Bacteria aerosols (control group and test group) are collected at 60 min respectively.
   6) Choose 2 PDA plates (the same batch) as the negative control, and culture them on the same condition with the samples.
   7) Run the test three times and take the mean as the final result.
5. Computational Formula

Natural decay rate $N_t(\%) = \dfrac{V_0 - V_t}{V_0} \times 100$

Where: $V_0$ = original bacteria count of control group; $V_t$ = bacteria count after treatment of control group.

Eliminating Bacterial Rate $K_t(\%) = \dfrac{V_1 \times (1 - N_t) - V_2}{V_1 \times (1 - N_t)} \times 100$

Where: $V_1$ = original bacteria count of test group; $V_2$ = bacteria count after treatment of test group.

***To be continued***

  

CNAS L0823    202019001121

Test No. KJ20201603

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

**Test Results**

| Number of Sample | Test Time (min) | Test Strain | Test Number | Control Group | | | Test Group | | Eliminating Bacterial Rate $K_t$ (%) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Original Bacteria Count $V_0$ (cfu/m$^3$) | Bacteria Count after Treatment $V_t$ (cfu/m$^3$) | Natural Decay Rate $N_t$ (%) | Original Bacteria Count $V_1$ (cfu/m$^3$) | Bacteria Count after Treatment $V_2$ (cfu/m$^3$) | |
| KJ20201603-1 | 60 | *Aspergillus niger* | 1 | $7.59\times10^4$ | $5.27\times10^4$ | 30.57 | $7.92\times10^4$ | 7 | 99.99 |
| | | | 2 | $7.76\times10^4$ | $5.61\times10^4$ | 27.71 | $8.35\times10^4$ | 7 | 99.99 |
| | | | 3 | $7.83\times10^4$ | $5.79\times10^4$ | 26.05 | $8.13\times10^4$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |

Note: The negative control group was sterile growth.

***To be continued***

  

中国认可
国际互认
检测
TESTING
CNAS L0823   202019001121

Test No. KJ20201603

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Apr. 08, 2020
Date Analyzed: Apr. 09, 2020

**Removal of Escherichia coli Phage Performance Test Evaluation Method:**

1. Test Equipment
   1) Strain: *Escherichia coli Phage*
   2) Microbial aerosol generator: TK-3
   3) Culture media: NA
2. Test Conditions
   1) The volume of the test chamber: 30 $m^3$
   2) Environment temperature: (20~25) ℃
   3) Environment humidity: (50~70) %RH
3. Operational Conditions of the Machine
   Set the switch to position "The highest wind speed", "negative ions".
4. Test Procedure
   1) Thawed the phage solution before test, diluted with sterile deionized water until liquid surface tension was 65 to $69 \times 10^{-3}$ N / m.
   2) The equipments are placed in the test chambers respectively, close the door and open the HEPA filter. Simultaneously operate the environmental control devices, After reaching requirements and turn off the chamber environmental control system.
   3) Open the aerosol generator, while stirring side of the bacteria, spray dyeing bacteria after the end of the fan to continue stirring 2 min, and then set aside for 2 min.
   4) Open the sampling pump to collect the initial suspended phage from the air in the test chamber. Immediately after sampling, the prototype is to be tested and the timepiece is started.
   5) After 60 min of action, turn off the sample to be tested while opening the sampling pump and collecting the suspended phage from the air in the test compartment.
   6) Run the test three times and take the mean as the final result.
   7) Choose 2 NA plates (the same batch) as the negative control, and culture them on the same condition with the samples.
5. Computational Formula

Natural decay rate   $N_t(\%) = \dfrac{V_0 - V_t}{V_0} \times 100$

Where: $V_0$ = original bacteria count of control group;   $V_t$ = bacteria count after treatment of control group.

Killing Rate   $K_t(\%) = \dfrac{V_1 \times (1 - N_t) - V_2}{V_1 \times (1 - N_t)} \times 100$

Where: $V_1$ = original bacteria count of test group;   $V_2$ = bacteria count after treatment of test group.

***To be continued***

  

中国认可
国际互认
检测
TESTING
CNAS L0823

202019001121

Test  No.  KJ20201603

# GUANG ZHOU INSTITUTE OF MICROBIOLOGY

# TEST REPORT

Date  Received:  Apr.  08,  2020
Date  Analyzed:  Apr.  09,  2020

**Test Results**

| Number of Sample | Test Time (min) | Test Strain | Test Number | Control Group | | | Test Group | | Virus Removal rate $K_t$ (%) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Original Virus Count $V_0$ (cfu/m³) | Virus Count after Treatment $V_t$ (cfu/m³) | Natural Decay Rate $N_t$ (%) | Original Virus Count $V_1$ (cfu/m³) | Virus Count after Treatment $V_2$ (cfu/m³) | |
| KJ20201603-1 | 60 | *Escherichia coli Phage* | 1 | $8.79\times10^4$ | $5.83\times10^4$ | 33.67 | $7.87\times10^4$ | 7 | 99.99 |
| | | | 2 | $7.23\times10^4$ | $5.18\times10^4$ | 28.35 | $7.55\times10^4$ | 7 | 99.99 |
| | | | 3 | $8.54\times10^4$ | $5.96\times10^4$ | 30.21 | $8.76\times10^4$ | 7 | 99.99 |
| | | | Mean | | | | | | 99.99 |

Note: The negative control group was sterile growth.

