# EXHIBIT D

# EN1822 European HEPA Test
## LMS Technologies, Inc.

| | | | |
|---|---|---|---|
| **Test Type :** | EN1822 | **Test Requested By:** | Ideal living management |
| **Test Number:** | T051117A | **Filter Mfgr:** | |
| **Flow Rate/Velocity:** | 60 fpm, 30 cm/s | **Filter/Media ID # :** | Filter #2 |
| **Test Aerosol:** | KCl, Neutralized | **Filter/Media Size:** | 13.5" x 16.25" x 1.5" |
| **ΔP ("H2O):** | 0.0850", 21.3 Pascals | | |

| Size Rang(μm) | Initial Fractional Efficiency(%) |
|---|---|
| 0.0030 | 100.000 |

