# EXHIBIT F

*January 25, 2022* **LMS#7589**

## IEST-RP-CC001.6 TEST REPORT
## LMS Technologies, Inc.

*6423 Cecilia Circle* *Tel.: (952) 918-9060*
*Bloomington, MN 55439* *Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| **Test Type :** | IEST-RP-CC001.6 | **Test Requested by:** | Ideal Living |
| **Test Number:** | T012522A | **Filter Manufacturer:** | AirDoctor |
| **Flow Rate/Velocity:** | 340 cfm | **Filter ID:** | Filter of AD3000 Unit |
| **Test Aerosol:** | Latex beads, Neutralized | **Filter Description:** | Minipleated Filter |

| Flow Rate (cfm) | DP "H$_2$O | Size Range ($\mu m$) | Initial Fractional Efficiency(%) |
|---|---|---|---|
| 340 | 0.264 | **0.1-0.2** | **99.975** |
| | | **0.2-0.3** | **99.977** |
| | | 0.3-0.5 | 99.986 |
| | | 0.5-0.7 | 99.991 |
| | | 0.7-1.0 | 100.000 |
| | | 1.0-2.0 | 100.000 |
| | | 2.0-3.0 | 100.000 |
| | | 3.0-5.0 | 100.000 |



*Data verified by LMS Calibration Filter* Patent Pending*





*TEST SUPERVISOR*
*Emile Tadros* _____

*ENGINEERING APPROVAL*
*K.C. KWOK, PH.D.* _____