# Exhibit I



## Details for Order #114-9811100-8945814
Print this page for your records.

Order Placed: August 22, 2022
Amazon.com order number: 114-9811100-8945814
Order Total: $61.16

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)  Sold by: Joba 1 (seller profile) | $49.86 |

Condition: New

Shipping Address:
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

Shipping Speed:
Standard Shipping

## Payment information

Payment Method:
American Express | Last digits: 2001

Billing address
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

| | |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $5.99 |
| | ----- |
| Total before tax: | $55.85 |
| Estimated tax to be collected: | $5.31 |
| | ----- |
| Grand Total: | $61.16 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates



Your Account › Your Orders › Order Details

# Order Details

Ordered on January 17, 2023  |  Order# 112-9728090-4741864

View or Print invoice

**Shipping Address**

Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

Change

**Payment Method**

VISA **** 2502

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $49.86 |
| Estimated tax to be collected: | $4.74 |
| **Grand Total:** | **$54.60** |

## Arriving Thursday

Track package

AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro, 1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters  (1+2+4)
Sold by: Joba 1
$49.86
**Condition:** New

Add gift option

Buy it again

Change Payment Method

Change shipping speed

Cancel items

Archive order

**Related to items you've viewed** See more

Page 1 of 4



CVG2　　8.4 Lbs　08/25　**DAX3**

Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
91403 — 3514 SHERMAN OAKS , CA United States

TBA024627567504

**DAX3**　　CYCLE 1

XhyjZvnvr
1/ 2012

XhyjZvnvr
1/ 2012

LAS6
**O** NT5

ONT5
**C** 005

CNO5
**D** AX3







**Warning:** To avoid danger of suffocation
Keep this plastic bag away from babies and children.
Do not use this bag in cribs, beds, carriages, or playpens.
This bag is not a toy.





EPA Est. 101838-Ch



X003A8MCD3
AD3000 H13 True HEPA Filte...4 Extra C
arbon Pre-filters
New
Made In China                    3722516

EPA Est. 101838-(







SpPBRJP35MN