# Exhibit K

Case 2:23-cv-00353-GW-AS　　　Document 86-11　　　Filed 07/15/24　　　Page 2 of 35　　　Page ID #:1349

Deliver to Amador
**Sherman Oaks 91403**

All ▾　　B0BPYT6SWJ

EN ▾

**All**　Amazon Health ▾　Customer Service　Amazon Basics　Home Improvement　Pet Supplies　Handn

**Appliances**　Best Sellers　Refrigeration　Cooking　Washers & Dryers　Dishwashers　Parts & Accessories

‹ Back to results

# AD3000 Replacement Filters



Roll over image to zoom in

| Brand | Isinlive |
|---|---|
| Material | H13 True HEPA |
| Product Dimensions | 16.7"L x 13.8"W x 4.2"Th |

$45.99
FREE Returns

| | |
|---|---|
| **Compatible Device** | Fit for AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro |

## About this item

- 【FULL COMPATIBILITY】 -- Our High Quality AD3000 Replacement filter is compatible with AIRDOCTOR 4-in-1 AD3000 Air Puri-fier for Home and Large Rooms models AD3000, AD3000M, AD3000pro, Replace Part No. ADF3001, ADF3002. NOTE: Please check your model fit for AD3000 replacement filter before purchasing.
- 【PREMIUM QUALITY】 -- The AD3000 filter set for AIRDOCTOR air puri-fier is design with true HEPA filter including 1 H13 TRUE HEPA Filter + 2 Activated Carbon Filter + 4 Pre-filters (Note:2 Pre-filters have been attached to the carbon filter meet your needs and bring convenience).
- 【H13 TRUE HEPA FILTER】 -- High Performance AD3000 replacement filter with H13 True HEPA 3-Stage system made of high quality material, can effectively attaching 99.97% of all airborne particles as tiny as 0.3 microns, including all pet odors,cooking odors, dust, hairs, pet fur, lint and gases from your home to improve the air quality and your health.
- 【EASY TO REPLACE】 --High cost performance AD3000 replacement filter for AIRDOCTOR Air Puri-fier , Size: 13.39'' x 16.14'', Replace the filter EVERY 6 MONTHS or

depending the air quality and usage frequency. Easy to replace and install, brings convenience and comfort in your life.

- 【CUSTOMER AFTER-SALES SERVICE】-- We are focus on providing the better quality of the replacement filter to provide all customers needs with the best shopping experience of clean appliance replacement parts. If you have any problem, please feel free to contact us and we will reply ASAP in 24 hour.

› See more product details

---

## Additional Details



Small Business

This product is from a small business brand.

Compare with similar items

Report incorrect product information.

---

## Consider a similar item



Dekiru Carbon Activated Filter Precut for HPA300 Prefilter Compatible with Honeywell Air Purifier Filter Replacement, Fit for Easy Installation Advanced Filters (6 Pack)

(540)

$17.99 ($3.00/Count)

🌿 Climate Pledge Friendly

---

Sponsored

## Special offers and product promotions

-
  Amazon Business
  See VAT prices at one glance with Amazon Business. **Create a free account**

- **Create your FREE Amazon Business account** to save up to 10% with **Business-only prices** and free shipping. Registe

## Frequently bought together

+

Total price: **$564.99**

Add both to Cart

These items are shipped from and sold by different sellers. Show details

☑ **This item:** AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3

☑ AIRDOCTOR AD3000 4-in-1 Air Purifier for Home and Large Rooms with UltraHEPA, Carbon & VOC Filters

## Product information

### Technical Details

| Brand Name | Isinlive |
|---|---|
| Model Info | ARAD3000 |
| Item Weight | 7.43 pounds |
| Product Dimensions | 16.7 x 13.8 x 4.2 inches |
| Item model number | ARAD3000 |

### Additional Information

| | |
|---|---|
| ASIN | |
| Customer Reviews | |
| Best Sellers Rank | |

| Part Number | ARAD3000 | | Date First Available | |
| --- | --- | --- | --- | --- |
| Compatible Device | Fit for AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro | | **Warranty & Support** | |
| Material Type | H13 True HEPA | | Amazon.com Return Policy: **Am** **Guarantee:** You can return man days following delivery of the it Guarantee does not affect your can find out more about the ex | |
| Batteries Included? | No | | | |
| Batteries Required? | No | | | |

**Product Warranty:** For warrant
click here

## Feedback

Would you like to **tell us about**

## 4 stars and above

Sponsored ⓘ









FCFMY 2 Packs HEPA Filters Replacement Compatible with AD3000 .

