# Exhibit L



## Details for Order #111-1584814-7354609

Print this page for your records.

**Order Placed:** March 20, 2023
**Amazon.com order number:** 111-1584814-7354609
**Order Total: $58.01**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters  (1+2+4)* <br> Sold by: Lonnihome (seller profile) <br><br> Condition: New | $45.99 |

**Shipping Address:**
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
American Express | Last digits: 2001

**Billing address**
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

| | |
|---|---|
| Item(s) Subtotal: | $45.99 |
| Shipping & Handling: | $6.99 |
| | ----- |
| Total before tax: | $52.98 |
| Estimated tax to be collected: | $5.03 |
| | ----- |
| **Grand Total:** | **$58.01** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates