# Exhibit O

Case 2:23-cv-00353-GW-AS    Document 86-15    Filed 07/15/24    Page 1 of 2   Page ID
#:1415



## Details for Order #111-9775169-5935434

Print this page for your records.

**Order Placed:** June 6, 2023
**Amazon.com order number:** 111-9775169-5935434
**Order Total: $160.33**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air Purifiers, 1 H13 True HEPA+ 1Activated Carbon Filters+ 4 Carbon Pre-filters*<br>Sold by: Halfier Filtration (seller profile)<br><br>Condition: New | $31.99 |
| 1 of: *AD3000 Filter Replacement Combo, Fit for Air Doctor AD3000 Air Purifier with One (1) HEPA Filter, Two (2) Carbon VOC Filters and Four (4) Pre-filters (1 Year Set)*<br>Sold by: EZLFGRE (seller profile)<br><br>Condition: New | $49.99 |
| 1 of: *AD3000 Replacement Filter Combo Compatible with AIRDOCTOR AIR DOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M 3000PRO 1 True HEPA +2 Activated Carbn +4 Pre-Filter, ADF3001 ADF3002*<br>Sold by: JORAIR-Filter (seller profile)<br><br>Condition: New | $44.99 |

**Shipping Address:**
Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
One-Day Shipping

## Payment information

**Payment Method:**
Visa | Last digits: 7918

**Billing address**
Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

| | |
|---|---|
| Item(s) Subtotal: | $126.97 |
| Shipping & Handling: | $19.45 |
| | ----- |
| Total before tax: | $146.42 |
| Estimated tax to be collected: | $13.91 |
| | ----- |
| **Grand Total:** | **$160.33** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates