# Exhibit P

**LMS Technologies, Inc.**
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060  Fax: (952) 918-9061*

| | |
|---|---|
| Date : | May 5, 2023 |
| Test Type : | IEST-RP-CC001.6 |
| Test Aerosol : | Latex Beads, Neutralized |
| Flow Rate: | **Speed 4** |
| **Temp and Humidity:** | **70°F and 43%** |
| | **Filter Inside Unit** |

| | |
|---|---|
| Requested By: | Ideal Living |
| Maufacturer: | Ideal Living |
| Filter ID: | Jorair |
| Filter Size: | 13" x 16" x 1.5" |
| LMS #: | 8513 |
| Unit ID#: | AD3000 |

| Flow Rate(cfm) | 340 cfm |
|---|---|
| ΔP (" H$_2$O) | In-situ |
| Size Range (μm) | Fractional Efficiency % |
| **0.1-0.2** | **88.356** |
| **0.2-0.3** | **89.258** |
| 0.3-0.5 | 91.508 |
| 0.5-0.7 | 94.512 |
| 0.7-1.0 | 96.928 |
| 1.0-2.0 | 97.629 |
| 2.0-3.0 | 98.855 |
| 3.0-5.0 | 99.117 |



| midrange size |
|---|
| 0.15 |
| 0.25 |
| 0.4 |
| 0.6 |
| 0.85 |
| 1.5 |
| 2.5 |
| 4 |

$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} x100\%$$

F$_{eff}$ = Fractional Efficiency

C$_{up}$ = Particle Concentration Upstream of Filter

C$_{down}$ = Particle Concentration Downstream of Filter



TEST SUPERVISOR
*Emile Tadros*
-----------------------------

ENGINEERING APPROVAL
*K.C. KWOK, PH.D.*
-------------------------------------

*F-001*