UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-353-GW-ASx | Date | August 26, 2024 |
|---|---|---|---|
| Title | *AirDoctor, LLC v. Lonni, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Debbie Hino-Spaan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ashly E. Sands | Xionghui Murong |

**PROCEEDINGS:    TELEPHONIC POST-MEDIATION STATUS CONFERENCE**

Settlement is not reached. Court and counsel confer. For reasons stated on the record, the status conference is continued to September 16, 2024 at 8:30 a.m.

|  | : | 08 |
|---|---|---|
| Initials of Preparer | JG | |