Tianyu Ju (State Bar Number: 323817)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: 312.448.7772
Facsimile: 312.801.4587
Email: iris.ju@glacier.law
Attorneys for Defendants Dongguanshilianruizhongxinwangluokejiyouxiangongsi and Shenzhen Dazhan Pengtu Internet Co., Ltd

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> LONNI., et. al, <br><br> Defendants. | Case No.: 2:23−cv−00353−GW−AS <br><br> **EXHIBITS TO DEFENDANTS DONGGUANSHILIANRUIZHONGXINWANGLUOKEJIYOUXIANGONGSI AND SHENZHEN DAZHAN PENGTU INTERNET CO., LTD'S COUNTERCLAIMS** <br><br> JUDGE: Hon George H. Wu <br><br> Complaint Filed: January 18, 2023 |
| DONGGUANSHILIANRUIZHONGXINWANGLUOKEJIYOUXIANGONGSI AND SHENZHEN DAZHAN PENGTU INTERNET CO., LTD. <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AIRDOCTOR, LLC, a Delaware Limited Liability Company, | |

Counterclaim Defendant.

LONNI, INC.,

    Counterclaim Plaintiff,

    v.

AIRDOCTOR, LLC, a Delaware
Limited Liability Company,

    Counterclaim Defendant.

EXHIBITS TO DEFENDANTS'COUNTERCLAIMS