# EXHIBIT A

# EXHIBIT A

Case 2:23-cv-00353-GW-AS Document 124-1 Filed 08/26/24 Page 3 of 10 Page ID #:1970

Delivering to Los Angeles 90044
Update location

All ▾  airdoctor

EN ▾   Hello, sign in
Account & Lists ▾   Returns & Orders   0

All | Medical Care ▾ | Best Sellers | Amazon Basics | Prime ▾ | Today's Deals | New Releases | Music | Customer Service | Groceries ▾ | Amazon Home | Books

Appliances | Best Sellers | Refrigeration | Cooking | Washers & Dryers | Dishwashers | Parts & Accessories

‹ Back to results

Sponsored



Roll over image to zoom in

# AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements - One Year Combo Pack Includes: 1 UltraHEPA Filter & 2 Carbon/Gas Trap/VOC & Pre-Filters (AD3500 / AD3000 One Year Combo Pack)

Visit the AIRDOCTOR Store

4.8          1,132 ratings

| Search this page

Amazon's **Choice** ▸

3K+ bought in past month

$**157**⁰⁰ ($39.25 / Count)

**FREE Returns**

Available at a lower price from other sellers that may not offer free Prime shipping.

30-day refund/replacement

Material Type: **AD3500 / AD3000 One Year Combo Pack (Fits Both Models)**

| | |
|---|---|
| **Brand** | AIRDOCTOR |
| **Material** | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| **Product Dimensions** | 18"L x 6"W x 14"Th |
| **Compatible Devices** | AirDoctor 3000, AirDoctor 3500 |

˅ See more

## About this item

- True Perfect Compatibility With AD3000 & AD3500: 2 Genuine AirDoctor UltraHEPA filters and 2 Genuine AirDoctor Carbon VOC filters with pre-filters attached, the only filters that are compatible with the AirDoctor 3000 and 3500
- Updated Design: Our thoughtfully designed new filter eliminates guesswork and simplifies the installation process with a foolproof alignment, with only one way to fit the filters in

prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **fast, free delivery**

One-time purchase:

$**157**⁰⁰ ($39.25 / Count)

FREE Returns

FREE delivery **Wednesday, August 14**

Or Prime members get FREE delivery **Tomorrow, August 10**. Order within **1 hr 38 mins**. Join Prime

Delivering to Los Angeles 90044 - Update location

## In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Ideal Living Direct
Returns   30-day refund/replacement
Packaging   Ships in product packaging

˅ See more

☐ Add a gift receipt for easy returns

Subscribe & Save:
5%   10%

$**149**¹⁵ ($37.29 / Count)

FREE delivery **Wednesday, August 14**

Ships from: Amazon
Sold by: Ideal Living Direct

Add to List

## Other sellers on Amazon

New & Used (2) from $**155**⁴³ & **FREE Shipping**.

- Replacement: Replace the dual-action VOC carbon filter every 6 months and the UltraHEPA filter every 12 months (under normal use) for best performance
- Cutting-Edge Technology: UltraHEPA captures airborne contaminants such as dust, pollen, mold spores, smoke, pet hair, dander as small as .003 microns in size – 100 times smaller than the HEPA standard!
- Advanced Filatration: Our VOC Carbon filters are catalyzed with potassium permanganate to capture odors (cooking, pets), dangerous ozone (smog) and gasses and chemicals (VOCs) such as formaldehyde.
- Cost-Efficient: Save money in the long run with genuine AirDoctor filters, as they are the only ones guaranteed to work with your AD3500 and AD3000. Additionally, after-market filters voids your warranty. PLEASE CONFIRM THAT YOUR UNIT IS THE AIRDOCTOR 3000 OR 3500 BEFORE PURCHASING THESE FILTERS.

› See more product details

  Report an issue with this product or seller

Sponsored

---

## AIRDOCTOR products customers bought together

  +    +  [AirDoctor box with filters]

**Total price: $555.94**

[ Add all 3 to Cart ]

**This item:** AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements -…
4.8          1,132
$157⁰⁰ ($39.25/Count)

Sponsored
AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement UltraHEPA Filter f…
4.8          507
$69⁹⁵

Sponsored
AIRDOCTOR AD5000 / AD5500 FIT BOTH MODELS Genuine Filter Replacements - One Year Comb…
5          14
$328⁹⁹

---

## 4 stars and above

Page 1 of 33

Sponsored ⓘ

8/9/24, 11:... amazon.com 3500 FITS Both Models Genuine Replacement ... One Year Combo Pack Includes: 1 ...

