# EXHIBIT G

# EXHIBIT H

🇺🇸 An official website of the United States government

🔍                                                                                                                    MENU

## Indoor Air Quality (IAQ)

CONTACT US <https://epa.gov/indoor-air-quality-iaq/forms/contact-us-about-indoor-air-quality>

# What is a HEPA filter?

**HEPA** is a type of pleated mechanical air filter. It is an acronym for "**high efficiency particulate air** [filter]" (as officially defined by the U.S. Dept. of Energy).  This type of air filter can theoretically remove at least 99.97% of dust, pollen, mold, bacteria, and any airborne particles with a size of 0.3 microns (µm). The diameter specification of 0.3 microns corresponds to the worst case; the most penetrating particle size (MPPS). Particles that are larger or smaller are trapped with even higher efficiency. Using the worst case particle size results in the worst case efficiency rating (i.e. 99.97% or better for all particle sizes).

All air cleaners require periodic cleaning and filter replacement to function properly.  Follow manufacturer's recommendations on maintenance and replacement.

**Minimum Efficiency Reporting Values, or MERVs**, report a filter's ability to capture larger particles between 0.3 and 10 microns (µm).

- This value is helpful in comparing the performance of different filters
- The rating is derived from a test method developed by the American Society of Heating, Refrigerating, and Air Conditioning Engineers (ASHRAE) [see www.ashrae.org 🔗 <http://www.ashrae.org/> ].
- The higher the MERV rating the better the filter is at trapping specific types of particles.

| MERV Rating | Average Particle Size Efficiency in Microns |
|-------------|---------------------------------------------|
| 1-4 | 3.0 - 10.0 less then 20% |

| MERV Rating | Average Particle Size Efficiency in Microns |
|---|---|
| 6 | 3.0 - 10.0 49.9% |
| 8 | 3.0 - 10.0 84.9% |
| 10 | 1.0 - 3.0 50% - 64.9%, 3.0 - 10.0 85% or greater |
| 12 | 1.0 - 3.0 80% - 89.9%, 3.0 - 10.0 90% or greater |
| 14 | 0.3 - 1.0 75% - 84%, 1.0 - 3.0 90% or greater |
| 16 | 0.3 - 1.0 75% or greater |

# Related Questions

- What is a MERV rating? <https://epa.gov/indoor-air-quality-iaq/what-merv-rating>
- What guidelines are available to compare air cleaners? <https://epa.gov/indoor-air-quality-iaq/what-guidelines-are-available-compare-air-cleaners>
- Will air cleaners reduce health risks? <https://epa.gov/indoor-air-quality-iaq/will-air-cleaners-reduce-health-risks>
- What are ionizers and other ozone generating air cleaners? <https://epa.gov/indoor-air-quality-iaq/what-are-ionizers-and-other-ozone-generating-air-cleaners>
- Should you use an air cleaner? <https://epa.gov/indoor-air-quality-iaq/should-you-use-air-cleaner>
- Does EPA certify/register or provide lists of acceptable air cleaners or manufacturers/sellers? <https://epa.gov/indoor-air-quality-iaq/does-epa-certifyregister-or-provide-lists-acceptable-air-cleaners-or>

Indoor Air Quality Home <https://epa.gov/indoor-air-quality-iaq>

Learn about Indoor Air Quality <https://epa.gov/indoor-air-quality-iaq/learn-about-indoor-air-quality>

IAQ by Building Type <https://epa.gov/indoor-air-quality-iaq/indoor-air-quality-building-type>

Network and Collaborate <https://epa.gov/indoor-air-quality-iaq/network-and-collaborate-about-indoor-air-quality>

Popular IAQ Topics <https://epa.gov/indoor-air-quality-iaq/popular-indoor-air-quality-topics>

Frequently Asked Questions <https://epa.gov/indoor-air-quality-iaq/indoor-air-quality-iaq-frequently-asked-questions>

Publications <https://epa.gov/indoor-air-quality-iaq/publications-about-indoor-air-quality>

Regional and State IAQ Information <https://epa.gov/indoor-air-quality-iaq/epa-regional-office-and-state-indoor-air-quality-information>

Webinars, Meetings and Resources <https://epa.gov/indoor-air-quality-iaq/webinars-meetings-and-resources>

Contact Us <https://epa.gov/indoor-air-quality-iaq/forms/contact-us-about-indoor-air-quality> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON MARCH 5, 2024



# Discover.

**Accessibility Statement**
<https://epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance**
<https://epa.gov/planandbudget>

**Contracting**
<https://epa.gov/contracts>

# Connect.

**Data**
<https://epa.gov/data>

**Inspector General**
<https://www.epaoig.gov/>

**Jobs**
<https://epa.gov/careers>

**Newsroom**
<https://epa.gov/newsroom>

# Ask.

**Contact EPA**
<https://epa.gov/home/forms/contact-epa>

**EPA Disclaimers**
<https://epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines**
<https://epa.gov/aboutepa/epa-hotlines>

**FOIA Requests**
<https://epa.gov/foia>

## EPA www Web Snapshot

<https://epa.gov/utilities/wwwepagov-snapshots>

## Grants

<https://epa.gov/grants>

## No FEAR Act Data

<https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

## Plain Writing

<https://epa.gov/web-policies-and-procedures/plain-writing>

## Privacy

<https://epa.gov/privacy>

## Privacy and Security Notice

<https://epa.gov/privacy/privacy-and-security-notice>

## Regulations.gov ⬀

<https://www.regulations.gov/>

## Subscribe

<https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

## USA.gov ⬀

<https://www.usa.gov/>

## White House ⬀

<https://www.whitehouse.gov/>

## Frequent Questions

<https://epa.gov/home/frequent-questions-specific-epa-programstopics>

# Follow.

  

