**EPSTEIN DRANGEL LLP**
Ashly E. Sands (*pro hac vice*)
asands@ipcounselors.com
Danielle Futterman (*pro hac vice*)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232
*Attorneys for Plaintiff AirDoctor LLC*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AIRDOCTOR, LLC, | CASE NO. 2:23-cv-00353-GW-AS |
|---|---|
| *Plaintiff* | |
| v. | **[PROPOSED] ORDER** |
| LONNI, INC., LONNI INC., d/b/a LONNIHOME, SHENZHEN MINGDAO YOUSHU E-COMMERCE CO., LTD., SHENZHEN DAZHAN PENGTU INTERNET CO., LTD., DONGGUANSHILIANRUIZHONGXINW ANGLUOKEJIYOUXIANGONGSI d/b/a JORAIR-FILTER, and JORAIR-FILTER, | |
| *Defendants* | |

CASE NO. 2:23-cv-00353-GW (ASx)

[PROPOSED] ORDER

The Court, having reviewed Plaintiff AirDoctor, LLC's ("AirDoctor") Motion for Sanctions for Plaintiff's fees and costs associated with (1) Glacier's August 6, 2024 Meet-and-Confer, (2) Plaintiff's opposition to the Second MTD, (3) Glacier's October 14, 2024 Meet-and-Confer regarding the Mingdao MTD, (4) Plaintiff's opposition to the Mingdao MTD; and (5) Plaintiff's October 8, 2024  Meet-and-Confer regarding Plaintiff's instant Motion for Sanctions, pursuant to L.R. 83-7 and this Court's inherent power, and good cause appearing therefore, AirDoctor's Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED:

By:   _____
Hon. George H. Wu
United States District Judge

CASE NO. 2:23-cv-00353-GW(ASx)

- 1 -

[PROPOSED] ORDER