# Exhibit A

 **Outlook**

---

## Re: Request for Meet and Confer Re: Motion for Sanctions - 2:23-cv-00353-GW-AS AirDoctor, LLC v. Lonni, Inc. et al Order on Motion to Dismiss

---

**From** Ju, Iris <Iris.Ju@glacier.law>

**Date** Thu 10/10/2024 8:37 PM

**To** Danielle Futterman <dfutterman@ipcounselors.com>; Murong, Ben <ben.murong@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>

**Cc** Pan, Dandan <dandan.pan@glacier.law>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Liu, Tao <Tao.Liu@glacier.law>

In addition to my prior email, although during the meet and confer on October 8th you declined Lonni's proposal for Plaintiff to promise that Plaintiff will not enforce the trademarks against Lonni, please let me know if Plaintiff changes its position so that we may reach an amicable compromise.

Best Regards,

Tianyu Iris Ju, Esq.

**Glacier Law LLP**

251 S Lake Ave., Suite 910,

Pasadena, CA 91101

www.glacier.law

Tel: +1 (332) 208-8882

Direct: +1 (312) 499-2666

Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*

This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

----

---

**From:** Ju, Iris <Iris.Ju@glacier.law>

**Sent:** Thursday, October 10, 2024 8:15:45 PM

**To:** Danielle Futterman <dfutterman@ipcounselors.com>; Murong, Ben <ben.murong@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>

**Cc:** Pan, Dandan <dandan.pan@glacier.law>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Liu, Tao <Tao.Liu@glacier.law>