# Exhibit B





# 3 Reasons Why You Should Never Buy Fake Or Generic AirDoctor Filters

By AirDoctor Team – Mar 01, 2022

**AIRDOCTOR REPLACEMENT FILTERS**

**3 Reasons Why You Should Never Buy Fake or Generic AirDoctor Filters**

3  AirDoctor purifiers are one of a kind, and they require one-of-a-kind filters to ensure pure air and peace of mind. When you use generic filters, your AirDoctor purifier cannot perform as promised and protect you against all of those dangerous invisible threats that may be lurking in your air.

1. **Fake Filters Are Less Effective Than Genuine Certified AirDoctor Filters**

Our genuine AirDoctor filters are third-party tested and proven to remove at least 99.99% of particles as small as 0.003 microns, 100 times smaller than the HEPA standard! We've also invested in independent testing to prove AirDoctor captures 99.97% of the live SARS-CoV-2 virus, as well as a range of bacteria, viruses and VOCs like formaldehyde.*

With off-brand, generic filters, you're more than taking a shot in the dark.  We independently tested some of these counterfeit filters, and **they didn't even meet normal HEPA standards!** Our genuine AirDoctor filters are independently tested by AHAM certified laboratories and undergo rigorous testing to back up our claims for your peace of mind. You wouldn't trust a doctor who didn't pass their board exams, would you? Well, using generic filters is doing just that.

Bottom line: never believe claims without proof of independent testing and *always* use genuine AirDoctor filters.

2. **Fake Filters Don't Capture Key Contaminants**

Genuine AirDoctor filters like our UltraHEPA filter are tested & proven to capture the ultra-fine, microscopic contaminants you can't see like PM 2.5. That means particles that are 2.5 microns are smaller. AirDoctor is tested and proven to capture particles as small as 0.003 microns in size. That includes particles like dust, pollen, mold spores, smoke, pet hair, pet dander, bacteria, and viruses. Remember, ultra-fine particles are the ones that are most harmful to human health because they are capable of passing through your lungs and directly into your bloodstream.

And AirDoctor's Gas Trap Carbon filter uses a proprietary blend of activated carbon and potassium permanganate to capture invisible gasses and chemicals you can't see like ozone and formaldehyde. We use a unique blend of this material in our Carbon filters that is more expensive than generic activated carbon so that it actually removes volatile organic compounds (VOCs) like formaldehyde.

Generic filters may look similar to genuine AirDoctor filters, but they fail in comparison when it comes to performance. This leaves you exposed to dangerous contaminants that you invested in your AirDoctor to protect you against.



You may think generic filters are cheaper, but in the long run, they will ultimately cost you more money by consuming more electricity, decreasing your purifier's lifespan and voiding your warranty.

Generic filters are not tested for effectiveness and therefore are not certified to work with AirDoctor purifiers to maintain Energy Star and CARB certification. If the filter is less efficient than a HEPA filter, or it does not create the guaranteed seal that genuine AirDoctor filters create, it can create lower airflow resistance. When the AirDoctor motor experiences lower airflow resistance, the fan will spin faster and consume more electricity. AirDoctor's filters have been independently tested by an AHAM certified laboratory and put through rigorous standards to earn Energy Star certification to prove its energy efficiency. Running AirDoctor 24/7 year round will only cost you around $30-40 on average, depending on your utility costs. The costs are unknown with generic filters, but almost certain to be higher.

Fake filters can also decrease the lifespan of your AirDoctor purifier. When you use filters that are not guaranteed to efficiently remove airborne particles–either by not meeting at least the HEPA standard or by not creating a proper seal–particulate matter will bypass the filter can clog internal components in your AirDoctor. When this happens, this can cause premature failure of internal components. For this reason and all of the ones mentioned above, use of these generic, third-party filters voids your AirDoctor warranty.

**How can you tell if filters are Genuine AirDoctor filters?**

The easiest way to ensure that your filters are Genuine AirDoctor filters is to buy directly from our website at airdoctorstore.com. However, we do sell our genuine filters on other online retailers, but they will be identified as AirDoctor filters and not use any other brand name. When you receive your filters, you can always tell they are genuine if they come in AirDoctor branded packaging and have the appropriate labeling on the top of the filters that indicate they are Genuine AirDoctor UltraHEPA or Carbon filters.



*AirDoctor 3000 tested and proven to remove 99.97% of the live SARS-CoV-2 virus in a test chamber in less than 90 seconds. Testing conducted by US-based nonprofit research organization MRIGlobal. AirDoctor also independently tested 99.99% removal of a range of bacteria and viruses, including H1N1. No air purifier alone can prevent the transmission of SARS-CoV-2 (COVID-19). AirDoctor recommends using PPE and following the directions of the CDC & other government authorities.



This entry was posted in AirDoctor Replacement Filters. Bookmark the permalink.

AIRDOCTOR TEAM

**Leave A Reply**

# AIR Doctor ®
BY IDEAL LIVING

☰

**Name** *

**Email** *

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT

## RECENT POSTS

**27 Nov**    Are Air Purifiers Effective for COVID Protection?

**30 Oct**    The Surprising Link Between Air Quality and Your Sleep

**25 Sep**    Yoga Awareness Month: Transform Your Breath with Cleaner Air

**12 Sep**    Newsweek Readers Vote AirDoctor #1

**30 Aug**    How to Remove Pet Allergens in Your Home

**27 Aug**    Air Purifiers for Allergies: Do They Make a Difference?

**08 Jul**    Wildfire Smoke: How Can an Air Purifier Help With Wildfire Smoke?

**18 Jun**    How Often Should You Change Your HVAC Filter?

**03 Jun**    AirDoctor Plants 4,454 Trees for Earth Day!

**11 Apr**    Breathing Easy: The Link Between Clean Air, Earth Day, and Your Health

## CATEGORIES

Air Purifier (36)

Air Quality (18)

AirDoctor (40)

AirDoctor air purifier (14)

AirDoctor Replacement Filters (7)

COVID-19 Donations (2)

Donations (1)

Health Inequities (1)



≡

Reduce Indoor Air Pollution (2)

Uncategorized (8)

**ARCHIVES**

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

March 2023

January 2023

December 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

March 2022

February 2022

January 2022



At AirDoctor, we're on a mission to inspire a thriving life for all through pure, healthy air solutions, proven by science.

○ f

**Shop Purifiers**                                      **Affiliate Program**

**HVAC Filters**                                        **Shop Replacement Filters**

Case 2:23-cv-00353-GW-AS    Document 143-2    Filed 12/27/24    Page 6 of 6    Page ID
#:2256



≡

## STAY IN TOUCH

Get insider access to new products and promotions.

First Name

Email address                    SIGN ME UP

Privacy Policy     Terms & Conditions     Do Not Sell My Personal Information

©Copyright 2024 AIRDOCTOR, LLC- All Rights Reserved

*AirDoctor is a member of the Ideal Living family of brands. Together, we are on a mission to enhance quality of life for all.*  **LEARN MORE >**