# EXHIBIT G

# United States of America

### United States Patent and Trademark Office

# AIRDOCTOR

**Reg. No. 7,124,269**

**Registered Aug. 01, 2023**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

AIRDOCTOR, LLC  (DELAWARE CORPORATION)
14724 Ventura Blvd, Suite 200
Sherman Oaks, CALIFORNIA 91403

CLASS 11: Air purifiers; air purifying apparatus; air purifying units for residential, medical, healthcare, school, hospitality, and business and office use; air filtering units

FIRST USE 12-12-2015; IN COMMERCE 12-12-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-205,551, FILED 01-06-2022





Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying  international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid  Protocol,  before  the  expiration  of  each  ten-year  term  of  protection,  calculated  from  the  date  of  the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO.  To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.