UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-353-GW-ASx | Date | January 16, 2025 |
|---|---|---|---|
| Title | *AirDoctor, LLC v. Lonni, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Danielle S. Futterman, by telephone | Tianyu Ju |
| Ashly E. Sands, by telephone | Xionghui Murong |

**PROCEEDINGS:** **PLAINTIFF AIRDOCTOR LLC'S MOTION FOR SANCTIONS [139]; and DEFENDANT SHENZHEN MINGDAO YOUSHU E-COMMERCE CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [116]**

The Court's Tentative Ruling on the above-entitled Motions [116, 139] was issued on January 15, 2025 [154]. Oral argument is held. For reasons stated on the record, the Motions are TAKEN UNDER SUBMISSION. The parties are to meet and confer, and attempt to resolve. The parties are to file a five-page joint report by noon on January 22, 2025. Plaintiff's oral request for a week extension to respond to the amended counterclaim is GRANTED.

| | : | 14 |
|---|---|---|
| Initials of Preparer | JG | |