UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-353-GW-ASx | Date | January 24, 2025 |
|---|---|---|---|
| Title | *AirDoctor, LLC v. Lonni, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

None Present

Attorneys Present for Defendants:

None Present

**PROCEEDINGS:    IN CHAMBERS - COURT ORDER**


In light of the parties' Joint Status Report (ECF No. 156), it is ORDERED that:
1) Plaintiff's Motion for Sanctions (Dkt. 139) is withdrawn;
2) Defendant Lonni Inc.'s First Amended Counterclaim against Plaintiff AirDoctor, LLC (Dkt. 143) is withdrawn;
3. Defendants DongGuanShiLianRuiZhongXinWangLuoKeJiYouXianGongSi and Shenzhen Dazhan Pengtu Internet Co., Ltd.'s Counterclaims against Plaintiff (Dkt. 125-126) are withdrawn; and
4. Defendant Shenzhen Mingdao Youshu E-Commerce Co., Ltd. shall have until February 21, 2025 to Answer the First Amended Complaint without alleging any counterclaims.

Initials of Preparer    JG