**EPSTEIN DRANGEL LLP**
Ashly E. Sands (*pro hac vice*)
asands@ipcounselors.com
Danielle Futterman (*pro hac vice*)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

*Attorneys for Plaintiff and
Non-party Ideal Living Management LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LONNI, INC., et al.<br><br>      Defendant. | Case No. 2:23-cv-00353-GW-AS<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**NOTICE OF *EX PARTE* APPLICATION FOR PROTECTIVE ORDER RE: SUBPOENA TO MYRA NISHIZAKI**<br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Alka Sagar<br><br>Deposition Date: September 29, 2025<br><br>Fact Disc. Cutoff: September 30, 2025<br>Expert Disc. Cutoff: November 7, 2025<br>Pretrial Conf: January 29, 2026<br>Trial Date: February 10, 2026 |

NOTICE OF EX PARTE APPLICATION FOR PROTECTIVE ORDER

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiff AirDoctor LLC ("Plaintiff" or "AirDoctor") and non-party Ideal Living Management LLC ("Ideal Living") will and hereby do apply to the Court *ex parte* for a protective order as to the subpoena issued to non-party Myra Nishizaki (returnable on September 29, 2025).

Notice to Opposing Counsel: Plaintiffs provided notice of its intent to file this application on September 24, 2025 by email and telephone. The name, address, and telephone number of counsel for Defendants Lonni, Inc. ("Lonni"), Shenzhen Dazhan Pengtu Internet Co., Ltd., Shenzhen Mingdao Youshu E-Commerce Co., Ltd., and DongGuanShiLianRuiZhongXinWangLuoKeJiYouXianGongSi          (collectively "Defendants" is as follows:

Jie Li
Tianyu Ju
**GLACIER LAW LLP**
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: 312.448.7772
Facsimile: 312.801.4587
Email: iris.ju@glacier.law
jie.li@glacier.law

Dandan Pan
**GLACIER LAW LLP**
41 Madison Avenue, Ste. 2529
New York, NY 10010
Telephone: 212-927-5033
Email: dandan.pan@glacier.law

Kevin J. O'Connor
**PECKAR & ABRAMSON, P.C.**
70 Grand Avenue
River Edge, NJ 07661

1

NOTICE OF EX PARTE APPLICATION FOR PROTECTIVE ORDER

Telephone: (201) 343-3434
Email: koconnor@pecklaw.com
Defendant has indicated that it intends to oppose the application.

Basis for *Ex Parte*: *Ex parte* relief is appropriate because notice of the subpoena was provided on September 2, 2025, and the deposition is set for September 29, 2025. Plaintiff cannot have this matter heard by noticed motion. The parties met and conferred on these issues via telephone and email, but on the morning of September 24, 2025, they reached an impasse to resolve issues related to the subpoena absent motion practice.

This application is based on this notice, the accompanying application, Declaration of Peter J. Farnese, the Declaration of Carlton Newsome, all pleadings, papers and records on file herein, any matter which the court may take judicial notice, and any oral or documentary evidence that the Court may receive.

Dated: September 24, 2025

Respectfully submitted,

EPSTEIN DRANGEL LLP


*/s/ Ashly E. Sands*
Ashly E. Sands

Attorneys for Plaintiff,
AirDoctor LLC

2
NOTICE OF EX PARTE APPLICATION FOR PROTECTIVE ORDER