**EPSTEIN DRANGEL LLP**
Ashly E. Sands (*pro hac vice*)
asands@ipcounselors.com
Danielle Futterman (*pro hac vice*)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

*Attorneys for Plaintiff and*
*Ideal Living Management LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>LONNI, INC., et. al.<br><br>                    Defendants. | Case No. 2:23-cv-00353-GW-AS<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CARLTON NEWSOME IN SUPPORT OF *EX PARTE* APPLICATION FOR PROTECTIVE ORDER, OR IN THE ALTERNATIVE, TO QUASH SUBPOENA TO MYRA NISHIZAKI**<br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Alka Sagar<br><br><br>Fact Disc. Cutoff: September 30, 2025<br>Expert Disc. Cutoff: November 7, 2025<br>Pretrial Conf: January 29, 2026<br>Trial Date:   February 10, 2026 |

DECLARATION OF CARLTON NEWSOME

## DECLARATION OF CARLTON NEWSOME

I, Carlton Newsome, do hereby declare and state as follows:

1.      I am Senior Manager, H.R., for Ideal Living Management LLC ("Ideal Living").

2.      I make this declaration based on my own personal knowledge or upon information and belief, and, if called upon to testify, would testify competently as to the matters contained therein.

3.      Myra Nishisaki was previously employed with Ideal Living until February 2023.

4.      In or about June 2011, Ms. Nishizaki executed a confidentiality agreement as part of her employment with Ideal Living.

5.      A true and correct copy of the document, titled "Confidential Information and Inventions Agreement" is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on September 24, 2025, at Sherman Oaks, California.

*Carlton Newsome*

_____

CARLTON NEWSOME

DECLARATION OF CARLTON NEWSOME

# Dec of Carlton Newsome

Final Audit Report                                                         2025-09-24

| | |
|---|---|
| Created: | 2025-09-24 |
| By: | Mary Kaufman (mkaufman@idealliving.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAsh5Lrnvcls1QqA317thX8UFcVpupNo00 |

## "Dec of Carlton Newsome" History

Document created by Mary Kaufman (mkaufman@idealliving.com)
2025-09-24 - 8:13:26 PM GMT

Document emailed to Carlton Newsome (cnewsome@idealliving.com) for signature
2025-09-24 - 8:13:31 PM GMT

Email sent to aasands@ipcounselors.com bounced and could not be delivered
2025-09-24 - 8:13:47 PM GMT

Email viewed by Carlton Newsome (cnewsome@idealliving.com)
2025-09-24 - 8:14:37 PM GMT

Document e-signed by Carlton Newsome (cnewsome@idealliving.com)
Signature Date: 2025-09-24 - 8:15:53 PM GMT - Time Source: server

Agreement completed.
2025-09-24 - 8:15:53 PM GMT

Adobe Acrobat Sign