# EXHIBIT E

# EXHIBIT E

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AIRDOCTOR, LLC,                          )
                                         ) Case No.:
          Plaintiff,                     ) 2:23-cv-00353
                                         )
   vs.                                   )
                                         ) Pages 1 to 243
LONNI, INC., et al.,                     )
                                         )
          Defendants.                    )
_____  )

DEPOSITION OF:

JEREMY SWEET

WEDNESDAY, SEPTEMBER 3, 2025

9:18 a.m.

REPORTED BY:

Vickie Blair

CSR No. 8940, RPR-CRR

Page 11

Q    Got it.

So Ideal Living Holdings, LLC, owns 100 percent of Ideal Living, LLC; correct?

A    Ideal Living Holdings owns 100 percent? Recently they did have a third-party investor interest, a minority share that now owns a portion of it, I don't know all the details, but I know there was, in the last -- maybe in July, a new entity that bought in.

Q    Do you know the name of that entity?

A    Hmm, I don't remember. I'd have to look, yeah.

Q    And that -- that entity came in at the holdings level or at -- at the management level or?

A    At the holdings, I think, as a part of the holdings, yeah.

Q    Is that a U.S. entity that bought it?

A    Yes, I believe they -- they created an LLC or two at the holdings level, as well.

Q    Gotcha.

Can you explain your answer. I'm not sure I understand what you mean.

A    So -- so, in order to own -- at the holdings level --

Q    Uh-huh.

A    -- the entity now has an LLC there, as

4 (Pages 10 - 13)