# EXHIBIT F

# EXHIBIT F

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, NORTHWEST DISTRICT

IDEAL LIVING, LLC, A DELAWARE

LIMITED LIABILITY COMPANY;

PETER SPIEGEL, AN INDIVIDUAL;

AND KATHLEEN WILLIAMS, AN

INDIVIDUAL,                    Case No. 23VECV04262

      Plaintiffs,

    vs.

DAVID NAJAR, AN INDIVIDUAL;

AND DOES 1 THROUGH 10,

INCLUSIVE,

      Defendant.

_____

DEPOSITION OF MYRA NISHIZAKI

Los Angeles, California

Tuesday, February 25, 2025

Reported by:

MARIA ELLERSICK, CSR No. 10531

Job No. 7189191B

PAGES 1 - 237

PAGES 150 - 167 ARE CONFIDENTIAL AND

AND BOUND SEPARATELY

Page 1

Q  So you mentioned earlier that when you left, there were approximately 200 employees at the company?

A  No.  At Ideal Living?

Q  Yeah.

A  No.  There are about 80 to 90.

Q  Okay.  Sorry.  You said when you started, there were 50, and when you left, there were 90?

A  It was in the 40's, 40 to 50.  Around 45 probably.

Q  And are you aware of the current footprint of the organization?

A  I have no idea.

Q  And did you ever discuss their religious affiliations with any of your other colleagues?

A  Yeah, I did.  Some were friendly, and we would talk about things, yeah.

Q  Were there Jews there?

A  Absolutely.

Q  Were there Christians?

A  Yes.

Q  Were there Muslims?

A  Yes.

Q  Okay.  Were there atheists?

A  Probably.

Q  You're not suggesting -- you mentioned seven

Page 121

31 (Pages 118 - 121)