# EXHIBIT H

# EXHIBIT H

## Peter Farnese

**From:** Peter Farnese
**Sent:** Tuesday, September 23, 2025 12:02 PM
**To:** O'Connor, Kevin J.; Danielle Futterman
**Cc:** Dandan Pan; Ashly Sands; Jason M. Drangel; Melissa Levine; Iris Ju; Jie Li; Tao Liu
**Subject:** Re: AirDoctor v. Lonni, Inc., et al. - letter response

Hi Kevin,

Thank you for the email. We appreciate the professional courtesy on the subpoena date given it was noticed for Rosh Hashanah. In addition to attorneys at our firm, our client contact is out for Rosh Hashanah as well.

Although we disagree with the statements in your emails and believe the law is clear that Plaintiff has standing to, at a minimum, seek a protective order in this instance, we propose the following compromise in order to avoid motion practice on the Nishizaki subpoena:

1. Defendants agree to withdraw the Nishizaki subpoena.
2. Plaintiff agrees to produce an additional 30(b)(6) witness from Plaintiff's accounting department for a half-day to testify on the financial/corporate structure topics.

In terms of timing and witness availability, the deposition will need to occur in October, we propose October 8th, since the attorneys will already be in Los Angeles for the hearing Defendant's motion.

Please let me know if this is agreeable to Defendants.

Thank you,

Peter



**Peter J. Farnese**
Epstein Drangel LLP
Los Angeles, CA 90017
**T:** 310.356.4668
**E:** pfarnese@ipcounselors.com

**website | blog | vCard | map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

**From:** O'Connor, Kevin J. <KOConnor@pecklaw.com>
**Sent:** Monday, September 22, 2025 3:08 PM
**To:** Danielle Futterman <dfutterman@ipcounselors.com>
**Cc:** Dandan Pan <dandan.pan@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Melissa Levine

<mlevine@ipcounselors.com>; Iris Ju <iris.ju@glacier.law>; Jie Li <jie.li@glacier.law>; Tao Liu <Tao.Liu@glacier.law>
**Subject:** RE: AirDoctor v. Lonni, Inc., et al. - letter response

Danielle:

With all due respect, there is no confusion in what we had discussed.  My clients do not believe that your client, Air Doctor, LLC, has any standing to object to the subpoena to Ms. Nishizaki.  Nor do we see the scope of the subpoena as being problematic or improper.  As a courtesy to you, we spoke to the witness and got her to agree to move the date to September 29, 2025 at 9:00 am PT.  We will proceed with her deposition, virtually, at that time, and you will be provided with a link through Veritext.

With respect to the suggestion your firm made late in the day on Friday that my clients agree to withdraw, without prejudice, this subpoena if your client would agree to produce another FRCP 30(b)(6) witness, we have considered your request.  We are concerned that you have still failed to provide any information about what it is you are proposing, how much time your client is offering to provide, the subject matter, the person whom your client would produce, etc.  As you know, my office has gone back and forth with you for many weeks now on this subject given that your office produced not one, but two separate 30(b)(6) witnesses who testified that they were unprepared to address the subjects that they were produced to testify to, and who each acknowledged broad categories of documents that have yet to be produced in this case.  While we were hopeful that this could all be worked out, judging from where we are with your email below it does not appear to us that Air Doctor, LLC is taking this matter seriously, nor are you proposing anything that Air Doctor would intend to actually comply with.

Kevin J.  O'Connor
Peckar & Abramson, P.C.
70 Grand Avenue | River Edge, New Jersey 07661
office 201.343.3434 cell 201.359.7040
koconnor@pecklaw.com | www.pecklaw.com

Chair, Business Litigation Practice Group

Vice-Chair, Labor and Employment Practice Group

Certified by the Supreme Court of New Jersey
as a Civil Trial Attorney

**From:** Danielle Futterman <dfutterman@ipcounselors.com>
**Sent:** Monday, September 22, 2025 9:32 AM
**To:** O'Connor, Kevin J. <KOConnor@pecklaw.com>
**Cc:** Dandan Pan <dandan.pan@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Melissa Levine <mlevine@ipcounselors.com>; Iris Ju <iris.ju@glacier.law>; Jie Li <jie.li@glacier.law>; Tao Liu <Tao.Liu@glacier.law>
**Subject:** RE: AirDoctor v. Lonni, Inc., et al. - letter response

2

Kevin,

Your emails are not making your position clear, please confirm whether you are withdrawing the subpoena provided that we produce another witness as we discussed on Friday. We did not have a chance to speak fully with our client; we have a call scheduled with them for this afternoon. However, before we speak to them and work out the logistics, please confirm whether you will in fact withdraw the subpoena, otherwise we will just proceed with our motion.

