# EXHIBIT I

# EXHIBIT I

## Peter Farnese

| | |
|---|---|
| **From:** | Peter Farnese |
| **Sent:** | Wednesday, September 24, 2025 1:12 PM |
| **To:** | O'Connor, Kevin J.; Dandan Pan; Ju, Iris; Jie Li |
| **Cc:** | Ashly Sands; Jason M. Drangel; Danielle Futterman |
| **Subject:** | Notice of Ex Parte - AirDoctor / Lonni, Inc. et al. |

Dear Counsel,

We write to provide notice that Plaintiff intends to file an ex parte application for a protective order in connection with the subpoena to Ms. Nishizaki. In the alternative, we request that the Court enter an order staying the deposition so that the parties can submit full briefing under L.R . 37-2 on the issue.  We intend to file the application this afternoon.

Under Judge Sagar's procedures: "Any opposition shall be served and filed within 24 hours of electronic filing of the application. Conformed paper copies of the filed application and any opposition shall be delivered directly to Judge Sagar's drop box located outside suite 1200 - Roybal Clerk's Office."

We intend to advise the Court that application is opposed by Defendants.  If that is not correct, please let us know as soon as possible.

Thank you,
Peter



**Peter J. Farnese**
Epstein Drangel LLP
Los Angeles, CA 90017
**T:** 310.356.4668
**E:** pfarnese@ipcounselors.com
**website | blog | vCard | map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.