# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>LONNI, INC., et al.<br><br>               Defendant. | Case No. 2:23-cv-00353-GW-AS<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR PROTECTIVE ORDER RE: SUBPOENA TO MYRA NISHIZAKI**<br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Alka Sagar<br><br>Deposition Date: September 29, 2025<br><br>Fact Disc. Cutoff: September 30, 2025<br>Expert Disc. Cutoff: November 7, 2025<br>Pretrial Conf: January 29, 2026<br>Trial Date:   February 10. 2026 |

[PROPOSED] ORDER

The Court, The Court, having reviewed Plaintiff AirDoctor, LLC's *Ex Parte* Application, and good cause appearing, the Court hereby orders as follows:

1.    The application for a protective order as to the subpoena to non-party Myra Nishizaki is GRANTED.

IT IS SO ORDERED.

DATED:

By:    _____
       Hon. Alka Sagar
       United States Magistrate Judge

---

1

[PROPOSED] ORDER