Exhibit B

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AIRDOCTOR, LLC,                          )
                                         ) Case No.:
        Plaintiff,                       ) 2:23-cv-00353
                                         )
   vs.                                   )
                                         ) Pages 1 to 243
LONNI, INC., et al.,                     )
                                         )
        Defendants.                      )
_____ )


DEPOSITION OF:

JEREMY SWEET

WEDNESDAY, SEPTEMBER 3, 2025

9:18 a.m.


REPORTED BY:

Vickie Blair

CSR No. 8940, RPR-CRR

Page 11

Q    Got it.

So Ideal Living Holdings, LLC, owns 100 percent of Ideal Living, LLC; correct?

A    Ideal Living Holdings owns 100 percent? Recently they did have a third-party investor interest, a minority share that now owns a portion of it, I don't know all the details, but I know there was, in the last -- maybe in July, a new entity that bought in.

Q    Do you know the name of that entity?

A    Hmm, I don't remember.  I'd have to look, yeah.

Q    And that -- that entity came in at the holdings level or at -- at the management level or?

A    At the holdings, I think, as a part of the holdings, yeah.

Q    Is that a U.S. entity that bought it?

A    Yes, I believe they -- they created an LLC or two at the holdings level, as well.

Q    Gotcha.

Can you explain your answer.  I'm not sure I understand what you mean.

A    So -- so, in order to own -- at the holdings level --

Q    Uh-huh.

A    -- the entity now has an LLC there, as

Page 12

well, that -- that gives them a share.  I -- I don't know.  I mean, it's a little more of an accounting and -- and --

Q       Got it.

A       -- corporate thing, but I know they had boughten in and they are at that top level.

Q       Okay.  So can you just tell me what -- what have you done to prepare for today?  And I'm not looking to hear --

A       Yeah.

Q       -- right now -- I'm not looking to ask you who you talked to specifically --

A       Right.

Q       -- just generally, what -- what have you done to prepare for today?

MS. SANDS:  Objection to the extent that was your answer would disclose communications between your attorney and -- and you, I direct you not to answer.

BY MR. O'CONNOR:

Q       Yeah.

A       Okay.

Q       I'm asking what did you do to prepare. I'm not asking you to tell me about conversations with your attorney; okay?

Page 13

A    Right.

Q    All right.

A    Hmm, not much, I just -- you know, I kind of know -- know the corporate -- I -- I -- you know, I looked at the questions that -- that you were going to ask or the topics --

Q    Okay.

A    -- and I kind of looked over my information on those topics, and just refreshed myself.

Q    When you say "you looked over my information," what information did you look at?

A    Hmm, just my general notes, my general files, that sort of thing.

Q    And those were on your computer at work?

A    Yes.

Q    A computer owned by whom?  Ideal Living?

A    Yes.

Q    You've been the director of business and legal affairs since when?

A    I've been with Ideal Living for about ten, 11 years, around -- around there.

Q    September, September 2014 sound right?

MS. SANDS:  Objection.

THE WITNESS:  I don't think that--  I don't have --