# Exhibit C

**Thursday, September 25, 2025 at 10:55:44 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | AirDoctor, LLC v. Lonni, Inc., et al. - Rule 37 & Rule 7-3 Meet and Confer |
| **Date:** | Thursday, September 4, 2025 at 11:17:09 AM Pacific Daylight Time |
| **From:** | Danielle Futterman <dfutterman@ipcounselors.com> |
| **To:** | Pan, Dandan <dandan.pan@glacier.law>, Kevin J. O'Connor <koconnor@pecklaw.com> |
| **CC:** | Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>, Ashly Sands <ASands@IPCOUNSELORS.COM>, Melissa Levine <mlevine@ipcounselors.com>, Peter Farnese <pfarnese@ipcounselors.com> |
| **Attachments:** | 9.4.25 Rule 37 Letter_vFINAL.pdf |

Counsel,

Please find enclosed Plaintiff's Rule 37 letter.

In addition, in light of Mr. Sweet's testimony yesterday that there was a very recent change in Plaintiff's corporate structure, Plaintiff seeks to file a Second Amended Complaint to add the new parent companies as Plaintiffs. This amendment would be in addition to the amendment we have already met and conferred on to add Xincheng as a Defendant. Please advise of your availability to meet and confer pursuant to Rules 7-3 and 37.

Thanks,
Danielle



### Danielle Futterman
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:** 212.292.5390 x 213
**F:** 212.292.5391
**E:** dfutterman@ipcounselors.com

**website** | **vCard** | **map**

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.