# EXHIBIT B



12/27/24, 1:43 AM    Amazon.com: AIRDOCTOR AD3000 AD3500 Fits Both Models Genuine Filter Replacements One Year Combo Pack Includes: ...

Case 2:23-cv-00353-GW-AS   Document 232-2   Filed 10/23/25   Page 3 of 7   Page ID #:4728

     

| AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… | General Replacement Filters with Activated Carbon & Pre-Filters, Effective for 3000… | AIRDOCTOR AD3000 / AD3500 Fits both models Genuine Replacement Pre… | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter… | AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC F… | AIRDOCTOR 3500i SMART Air Purifier for Living Rooms & Bedrooms. 3 Stage… |
|---|---|---|---|---|---|---|
| 95 | 722 | 2 | 335 | 18 | 24 | 1,397 |
| $69⁹⁵ | $69⁹⁰ | #1 New Release<br>$89⁹⁹ | $24⁹⁵ ($8.32/Count) | $54⁹⁵ | $134⁹² ($67.46/Count) | $569⁰⁰ |
| | | Save $10.00 with coupon | | | | Save 10% with coupon |

## Explore more from AIRDOCTOR

Sponsored ⓘ

      

| AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… | AIRDOCTOR AD3000 / AD3500 Fits both models Genuine Replacement Pre… | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter… | AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC F… | AIRDOCTOR 3500i SMART Air Purifier for Living Rooms & Bedrooms. 3 Stage… | AIRDOCTOR 2000i SMART Air Purifiers for Small Rooms & Medium/Small… |
|---|---|---|---|---|---|---|
| 95 | 722 | 335 | 18 | 24 | 1,397 | 201 |
| $69⁹⁵ | $69⁹⁰ | $24⁹⁵ ($8.32/Count) | $54⁹⁵ | $134⁹² ($67.46/Count) | $569⁰⁰ | $439⁰⁰ |
| | | | | | Save 10% with coupon | Save 10% with coupon |

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | AIRDOCTOR |
| Model Info | 10AD300CMK1 10AD350CMK1 |
| Item Weight | 6.02 pounds |
| Product Dimensions | 18 x 6 x 14 inches |
| Country of Origin | China |
| Item model number | 10AD300CMK1 10AD350CMK1 |
| Part Number | 10AD300CMK1 10AD350CMK1 |
| Color | Black |
| Compatible Device | AirDoctor 3000, AirDoctor 3500 |
| Material Type | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| Included Components | 1 Ultra HEPA Filter, 2 VOC Filters |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0CCJYH1FF |
| Customer Reviews | 4.8   1,234 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #8,606 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#55 in Home Air Purifier Parts & Accessories |
| Date First Available | July 21, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

---

## Inspiration from this brand

 **AIRDOCTOR**   Visit the Store on Amazon   + Follow

   

🧦🎁❤️ An AirDoctor gift really brings home the message that we…

Capture indoor air pollutants, especially during this year's celebr…

🎄 Our UltraHEPA filters are proven to capture 99.99% of airborne par…

🍁 When Fall air brings allergies, make sure the AirDoctor is in! ™�…

💐👵 She appreciated the flowers, and LOVED the AirDoctor!!! Grand…

---

## What's in the box

- 1 Ultra HEPA Filter
- 2 VOC Filters

## Videos

Page 1 of 3

### Videos for this product

     

| 1:40 | 1:21 | 1:42 | 1:43 | |
|---|---|---|---|---|
| AirDoctor 3000/3500 Filters work! Sneak peak after 6 mont…<br>Janelle Register | Review- AIRDOCTOR AD3000 / AD3500 Replacement Filter Pack<br>The Salty Fit Mama | What's included in the AIRDOCTOR Combo Pack?<br>Dr. Joy Skarka - Shop with Joy! | Watch for DEMO and tips and tricks for longer use!<br>Jen Recommends | Review- AIRDO… Purifier for Hon…<br>The Salty Fit Man… |

Upload your video

12/27/24, 1:43 PM     Amazon.com: AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements - One Year Combo Pack Includes: ...

Case 2:23-cv-00353-GW-AS    Document 232-2    Filed 10/23/25    Page 4 of 7    Page ID #:4729

**Product Description**

Genuine AirDoctor 3000 and 3500 Replacement Filters AIRDOCTOR AD3500 Universal Genuine Replacement Filters. Our AIR Doctor Universal Genuine Ultra hepa filter fits in both our AirDoctor AD3000 and AD35000 units. It is a powerful air cleaner designed to capture ultra-fine PM 2.5 particles from the air at 0.003 microns. That is 100 times smaller than the HEPA standard thus much more powerful than most other premium HEPA filters! With the AirDoctor we provide professional UltraHEPA filtration whether you are looking for home air purifiers that are superb for offices classrooms hospitals, etc. Before replacing the UltraHEPA or carbon/gas trap/VOC filter of your AirDoctor air purifier, turn off and unplug the unit from the electrical outlet and read all safety instructions and important warnings in this owner's manual. Customers who purchased this item also purchased: AirDoctor 3500, AD3500, AD 3500, AirDoctor AD 3500, AirDoctor 5500, AirDoctor AD 5500, AirDoctor 2000, AirDoctor AD2000, AirDoctor 1000

