# EXHIBIT C

# PROVIDE SAFE AND HEALTHY AIR FOR:

# HEALTH AND WELLNESS

Request a Quote

## Breathe Clean, Revitalizing Air with AirDoctor's Advanced Air Purifiers for Fitness and Wellness Centers

**Elevate your atmosphere – empower your clients' health and fitness journey with AirDoctor**

Request a Quote

## Why Choose AirDoctor for Your Health and Wellness Center?

**01**

### Superior Filtration Technology

Provide your clients with the best air quality possible during their workouts with AirDoctor's cutting-edge UltraHEPA™ filter. Independently tested, it captures an impressive **99.99% of ultra-fine particles as small as .003 microns** – 100 times smaller than the standard HEPA filter. AirDoctor's air purifiers also remove 99.97% of the COVID-19 virus, creating a safer and healthier environment for everyone.

**02**

### Optimized Indoor Air Quality

Enhance your client's overall experience by offering them a refreshing and invigorating environment. AirDoctor's advanced air purifiers capture harmful pollutants **like dust, pollen, mold spores, smoke, pet dander, bacteria, and viruses.** The dual-

∧    ∨    │                                                                    ☰

03

## Quiet Performance

Create a tranquil and focused ambiance in your fitness and wellness center. AirDoctor's advanced air purifiers operate **quietly** in the background, allowing your clients to concentrate on their workouts **without any distractions**.

04

## Convenience and Peace of Mind

With AirDoctor's **Auto-Mode,** you can rest assured that the air quality in your center is constantly monitored and optimized. The professional-grade air quality sensor **automatically adjusts filtration** levels to maintain the ideal air purity, enabling your clients to fully enjoy their wellness journey.

## Contact Us Today!

**Transform your fitness and wellness center** into a haven of clean, revitalizing air. Elevate the overall experience for your clients, **boost their motivation**, and **empower** them on their health and fitness journey with AirDoctor's advanced air purifiers..

Request a Quote

**100X**    **Indoor air quality can be up to 100x more polluted than outdoor air**
Environmental Protection Agency (EPA)

**$3,900**    **Average cost per employee per year spent by employers on sick leave.**
Integrated Benefits Institute – ibiweb.org

## Invisible Enemies

Here are a few of the harmful contaminants AirDoctor is always on the hunt for. When it detects something unsafe, it kicks into high gear and kicks them out of your environment

## Bacteria          Pollen          VOCs



**Proven to Purify and Protect Against Invisible Enemies**

## Which Purifier is Right for Your Business?



**AD2000**              **AD2500**              **ADE-200**              **ADE-300**

## Let's talk!

Get a Free Quote                              Call Us

If you would like to purchase 3 or fewer units, please visit our consumer website

IDEAL LIVING

Privacy Policy          Do Not Sell My Personal Information

*© 2024 Ideal Living, LLC. All Rights Reserved.*

IDEAL LIVING