***End of report***

Editor _____  Checker _____  Issuer _____  Date Reported



Page 9 of 10

  

中国认可
国际互认
检测
TESTING
CNAS L0823    202019001121

# Statements

1. The report would be invalid under the following conditions: altered, added, deleted, copied, without the special seal for inspection or signatures by approver.

2. For the received sample, the sample information in the report is claimed by the applicant, the inspection unit is not responsible for its authenticity. The report is responsibility for the received sample only.

3. If there is any objection to the inspection report, it should be presented to the inspection unit within 15 working days from the issuance date, otherwise the report shall be deemed as having been accepted. Microbiological item is not subjected to retest.

4. The report and the name of the inspection unit shall not be used for product labels, advertisements, awards and merchandise publicity.。

5. The items marked with "*" in the report are not accredited by CNAS or CMA, The items marked with "#" are accredited by CNAS, The items marked with "+" are accredited by CMA.

6. The test data and results of items which are not accredited by CMA, only used as scientific research, teaching or internal quality control.

7. Any ambiguity by the language which used in the report, the Chinese shall prevail.

*Contact Address, NO.1Jiantashan Road，Huangpu District，Guangzhou City，Guangdong Province*

*Test Address, (only fill in when it's different from the contact address)*

*Postal Code, 510663*

*Tel., (8620)61302671*

*URL, http://www.ggtest.com.cn*

**Page 10 of 10**

Test No. KY20200506

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY
## TEST REPORT

Date Received: Jun. 17, 2020
Date Analyzed: Jun. 21, 2020

| Name of Sample | Air purifier | Source of Sample | Delivery |
|---|---|---|---|
| Applicant | Air Doctor LLC | Client | Michael pedersen |
| Manufacturer | | Brand | AirDoctor |
| Type and Specification | AD3000 | Quantity of Sample | 1PC |
| Date of Production | —— | State of Sample | Machine |
| Batch Number | —— | Packing of Sample | In box |
| Sample Picture | | | |
| Standard and Methods | 1. Referring to GB/T 18801-2015 Air cleaner<br>2. Referring to <Technical Standard For Disinfection> 2002-2.1.3 Air disinfection effect evaluation test | | |
| Items of Analysis | Removal Rate (*Influenza A virus* A/PR8/34 H1N1) | | |
| Remarks | Test voltage: 120V, Test frequence: 60HZ. | | |

**\*\*\*To be continued\*\*\***

Page 2 of 4

Test No. KY20200506

## GUANG ZHOU INSTITUTE OF MICROBIOLOGY

## TEST REPORT

Date Received: Jun. 17, 2020
Date Analyzed: Jun. 21, 2020

**Test Method for Purification Effect of Airborne Virus Aerosols**

1. Test Equipment
   1) Strain: *Influenza A virus* A/PR8/34 H1N1
   2) Cells: MDCK
2. Test Conditions
   1) Environment temperature: (23~25) ℃
   2) Environment relative humidity: (50~60) %
   3) Test time: 60 min
   4) The volume of the test chamber: 30 m$^3$
   5) Machine setting: "The highest wind speed", "Negative ions".

**Test Results**

| Virus | Test Time (min) | Test Number | Virus Titer of Control Group | | | Virus Titer of Test Group | | Removal Rate (%) |
|---|---|---|---|---|---|---|---|---|
| | | | Original Concentration (TCID$_{50}$ /m³) | Final Concentration (TCID$_{50}$ /m³) | Natural Decay Rate (%) | Original Concentration (TCID$_{50}$ /m³) | Final Concentration (TCID$_{50}$ /m³) | |
| A/PR8/34 （H1N1） | 60 | 1 | $3.69\times10^6$ | $5.85\times10^5$ | 84.15 | $2.49\times10^6$ | / | ≥99.99 |
| | | 2 | $1.17\times10^6$ | $1.73\times10^5$ | 85.21 | $3.69\times10^6$ | / | ≥99.99 |
| | | 3 | $1.98\times10^6$ | $3.69\times10^5$ | 81.36 | $5.46\times10^6$ | / | ≥99.99 |

Note: "/" means not detected.

*** **End of report** ***

Editor 　　　　Checker 　　　　Issuer 　　　　Date Reported 2020. 8. 4



Page 3 of 4

# Statements

1. The report would be invalid under the following conditions: altered, added, deleted, copied, without the special seal for inspection or signatures by approver.

2. For the received sample, the sample information in the report is claimed by the applicant, the inspection unit is not responsible for its authenticity. The report is responsibility for the received sample only.

3. If there is any objection to the inspection report, it should be presented to the inspection unit within 15 working days from the issuance date, otherwise the report shall be deemed as having been accepted. Microbiological item is not subjected to retest.

4. The report and the name of the inspection unit shall not be used for product labels, advertisements, awards and merchandise publicity.。

5. The items marked with "*" in the report are not accredited by CNAS or CMA, The items marked with "#" are accredited by CNAS, The items marked with "+" are accredited by CMA.

6. The test data and results of items which are not accredited by CMA, only used as scientific research, teaching or internal quality control.

7. Any ambiguity by the language which used in the report, the Chinese shall prevail.

*Contact Address, NO.1Jiantashan Road，Huangpu District，Guangzhou City，Guangdong Province*

*Test Address, (only fill in when it's different from the contact address)*

*Postal Code, 510663*

*Tel., (8620)61302671*

*URL, http://www.ggtest.com.cn*