104

$39.99  ($20.00/Count)

AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes:…

737

Limited time deal

$133.44
List: $157.00 (15% off)

AD3000 Replacement Filters Compatible with AIR DOCTOR 3000,1 H13 True HEPA,1 Activa…

54

$42.99

PUREBU
High-Eff
Filter Co
Compat

$55.69

# Compare with similar items





| | This item AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters （1+2+4) | AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro, 1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters （1+2+4) | AIRDOCTOR AD3000 Genuine Filter Replace - One Year Combo Pa Includes: One (1) Ultra Filters & Two (2) Carbon/Gas Trap/VOC |
|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (7) | (78) | (740) |
| **Price** | $45⁹⁹ | $54⁸⁶ | $133⁴⁴ |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Lonnihome | Joba 1 | Ideal Living Direct |
| **Are batteries included?** | No | No | No |
| **Number of Items** | 9 | 7 | — |

## Product Description

Case 2:23-cv-00353-GW-AS     Document 86-11     Filed 07/15/24     Page 8 of 35     Page ID #:1355

## Products related to this item

Sponsored ⓘ









| AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1… | AD3000 Filter Replacement Combo, Fit for Air Doctor AD3000 Air Purifier with One (1… | SAKEGDY AD3000 Replacement Filters Compatible with Air DR. AD3000 Purifier, 2… | AIRDOCTOR AD20( Genuine Replacem Carbon/Gas Trap/\ Replacement Filter |
|---|---|---|---|
| 78 | 3 | $62.99 | $54.95 |
| $54.86  ($7.84/Count) | $49.99 | | |

Save 5%  with coupon

# Looking for specific info?

See questions and answers ›

## Customer reviews

### 4.7 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 31% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored

## Reviews with images



See all customer images


Top reviews

## Top reviews from the United States

Mom2firefly  **VINE VOICE**

**They fit and work**

Reviewed in the United States 🇺🇸 on March 4, 2023

**Vine Customer Review of Free Product** ( What's this

Comparing them with the AirDoctor filters they are
without any issues. The unit works fine using them.
the edging of the secondary filter. The orginal has a
has a frame of dried silicone calk. The second differ
trimmed as well and some overlaps the edge of the
however since it covers up any gaps where particles
and doesn't impact how the filters fit or how the fro
difference is these filters don't have a label indicatir
customer support which the orginals have. I like hav
During the pandemic, AirDoctor could not supply fi
for health reasons, you cannot be without filters. Ev
not get a supply and had to turn our units off until
the originals cost a lot. Some folks just can't afford

⌄ Read more



Helpful        Report abuse

B M  **VINE VOICE**

**Fits, odd smell**

Reviewed in the United States 🇺🇸 on March 2, 2023

**Vine Customer Review of Free Product** ( What's this? )

The product fits my AirDoctor but upon starting it had an od
outside for about 30min which seemed to get rid of the smel
since. Only taking off 1 star for the smell, otherwise it's a gre
filters!

Helpful          Report abuse

 C Annie  **VINE VOICE**

**A real winner!!! Just get them already.**
Reviewed in the United States 🇺🇸 on March 3, 2023
**Vine Customer Review of Free Product** ( What's this? )

I have two Air Doctor air filters that I got when Covid-19 was
keep them going year-round. I encouraged my friends and fa
discovered what the original replacement filters cost! I am qu
the OEM product to this set of compatible filters for like one
believe there is a difference that justifies that inflated price!

These seem heavier. Does that translate into more carbon? D
they are an exact fit and visually they look the same. I like the
that is where I really notice dust.
I would rather replace than wash them and this set allows me
extras.