Case 2:23-cv-00353-GW-AS Document 126-1 Filed 09/26/24 Page 5 of 10 Page ID #:1980







| AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement... 507 | AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Carbon... 58 | AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes:... 70 | PUREBURG Replacement Filter Set Compatible with Alen 45i & Flex BreatheSmart Air Pu... 89 | For LEVOIT LV-PUR131 Air Purifier Replacement Filter 2 Filters & 2 True Activated C... 225 | VEVA Air Purif... Replacement - HEPA Air Filter Precut Activ... 1 |
|---|---|---|---|---|---|
| $69⁹⁵ | $69⁹⁰ | $124⁹⁵ ($41.65/Count) | $36²² | $29⁹⁹ ($15.00/Count) | $90⁹⁹ |

## Products related to this item

Page 1 of 41

Sponsored ⓘ








| AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Carbon... 58 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement... 507 | AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes:... 70 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Pre... 323 | AIRDOCTOR AD5000 / AD5500 FIT BOTH MODELS Genuine Filter Replacements - One... 14 | AIRDOCTOR A... Purifier for Ho... Large Rooms U... sq. ft. 2x/hour... 1 |
|---|---|---|---|---|---|
| $69⁹⁰ | $69⁹⁵ | $124⁹⁵ ($41.65/Count) | $24⁹⁵ ($8.32/Count) | $328⁹⁹ | $519⁰⁰ |

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | AIRDOCTOR |
| Model Info | 10AD300CMK1 10AD350CMK1 |
| Item Weight | 6.02 pounds |
| Product Dimensions | 18 x 6 x 14 inches |
| Country of Origin | China |
| Item model number | 10AD300CMK1 10AD350CMK1 |
| Part Number | 10AD300CMK1 10AD350CMK1 |
| Color | Black |
| Compatible Device | AirDoctor 3000, AirDoctor 3500 |
| Material Type | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| Included Components | 1 Ultra HEPA Filter, 2 VOC Filters |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0CCJYH1FF |
| Customer Reviews | 4.8 ⋆⋆⋆⋆⋆  1,132 ratings <br> 4.8 out of 5 stars |
| Best Sellers Rank | #7,492 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #43 in Home Air Purifier Parts & Accessories |
| Date First Available | July 21, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

### Inspiration from this brand



**AIRDOCTOR**
Visit the Store on Amazon

+ Follow



🔥 All fireplaces release harmful emissions, especially wood-burnin…

🫁 For vulnerable lungs everywhere…AirDoctor! 🧑‍⚕️

🤯 Dementia: Air pollution was added to a list of modifiable deme…

🛍️ Empower children's potentia recognizing the hidden influenc

## What's in the box

- 1 Ultra HEPA Filter
- 2 VOC Filters

## Videos

Page 1 of 4

### Videos for this product



1:11
**How to Install & Extend the Life**
Christa, Mom of 5

1:43
**Watch for DEMO and tips and tricks for longer use!**
Jen Recommends

1:59
**Changing Filters & Why I LOVE the Airdoctor**
lil' picks by Lily

Ju
A
Tr

Upload your video

## Product Description

Genuine AirDoctor 3000 and 3500 Replacement Filters AIRDOCTOR AD3500 Universal Genuine Replacement Filters. Our AIR Doctor Universal Genuine Ultra hepa filter fits in both our AirDoctor AD3000 and AD35000 units. It is a powerful air cleaner designed to capture ultra-fine PM 2.5 particles from the air at 0.003 microns. That is 100 times smaller than the HEPA standard thus much more powerful than most other premium HEPA filters! With the AirDoctor we provide professional UltraHEPA filtration whether you are looking for home air purifiers that are superb for offices classrooms hospitals, etc. Before replacing the UltraHEPA or carbon/gas trap/VOC filter of your AirDoctor air purifier, turn off and unplug the unit from the electrical outlet and read all safety instructions and important warnings in this owner's manual. Customers who purchased this item also purchased: AirDoctor 3500, AD3500, AD 3500, AirDoctor AD 3500, AirDoctor 5500, AirDoctor AD 5500, AirDoctor 2000, AirDoctor AD2000, AirDoctor 1000

## From the brand

 

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements - One Year Comb... | 2 Sets 116130 HEPA Replacement Filter H 116130 for Winix 5500-2 Plasmawave Air Purifier and... | AIRDOCTOR AD5000 / AD5500 FIT BOTH MODELS Genuine Filter Replacements - One Year Comb... | Compatible to 34002 Replacement Carbon Pre-Filter 2 pack (E34) by CFS |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | $157$^{00}$ | -15% $34$^{84}$  List: $40.99 | $328$^{99}$ | $10$^{50}$ |
| **Delivery** | Get it as soon as **Wednesday, Aug 14** | Get it as soon as **Wednesday, Aug 14** | Get it as soon as **Wednesday, Aug 14** | Get it **Aug 15 - 20** |
| **Customer Ratings** | 4.8    1,132 | 4.7    2,655 | 5.0    14 | 4.0    6 |
| **Easy To Install** | 4.8 | 4.8 | — | — |
| **Value For Money** | 4.0 | 4.6 | — | — |
| **Sold By** | Ideal Living Direct | littlenature | Ideal Living Direct | Complete Filtration Services Inc. |
| **Compatible Devices** | AirDoctor 3000, AirDoctor 3500 | For Winix 5500-2 air purifier filter replacement, AM80 Models, Part No. 116130 replacement filter H | Air Purifier, AirDoctor 5000, AirDoctor 5500 | — |
| **Number Of Items** | 3 | 1 | 1 | — |
| **Material** | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) | 116130 Carbon Fiber + HEPA filter | AD5500 One Year Combo Pack | Carbon |