Thanks,
Danielle



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website | vCard | map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

**From:** O'Connor, Kevin J. <KOConnor@pecklaw.com>
**Sent:** Sunday, September 21, 2025 4:22 PM
**To:** Danielle Futterman <dfutterman@ipcounselors.com>
**Cc:** Dandan Pan <dandan.pan@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Melissa Levine <mlevine@ipcounselors.com>; Iris Ju <iris.ju@glacier.law>; Jie Li <jie.li@glacier.law>; Tao Liu <Tao.Liu@glacier.law>
**Subject:** Re: AirDoctor v. Lonni, Inc., et al. - letter response

To correct my email below, the proposed new date for Myra to accommodate the switch for the Jewish holiday would be the 29th.  I just realized my flight out is the 30th.
Sent from my iPhone

3

On Sep 20, 2025, at 06:29, O'Connor, Kevin J. <KOConnor@pecklaw.com> wrote:

Good morning Danielle:

I wanted to confirm our discussion late yesterday.  First, as discussed, we have no intention of eliciting information from the recipient of the subpoena concerning her prior allegations of religious discrimination, how that action was settled, or in particular her claims that the principal shareholder of the Air Doctor affiliated companies is associated with any particular religious group or the particulars of any alleged association thereof.  Rather, this witness, whom we understand to have worked over an extensive 8+ years for the companies, is believed to have extensive knowledge about the affiliations between the companies, the manner in which financials are prepared and kept, the persons within the companies whom she believes to have the most knowledge (as well as those who have left who also have such knowledge), the true nature of the manufacturing and distribution process, the role of certain undisclosed persons in China in the manufacturing process, and related information, none of which could be elicited from the three corporate designees that were provided.

When we spoke you mentioned as a compromise, and to avoid any unnecessary motion practice, that we would withdraw the subpoena without prejudice with a commitment by Plaintiff that it would produce another 30(b)(6) witness to cover the topics that Mr. Ahaus was supposed to cover including allowing us adequate time to inquire of the voluminous financials produced by your client after Mr. Ahaus' deposition concluded.  (Please note that it is our position that the testimony of Mr. Ahaus will still stand, and by agreeing to this process, we are not agreeing that his testimony will not have the impact that it has by virtue of the Rule).  You were going to check on your side to see if such a person could be produced, who that person would be, and how much time your client would commit to this process.  As I mentioned I'm already scheduled to fly to LA on the 29th and could take that deposition on the 30th, or I could fly out a few days prior and take it on the 29th (would prefer to take it on the 30th).  I would appreciate hearing back from you soon so I could make any required travel arrangements and also communicate with the witness who has been subpoenaed so she does not take off work unnecessarily.

The foregoing is without prejudice and is a good faith effort to attempt to resolve the issues raised in your letter pertaining to the subpoena.

Kevin J.  O'Connor
Peckar & Abramson, P.C.
70 Grand Avenue | River Edge, New Jersey 07661
office 201.343.3434 cell 201.359.7040
koconnor@pecklaw.com | www.pecklaw.com
Chair, Business Litigation Practice Group

Vice-Chair, Labor and Employment Practice Group

Certified by the Supreme Court of New Jersey
as a Civil Trial Attorney

---

**From:** Danielle Futterman <dfutterman@ipcounselors.com>
**Sent:** Thursday, September 18, 2025 3:46 PM
**To:** O'Connor, Kevin J. <KOConnor@pecklaw.com>
**Cc:** Dandan Pan <dandan.pan@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Melissa Levine <mlevine@ipcounselors.com>; Iris Ju <iris.ju@glacier.law>; Jie Li <jie.li@glacier.law>; Tao Liu <Tao.Liu@glacier.law>
**Subject:** RE: AirDoctor v. Lonni, Inc., et al. - letter response

Kevin,

We are available for a call between 9 am PST and 2pm PST tomorrow. Please promptly provide your availability and we will send a calendar invite.

With respect to rescheduling the deposition, while we plan to seek judicial intervention regarding the subpoena, to the extent that the Court finds that the deposition should go forward, and assuming the discovery end date remains as it currently stands, we are tentatively available on September 29th or September 30th (waiting on further confirmation).

Danielle



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website | vCard | map**

---

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information ... are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibit... have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

---

**From:** O'Connor, Kevin J. <KOConnor@pecklaw.com>
**Sent:** Thursday, September 18, 2025 10:42 AM

**To:** Danielle Futterman <dfutterman@ipcounselors.com>
**Cc:** Dandan Pan <dandan.pan@glacier.law>; Ashly Sands <ASands@IPCOUNSELORS.COM>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Peter Farnese <pfarnese@ipcounselors.com>; Melissa Levine <mlevine@ipcounselors.com>; Iris Ju <iris.ju@glacier.law>; Jie Li <jie.li@glacier.law>; Tao Liu <Tao.Liu@glacier.law>
**Subject:** Re: AirDoctor v. Lonni, Inc., et al. - letter response

What alternative date are you proposing so I can run it by the witness? My understanding is that she was served and intends to comply.
Sent from my iPhone

> On Sep 18, 2025, at 09:18, Danielle Futterman <dfutterman@ipcounselors.com> wrote:

Kevin,

Putting aside the unprofessionalism in your below email, can you or Dandan promptly confirm whether the witness intends to appear on September 23rd? Setting aside our respective legal positions on the propriety of the subpoena, September 23rd is Rosh Hashanah, one of the holiest Jewish holidays of the year, and we are not available on that date.

Danielle



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website   blog   vCard   map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and m legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby no dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have rec mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any printout thereof.

On Sep 17, 2025, at 8:39 PM, O'Connor, Kevin J. <KOConnor@pecklaw.com> wrote:

Tomorrow I will be in the hospital all day at NYU and unavailable.   Given the hostility and unprofessional way your firm has treated Dandan we would both like to be on any calls with you.  Thus, we can speak on Friday.   We did meet with you earlier this week and you made no mention of the subpoena at all.
Sent from my iPhone

On Sep 17, 2025, at 19:14, Danielle Futterman <dfutterman@ipcounselors.com> wrote:

 Your email does not make sense, and in any event I am not free at 4:59 pm PT tonight, please provide times for tomorrow, as I mentioned, this should only take 10 minutes.



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website   blog   vCard   map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) nar legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, y dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibite mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and printout thereof.

On Sep 17, 2025, at 7:00 PM, O'Connor, Kevin J. <KOConnor@pecklaw.com> wrote:

How is tonight?  Is 459 pm PT.  And by the

7

way she didn't say the only time we could be available today was one time.  You never inquired of alternative times.
Sent from my iPhone

> On Sep 17, 2025, at 18:42, Danielle Futterman <dfutterman@ipcounselors.com> wrote:
>
> DanDan,
>
> It's hard to believe that not a single person on this case is available for a 10 minute phone call tomorrow especially given that you were not available during the large window I requested to speak today and you only provided a single available time in response. It is imperative that we speak tomorrow so we can timely seek judicial intervention. I am going to reiterate my request for 10 minutes tomorrow, I'm sure you and/or Kevin can find a time that works.
>
> Looking forward to a prompt response.
> Danielle

8



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website   blog   vCard   map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the
legally privileged and/or confidential information. If you are not the intended recipien
dissemination, distribution or copying of this e-mail, and any attachments hereto, is
mail in error, please immediately notify me at (212) 292-5390 and permanently delet
printout thereof.

On Sep 17, 2025, at 6:07 PM , Pan, Dandan <dandan.pan@glacier.law> wrote:

Danielle,

We're not available tomorrow due to other commitments. Would

9

Friday afternoon work for you?

Best regards,
Dandan

---

**From:** Danielle Futterman <dfutterman@ipcounselors.com>
**Date:** Wednesday, September 17, 2025 at 12:05 PM
**To:** Pan, Dandan <dandan.pa

n@glacier.law>
**Cc:** Ashly Sands <ASands@IPCOUNSELORS.COM>, Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>, Peter Farnese <pfarnese@ipcounselors.com>, Kevin J. O'Connor <KOConnor@pecklaw.com>,

11

Melissa Levine <[mlevine@ipcounselors.com](mailto:mlevine@ipcounselors.com)>, Ju, Iris <[Iris.Ju@glacier.law](mailto:Iris.Ju@glacier.law)>, Li, Jie <[jie.li@glacier.law](mailto:jie.li@glacier.law)>, Liu, Tao <[Tao.Liu@glacier.law](mailto:Tao.Liu@glacier.law)>

**Subject:** RE: AirDoctor v. Lonni, Inc., et al. - letter response

Dandan,

4pm PT today

does not work for us, we are available tomorrow 8:45 PT to 2:00 pm PT, please promptly respond with a time that works for you.

Thanks, Danielle



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website** | **vCard** | **map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named h...
are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution o...
have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete...

13

**From:** Pan, Dandan <dandan.pan@glacier.law>
**Sent:** Wednesday, September 17, 2025 2:31 PM
**To:** Danielle Futterman <dfutterman@ipcounselors.com>
**Cc:** Ashly Sands <ASands@IPCOUNSELORS.COM>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>;

14

Peter Farnese <pfarnese@ipcounselors.com>; Kevin J. O'Connor <KOConnor@pecklaw.com>; Melissa Levine <mlevine@ipcounselors.com>; Ju, Iris <Iris.Ju@glacier.law>; Li, Jie <jie.li@glacier.law>; Liu, Tao <Tao.Liu@glacier.law>

**Subject**: Re: AirDoctor v. Lonni, Inc., et al. - letter response

15

Danielle,

We are available at 4 pm PT today.

Best regards,
Dandan

---

**From:** Danielle Futterman <dfutterman@ipcounselors.com>
**Date:** Tuesday, September 16, 2025 at 5:29 PM
**To:** Pan, Dandan

16

<[dandan.pan@glacier.law](mailto:dandan.pan@glacier.law)>

**Cc:** Ashly Sands <[ASands@IPCOUNSELORS.COM](mailto:ASands@IPCOUNSELORS.COM)>, Jason M. Drangel <[JDrangel@IPCOUNSELORS.COM](mailto:JDrangel@IPCOUNSELORS.COM)>, Peter Farnese <[pfarnese@ipcounselors.com](mailto:pfarnese@ipcounselors.com)>, Kevin J. O'Connor <[KOConnor@peck](mailto:KOConnor@peck)

17

law.com>, Melissa Levine <mlevine@ipcounselors.com>, Ju, Iris <Iris.Ju@glacier.law>, Li, Jie <jie.li@glacier.law>, Liu, Tao <Tao.Liu@glacier.law>

**Subject:** Re: AirDoctor v. Lonni, Inc., et al. - letter response

Counsel,

18

Do you have availability to discuss the subpoena issue tomorrow on a call? We are available 9-10:45am PST or 11:30am - 1pm PST (I just have a call at 11 am PST). Please let us know as soon as possible.

Thanks,
Danielle



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website**   **blog**   **vCard**   **map**

Disclaimer: This e-mail, and any attachments hereto, is intende
herein and may contain legally privileged and/or confidential inf
of this e-mail, you are hereby notified that any dissemination, d
attachments hereto, is strictly prohibited. If you have received t
me at (212) 292-5390 and permanently delete the original and a

On Sep 16, 2025, at 9

:17 AM, Danielle Futterman <dfutterman@ipc

ounselors.com> wrote:

Counsel,

Would yo

u be amenable to having our meet and confer 30 mi

nutes earlier today? 11:30 EST / 8:30 PST

Plea

24

se let us know as soon as possible.

Thanks,
Da

n
i
e
l
l
e



**Danielle Futterman**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website   blog   vCard   map**

Disclaimer: This e-mail, and any attachments hereto, is i
herein and may contain legally privileged and/or confide
of this e-mail, you are hereby notified that any dissemina
attachments hereto, is strictly prohibited. If you have rec
me at (212) 292-5390 and permanently delete the origina

O
n
S
e
p
1
5
,
2
0
2
5
,
a

26

t7:29 PM, Pan, Dandan <dandandan.pan@glacier.

law> wrote:

Danielle, See the attached respo

nsel letters to Plaintiff's two Rule 37-1 Meet and

Conferletters.

Best regards,

Dandan Pan

**Glacie**

r Law LLP 41 Madison Avenue, Ste. 2529 New York, NY 10001

0
www.glacier.law
Tel: +1 (332) 208-1523
Fax: +1 (312

)801-4587

*Privilege and Confidentiality Notice*

This email is intended for the sole use of the intended ed

recipient(s) and may contain confidential, proprie

tary, or privileged information. If you are not the in

36

tended recipient, you are notified that any use, revi

ew, dissemination, copying or action taken on t

his message or its attachments, if any, prohibited. I

f
y
o
u
a
r
e
n
o
t
t
h
e
i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
,
p
l
e
a
s
e
i
m
m
e
d
i
a
t

ely notify the sender by replying this email and destr

o you order delete all copies of the original message and any

attachment. Thank you.

<20250915 Responses to o

9-5LetterreSubpoena.pdf>< 20250915Respon

sesto9-4DeficiencyLetter.pdf>

**CONFIDENTIALITY NOTICE:** This e-mail transmission, including previous e-mails and attachments, may contain confidential information that is legally privileged. If you are not the intended recipient, your disclosure, copying, distribution or use of information in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving them.

**CONFIDENTIALITY NOTICE:** This e-mail transmission, including previous e-mails and attachments, may contain confidential information that is legally privileged. If you are not the intended recipient, your disclosure, copying, distribution or use of information in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving them.

**CONFIDENTIALITY NOTICE:** This e-mail transmission, including previous e-mails and attachments, may contain confidential information that is legally privileged. If you are not the intended recipient, your disclosure, copying, distribution or use of information in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving them.

**CONFIDENTIALITY NOTICE:** This e-mail transmission, including previous e-mails and attachments, may contain confidential information that is legally privileged. If you are not the intended recipient, your disclosure, copying, distribution or use of information in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving them.

**CONFIDENTIALITY NOTICE:** This e-mail transmission, including previous e-mails and attachments, may contain confidential information that is legally privileged. If you are not the intended recipient, your disclosure, copying, distribution or use of information in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading or saving them.