**From the brand**



**Compare with similar items**

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements - One Year Combo Pack Includes: 1 UltraHEPA Filter & 2 Carbon/G... **Add to cart** | AIRDOCTOR AD5000 / AD5500 FIT BOTH MODELS Genuine Filter Replacements - One Year Combo Pack Includes: Two (2) UltraHEPA Filters... **Add to cart** | AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1) UltraHEPA Filters & Two (2) Carbon/Gas... **Add to cart** | AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC Filters \| Made by AIRDOCTOR **Add to cart** |
| Price | $178.00 | $343.99 | $124.95 | $134.92 |
| Delivery | Get it as soon as **Friday, Jan 3** | Get it as soon as **Friday, Jan 3** | Get it as soon as **Friday, Jan 3** | Get it as soon as **Friday, Jan 3** |
| Customer Ratings | 4.8    1,234 | 4.5    24 | 4.7    99 | 4.8    24 |
| Sold By | Ideal Living Direct | Ideal Living Direct | Ideal Living Direct | Ideal Living Direct |
| Compatible Devices | AirDoctor 3000, AirDoctor 3500 | Air Purifier, AirDoctor 5000, AirDoctor 5500 | Air Cleaner, Air Purifier | Air Purifier |
| Number Of Items | 3 | 1 | 3 | 2 |
| Material | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) | AD5500 One Year Combo Pack | Plastic | AD5500 VOC Filter |

**4 stars and above**     Page 1 of 46

Sponsored ⓘ

| 45i Replacement Filter for Breathesmart Flex Bh400 45i Air Purifier H13 Grade True ... 152 | AIRDOCTOR 2000i SMART Air Purifiers for Small Rooms & Medium/Small... 201 | Nispira AP-B102 True HEPA Carbon Replacement Filter Compatible Alexapure... 266 | For LEVOIT LV-PUR131 Air Purifier Replacement Filter 2 Filters & 2 True Activated C... 250 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement... 95 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon... 722 | AIRDOCTOR AD3000 / AD3500 Fits both models Genuine Replacement Pre... 335 |
|---|---|---|---|---|---|---|
| $38.99 | $439.00 | $57.99 ($29.00/Count) | $29.98 ($14.99/Count) | $69.95 | $69.90 | $24.95 ($8.32/Count) |
| Save $3.00 with coupon | Save 10% with coupon | | | | | |

**Products related to this item**     Page 1 of 20

Sponsored ⓘ



Ordered from Amazon because they had next day delivery, and I had free shipping. But as far as the filters themselves go, they were basically the same price as the manufacturer. This particular package is the best way to purchase filters, because even though it's a bit pricey, you're only paying it once a year. The amount of dust and other crap caught in these filters when you change them out is insane. Imagine you, your kids, and your kids breathing this stuff in.

2 people found this helpful

Helpful          Report

**BM**

**Filters better than originals**

Reviewed in the United States on May 10, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

Filters were better made than the original filters of our Air Doctor unit. They came well packaged in an Air Doctor box. I would definitely order from them again.

One person found this helpful

Helpful          Report

**PMM**

**Fits well decent quality.**

Reviewed in the United States on September 1, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

Decent quality but a little pricy compared to the previous product of the same quality that I had bought (that product was sold out at the time I bought this product).

Helpful          Report

**Eve**

**Love my Air Doctor!**

Reviewed in the United States on December 23, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

I use this all the time in the living room. It's quiet when it's on low. It ramps itself up when needed - like when I'm cooking - and then it goes back to low automatically. The filters are a little expensive - but they work like a charm. We had smoke come out of the fireplace, and the Air Doctor filters were a life saver :) I've ordered some more.

Helpful          Report

**KindleDiva**

**Excellent product**

Reviewed in the United States on February 2, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

This is a long lasting filter that helps keep the air free of pet hair and dander. The charcoal filter cleans and freshens the air from cooking and pet odors. I recommend this product.

One person found this helpful

Helpful          Report

See more reviews ›

## Top reviews from other countries

**BobbiP**

**Easy to change**

Reviewed in Canada on December 20, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

Easy to change

Report

**Harvey J.**

**Oem parts**

Reviewed in Canada on November 19, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

No issues, parts were orginal from air doctor.
Good pricing
Parts were in stock shipped out right away

Report

**Dr. Mark**

**As advertised.**

Reviewed in Canada on November 13, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

Good quality and fit AIRDOCTOR 3000 properly.

Report

**not the only one**

**Excellent product**

Reviewed in Canada on May 16, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

Such a great air quality product, after using it for years now I wouldn't want to be without it.

Report

**Carol Taylor**

**Fillers**

Reviewed in Canada on June 1, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)          Verified Purchase

it is great for the A irdoctor

Report

See more reviews ›

Sponsored

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English     United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help