Now all my friends and family like me again because I told th
of filters. They are high quality and reasonably priced. A winn

Helpful          Report abuse

 Brandano  **VINE VOICE**

**Quality is equal to the original AirDoctor filte**
Reviewed in the United States 🇺🇸 on February 28, 2023
**Vine Customer Review of Free Product** ( What's this? )

These replacement filters for the AirDoctor-3000 are undistir
ones. The carbon filters come with the pre-filters installed alr
filter is individually packaged. I have compared these filters t
branded filters that I already had and they are an exact match
filters were a little heavier; which is a good thing because the
the original filters. If I were to speculate; I would say that the
factory as the original AirDoctor branded filters and that mea
compared to original ones. I will be repurchasing this product
happy to have found these filters. I definitely recommend thi

Helpful          Report abuse

hornms  **VINE VOICE**

### Perfect fit, good quality

Reviewed in the United States 🇺🇸 on March 9, 2023

**Vine Customer Review of Free Product** ( What's this? )

This is the first time I changed the filters in my AirDoctor and originals. The hepa filter install first, then the charcoal filter, a quiet as ever and the air spells fresh. Good set of replacemen



Helpful        Report abuse

V. Bowman  **VINE VOICE**

### Perfect AirDoctor replacement filters!

Reviewed in the United States 🇺🇸 on February 25, 2023

**Vine Customer Review of Free Product** ( What's this? )

These filters fit my AirDoctor air filter perfectly and at a mucl So far, they are performing well, just as good as the original v these so far and expect them to hold up just as well as the or

Helpful        Report abuse

Just K  **VINE VOICE**

### great filters

Reviewed in the United States 🇺🇸 on March 9, 2023

**Vine Customer Review of Free Product** ( What's this? )

I have an air purifier I cannot find filters for, but after trimmir these fit perfectly. They are good quality and exactly like my exactly the size I needed. Since I couldn't find the exact size i made do by trimming.

My purifier is running well.

Helpful        Report abuse

Case 2:23-cv-00353-GW-AS        Document 86-11        Filed 07/15/24        Page 12 of 35        Page
ID #:1359

**See all reviews** ›

---

## Products related to this item

Sponsored ⓘ









FCFMY 2 Packs HEPA Filters Replacement Compatible with AD3000 .

104

**$39.99**  ($20.00/Count)

PUREBURG Replacement High-Efficiency HEPA Filter Combo Pack Compatible with…

120

**$55.69**

AIRDOCTOR Genuine Replacement Carbon Gas Trap VOC Filter with Pre-Filter | MADE BY …

559

**$69.90**

Breabetter AD3000 Replacement Filter Compatible with A AD3000 Purifier a..

6

**$59.99**

---

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Product

Amazon Rewards Visa Signatu Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

English     United States

Amazon Music
Stream millions
of songs

Amazon Business
Everything For
Your Business

Audible
Listen to Books &
Original
Audio Performances

Goodreads
Book reviews
& recommendations

Amazon
Advertising
Find, attract, and
engage customers

Amazon Fresh
Groceries & More
Right To Your
Door

Book Depository
Books With Free
Delivery
Worldwide

IMDb
Movies, TV
& Celebrities

6pm
Score deals
on fashion brands

AmazonGlobal
Ship Orders
Internationally

Box Office Mojo
Find Movie
Box Office Data

IMDbPro
Get Info
Entertainment
Professionals Need

AbeBooks
Books, art
& collectibles

Home Services
Experienced Pros
Happiness Guarantee

ComiXology
Thousands of
Digital Comics

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

| Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans |
| --- | --- | --- | --- |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates















## AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters（1+2+4）

Visit the isinlive Store

★★★★☆ ˅    7 ratings

Price: **$45.99**

FREE Returns ˅

Available at a lower price from other sellers that may not offer free Prime shipping.

Eligible for Return, Refund or Replacement within 30 days of receipt ˅

| | |
|---|---|
| **Brand** | Isinlive |
| **Material** | H13 True HEPA |
| **Product Dimensions** | 16.7"L x 13.8"W x 4.2"Th |
| **Compatible Device** | Fit for AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro |

### About this item

- 【FULL COMPATIBILITY】 -- Our High Quality AD3000 Replacement filt is compatible with AIRDOCTOR 4-in-1 AD3000 Air Puri-fier for Home ar Large Rooms models AD3000, AD3000M, AD3000pro, Replace Part No. ADF3001, ADF3002. NOTE: Please check your model fit for AD3000 replacement filter before purchasing.
- 【PREMIUM QUALITY】 -- The AD3000 filter set for AIRDOCTOR air puri fier is design with true HEPA filter including 1 H13 TRUE HEPA Filter + 2 Activated Carbon Filter + 4 Pre-filters (Note:2 Pre-filters have been





## AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters (1+2+4)

Visit the isinlive Store

★★★★☆ ˅    7 ratings

Price: **$45.99**
    FREE Returns ˅

Available at a lower price from other sellers that may not offer free Prime shipping.

Eligible for Return, Refund or Replacement within 30 days of receipt ˅

| | |
|---|---|
| **Brand** | Isinlive |
| **Material** | H13 True HEPA |
| **Product Dimensions** | 16.7"L x 13.8"W x 4.2"Th |
| **Compatible Device** | Fit for AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro |

### About this item

- 【FULL COMPATIBILITY】 -- Our High Quality AD3000 Replacement filter is compatible with AIRDOCTOR 4-in-1 AD3000 Air Puri-fier for Home and Large Rooms models AD3000, AD3000M, AD3000pro, Replace Part No. ADF3001, ADF3002. NOTE: Please check your model fit for AD3000 replacement filter before purchasing.
- 【PREMIUM QUALITY】 -- The AD3000 filter set for AIRDOCTOR air puri-fier is design with true HEPA filter including 1 H13 TRUE HEPA Filter + 2 Activated Carbon Filter + 4 Pre-filters (Note:2 Pre-filters have been attached to the carbon filter meet your needs and bring convenience).
- 【H13 TRUE HEPA FILTER】 -- High Performance AD3000 replacement filter with H13 True HEPA 3-Stage system made of high quality material, can effectively attaching 99.97% of all airborne particles as tiny as 0.3



☐ Add Prime to get **Fast, FREE delivery**    prime

⦿ **One-time purchase:**
$45.99
FREE Returns ˅

FREE delivery **Monday, March 27**

Or fastest delivery **Wednesday, March 22**. Order within 13 hrs 29 mins

⊙ Deliver to Amador - Sherman Oaks 91403

**In Stock**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

Payment    Secure transaction
Ships from    Amazon
Sold by    Lonnihome
Returns    Eligible for Return, Ref...

Details

☐ Add a gift receipt for easy returns

○ **Subscribe & Save:**
$45.99
**First delivery on Mar 27**
Ships from: Amazon
Sold by: Lonnihome

**amazon.com**

## Details for Order #111-1584814-7354609
Print this page for your records.

Order Placed: March 20, 2023
Amazon.com order number: 111-1584814-7354609
Order Total: $58.01

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters  *(1+2+4)*<br>Sold by: Lonnihome (seller profile)<br><br>Condition: New | $45.99 |

Shipping Address:
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

Shipping Speed:
Standard Shipping

### Payment information

Payment Method:
American Express | Last digits: 2001

Billing address
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

| | |
|---|---|
| Item(s) Subtotal: | $45.99 |
| Shipping & Handling: | $6.99 |
| | ----- |
| Total before tax: | $52.98 |
| Estimated tax to be collected: | $5.03 |
| | ----- |
| Grand Total: | $58.01 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates







PULL TO OPEN    PULL TO OPEN











EPA Est.101838-CHN

EPA Est.10183B-CHN-1





... be dangerous! ... ... this bag

**ATTENZIONE** - I sacchie di plastica posso-no essere pericolosi! Per evitare pericoli di soffocamento, non lasciare questo sacco alla portata di bambini e neonati.

**ATENCIÓN** - Las bolsas de plástico pueden ser peligrosas! Para evitar el peligro de asfixia, mantengarse fuera del alcance de los niños.

... - Οι πλαστικές σακούλες μπορεί να είναι επικίνδυνες! Για αποφύγετε τον κίνδυνο ασφυξίας, κρατήστε τη σακούλα μακριά από μωρά και παιδιά.

... - Plastične vrećice mogu biti opasne. Kako bi izbjegli opasnost od gušenja držite cvu vrećicu dalje od dojenčadi i male djece.

... - Kilekott võib olla ohtlik. Et ära hoida lämbumisohtu, palume seda kotti hoida eemal lastest ja mitte anda seda mängimiseks.

... - Maisiņš var būt bīstams. Lai izvairītos no nosmakšanas turiet tos tālāk no zīdaiņiem un maziem bērniem.

... - Torby plastikowe mogą być niebezpieczne. Aby uniknąć niebezpieczeństwa trzymaj tę torbę z dala od niemowląt i malych dzieci.

... - пластиковые пакеты могут представлять опасность. Во избежание опасности задохнуться не давайте пакеты детям грудного и младшего возраста.

... - Uchovávajte toto vrecko mimo dosahu detí. Hrozí nebezpečenstvo udusenia.

... ! Пластиковi пакети можуть бути небезпечними. Для запобігання задухи тримайте цей пакет подалі від маленьких дітей.

05 PP