## Explore more from AIRDOCTOR

Sponsored ⓘ

     

| AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Carbon... | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement... | AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes:... | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter... | AIRDOCTOR AD1000 Genuine Replacement Filter Set | Captures Ultra-Fine Airborne... | AIRDOCTOR AD AD5500 FITS B MODELS Genui Replacement P |
|---|---|---|---|---|---|
| 58 | 507 | 70 | 8 | 39 | 2 |
| $69$^{90}$ | $69$^{95}$ | $124$^{95}$ ($41.65/Count) | $54$^{95}$ | $89$^{95}$ | $44$^{95}$ ($22.48 |

8/9/24, 11:... Amazon.com: AIRDOCTOR AD3000/AD3500 Genuine Fits Both Models Genuine Filter Replacement One Year Combo Pack Includes: 1 ...

## Products related to this item

Sponsored ⓘ

     

| AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Carbon… | AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes:… | XPOWER X-2830 Air Purifier + Scrubber, Negative Air, 550 CFM, 4-Stage HEPA + Carbon… | 45i Filter Replacement Compatible with 45i Air Cleaner Purifier Replacement Filter,… | 2 Pack 45i & Fl… Hepa Replacem… ter Compatible… Breathesmart F… |
|---|---|---|---|---|---|
| 507 | 58 | 70 | | | 1 |
| $69⁹⁵ | $69⁹⁰ | $124⁹⁵ ($41.65/Count) | $834⁰⁰ | $59⁸⁸ ($9.98/Count) | $44⁹⁹ ($22.50 |

Save $5.00  with c



Sponsored

Sponsored

  

| Medify MA-50 Air Purifier V3.0 with True HEPA H13 Filter | 2,640 ft² Coverage in… | Ulrempart Replacement HEPA Filter Compatible with Homedics Air Purifier… | Durabasics 3… Compatible … |
|---|---|---|
| (1,155) | (672) | |
| $242.99 | $35.99 List: $44.99 | $29.99 List: |

## Looking for specific info?

## Customer reviews

4.8 out of 5

1,132 global ratings

| 5 star | | 88% |
|---|---|---|
| 4 star | | 8% |
| 3 star | | 1% |

### Customers say

Customers like the quality, fit and ease of installation of the air filter. For example, they mention it's the best air filter they've ever purchased, it fits perfectly and is easy to install. That said, opinions are mixed on value and smell.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Quality  |  ✓ Ease of installation  |  ✓ Fit  |  ✓ Durabilty  |  Value  |  Smell

2 star                                          1%

1 star                                          2%

⌄ How customer reviews and ratings work

**Reviews with images**                                    See all photos ›

  

Top reviews

## Top reviews from the United States



 Kim

**Works well**

Reviewed in the United States on July 14, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

Liked everything but the price.

Helpful          Report

Richard C. Ponce

**Great replacement**

Reviewed in the United States on July 20, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

I liked everything

Helpful          Report

Roco

**great product quality**

Reviewed in the United States on July 13, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

quality

Helpful          Report

bigdean23

**fits the airdoctor**

Reviewed in the United States on June 7, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

Fits great. My only complaint is that they are so darn expensive. The things we do for our kids…

3 people found this helpful

Helpful          Report

Susan

**nice filters**

Reviewed in the United States on April 1, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

fast shipping
easy to install

One person found this helpful

Helpful          Report

frog princess

**Three pieces**

Reviewed in the United States on May 17, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

This was my first refill order. I was a little confused . I didn't expect three pieces . Turns out two pieces are for immediate refill and the extra black piece is for later. Wish they weren't so expensive but they seem to

Sponsored

be doing a good job.

Helpful    Report

Scott Bunner

**Quick and effective order, received in great shape.**
Reviewed in the United States on June 29, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

They were filters for my Clean Air Machine.

Helpful    Report

Kim M. Brown

**Replacement filters**
Reviewed in the United States on June 15, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

The replacement filters were perfect for the Air Doctor and are working their magic.

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Carol Taylor

**Fillers**
Reviewed in Canada on June 1, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

it is great for the A irdoctor

Report

not the only one

**Excellent product**
Reviewed in Canada on May 16, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

Such a great air quality product, after using it for years now I wouldn't want to be without it.

Report

Pacific69

**Good value**
Reviewed in Canada on March 30, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

Good value and fast delivery compared with other sources.

Report

Patrick Henry

**Excellente qualité**
Reviewed in Canada on October 20, 2023
Verified Purchase

Ces filtres sont plus chers mais bien supérieurs aux filtres de remplacement du marché. La qualité n'est pas la même ni la durabilité. Il est donc préférable de payer plus cher et de prendre les originaux Air Doctor. J'ai essayé les deux.

Report

Translate review to English

Shar

**Fast delivery**

Reviewed in Canada on November 11, 2023

**Verified Purchase**

Very good product. Needed it fast and got it in 2 days.

Report

**See more reviews** ›

Sponsored

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates