# EXHIBIT D


**intertek**
Total Quality. Assured.

## TEST REPORT
## IEST-RP-CC001.7 & IEST-RP-CC007.3
## HEPA and ULPA filters performance testing

| | |
|---|---|
| **Report reference No.:** | 2405B1032SHA-002 |
| Date of issue: | May 24, 2024 |
| **Test laboratory:** | Intertek Testing Services Shanghai Limited |
| Address: | Building No. 51, 1089 Qinzhou Road (North), Shanghai 200233, China |
| Test location: | No. 70, Zhongshan East Road, Mudu Town, Wuzhong District 215101, Suzhou, China |
| **Applicant name:** | Ideal Living Direct |
| Address: | / |
| **Manufacturer:** | AIRDOCTOR |
| Address: | / |
| **Product:** | HEPA |
| Brand name: | AIRDOCTOR |
| Filter model: | B0CCJYH1FF |
| Remark: | Order No.: 111-0351171-6824254, Unit ID: 10AD350CMPK1 |
| **Standard:** | IEST-RP-CC001.7-2022 HEPA and ULPA Filters IEST-RP-CC007.3-2016 Testing ULPA Filters |
| **Test report form No.:** | TTRF_IEST-RP-CC001 |
| TRF originator: | Intertek |
| Master TRF: | Dated 2020.8 |

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program.

Lonni-000082



**Test result**

| Table 1 | Filtration performance | | --- |
| --- | --- | --- | --- |
| Normal air volume flow rate m$^3$/h | | 161 | |
| Test aerosol substances | | Latex beads, Neutralized | |
| Particle size range (µm) | | 0.05 | |
| Sample No. | Δ Pa | Fractional efficiency (%) | |
| 0240515-32 | 17 | 99.94 | |

**Results summary:**
One sample was tested, fractional efficiency is 99.94% for 0.05um particles.

**Signatures**

| Tested by: | Zhendong Ma | Reviewed by: | Tommy Yang |
| --- | --- | --- | --- |
| Title: | Test Engineer | Title: | Technical Supervisor |
| Signature: | *Zhendong Ma* | Signature: | *Tommy Yang* |

TRF No.: TTRF_IEST-RP-CC001

Lonni-000083

**Data for test and sample**

| Date of receipt of project | 5/15/2024 | Dates of testing | 5/17/2024 |
|---|---|---|---|
| Test sample | 1 Pcs | Sample number | 0240515-32 |
| Air temperature (°C) | 22.5 | Air humidity (% R.H.) | 47 |
| Brand: | AIRDOCTOR | Tested Model: | B0CCJYH1FF |
| Country of manufacturer: | Malaysia | Product number code: | N/A |
| Maximum air-filter flow rate (m$^3$/h): | 161 | Dimensions (L x W x Height): | 416*341*37 mm |
| Additional information: | None | | |

TRF No.: TTRF_IEST-RP-CC001

Lonni-000084



**Test data**

| No. | Pressure loss , Pa | Port | Particles: 10l at (in nanometers) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test air flow rates, m$^3$/h | | | 161 | | Pressure loss av., Pa | | 17 | | |
| | | | 50 | 80 | 90 | 100 | 150 | 200 | 300 |
| 1 | 17 | Upstream | 69763 | 64275 | 62488 | 57575 | 47850 | 40700 | 35000 |
| 2 | 17 | Downstream | 42 | 35 | 37 | 32 | 24 | 18 | 12 |
| Upstream, 95% min | | | 69889 | 64397 | 62608 | 57690 | 47955 | 40797 | 35090 |
| Downstream, 95% max | | | 45 | 38 | 40 | 34 | 26 | 20 | 14 |
| Efficiency, E % | | | 99.940 | 99.946 | 99.941 | 99.945 | 99.950 | 99.955 | 99.966 |
| Efficiency, E$_{95\%}$ min, % | | | 99.935 | 99.941 | 99.937 | 99.940 | 99.945 | 99.950 | 99.961 |

Note: MPPS highlighted in grey.

TRF No.: TTRF_IEST-RP-CC001

Lonni-000085

**intertek**
Total Quality. Assured.

Report Ref. No.:2405B1032SHA-002
Page 5 of 6

**Photo of sample under test**

Overview of the filter, air inlet



Backview of the filter, air outlet



TRF No.: TTRF_IEST-RP-CC001

Lonni-000086

Report Ref. No.:2405B1032SHA-002
Page 6 of 6

**intertek**
Total Quality. Assured.

Package view



Lonni-000087

2024/5/17 11:45

Amazon.com: AIRDOCTOR AD3000 / AD3500 Replacement Filter Combo Pack - Includes 1 UltraHEPA and 2 Carbon/Gas Trap Filters (Fits Both Models) : Home & Kitchen

Deliver to **Los Angeles 90001**

**Appliances** ⌄

Search Amazon

EN ⌄

Hello, sign in
**Account & Lists** ⌄

Returns & Orders

0 Cart

All    Medical Care ⌄    Groceries ⌄    Best Sellers    Amazon Basics    New Releases    Music    Prime ⌄    Customer Service    Today's Deals    Amazon Home    Registry    Books    Pharmacy    Celebrate National Small Business Month

Appliances    Best Sellers    Refrigeration    Cooking    Washers & Dryers    Dishwashers    Parts & Accessories

amazon live  GIRLS NIGHT OUT  WITH PORSHA WILLIAMS   Watch now ▶ amazon.com/live

Home & Kitchen › Heating, Cooling & Air Quality › Parts & Accessories › Air Purifier Parts & Accessories



Roll over image to zoom in

# AIRDOCTOR AD3000 / AD3500 Replacement Filter Combo Pack - Includes 1 UltraHEPA and 2 Carbon/Gas Trap Filters (Fits Both Models)

Visit the AIRDOCTOR Store

4.8          1,047 ratings  |  Search this page

Amazon's Choice ◣

2K+ bought in past month

Price: **$157.00** ($39.25 / Count)
FREE Returns

Available at a lower price from other sellers that may not offer free Prime shipping.

30-day refund/replacement

 Material Type: **AD3500 / AD3000 One Year Combo Pack (Fits Both Models)**

| | |
|---|---|
| **Brand** | AIRDOCTOR |
| **Material** | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| **Product Dimensions** | 18"L x 6"W x 14"Th |
| **Compatible Devices** | AirDoctor 3000, AirDoctor 3500 |
| **Item Weight** | 6.02 Pounds |

## About this item

- TRUE PERFECT COMPATIBILITY WITH AD3000 & AD3500: 2 Genuine AirDoctor UltraHEPA filters and 2 Genuine AirDoctor Carbon VOC filters with pre-filters attached, the only filters that are compatible with the AirDoctor 3000 and 3500

- UPDATED DESIGN: Our thoughtfully designed new filter eliminates guesswork and simplifies the installation process with a foolproof alignment, with only one way to fit the filters in

- REPLACEMENT: Replace the dual-action VOC carbon filter every 6 months and the UltraHEPA filter every 12 months (under normal

prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **fast, free delivery**

**One-time purchase:**
$157.00 ($39.25 / Count)

FREE Returns

FREE delivery **Wednesday, May 22**

Or fastest delivery **Saturday, May 18**. Order within **3 hrs 16 mins**

Deliver to Los Angeles 90001

## In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Ideal Living Direct |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
10%    15%

$141.30 ($35.33 / Count)

Lonni-000089

2024/5/17 11:45

Amazon.com: AIRDOCTOR AD3000 / AD3500 Replacement Filter Combo Pack - Includes 1 UltraHEPA and 2 Carbon/Gas Trap Filters (Fits Both Models) : Home & Kitchen

use) for best performance

- **CUTTING-EDGE TECHNOLOGY:** UltraHEPA captures airborne contaminants such as dust, pollen, mold spores, smoke, pet hair, dander as small as .003 microns in size – 100 times smaller than the HEPA standard!
- **ADVANCED FILTRATION:** Our VOC Carbon filters are catalyzed with potassium permanganate to capture odors (cooking, pets), dangerous ozone (smog) and gasses and chemicals (VOCs) such as formaldehyde.
- **COST EFFICIENT:** Save money in the long run with genuine AirDoctor filters, as they are the only ones guaranteed to work with your AD3500 and AD3000. Additionally, after-market filters voids your warranty.

› See more product details

Report an issue with this product or seller

FREE delivery **Wednesday, May 22**

Ships from: Amazon
Sold by: Ideal Living Direct

Add to List

**Other sellers on Amazon**

New & Used (3) from $147¹⁷ & **FREE Shipping**.

## Frequently bought together

 +  +

Total price: $306.90

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**This item:** AIRDOCTOR AD3000 / AD3500 Replacement Filter Combo Pack - Includes 1…
$157⁰⁰ ($39.25/Count)

AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1)…
$124⁹⁵ ($41.65/Count)

AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Pre-Filters Captur…
$24⁹⁵ ($8.32/Count)

## Products related to this item

Page 1 of 35

Sponsored ⓘ

      

AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement…
487
$69⁹⁵

AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon…
24
$69⁹⁰

Air 3000 Replacement Filters Compatible with 3000/3000M/3000pro 4-in-1 Home Air Pur…
$62⁹⁹ ($7.87/Count)
Save 15% with coupon

AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Pre…
312
$24⁹⁵ ($8.32/Count)

AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes:…
52
$124⁹⁵ ($41.65/Count)

3000 Replacement Filter Compatible with 3000 4-in-1 Home Air Purifier 3000, 3000M, …
$49⁹⁹ ($7.14/Count)

AIRDOCTOR AD5000 / AD5500 FIT BOTH MODELS Genuine Filter Replacements - One…
5
$328⁹⁹

## Explore more from AIRDOCTOR

Lonni-000090

2024/5/17 11:45

Amazon.com: AIRDOCTOR AD3000 / AD3500 Replacement Filter | 1 oz 2 Pack - Includes 1 Ultra HEPA and 2 Carbon/Gas Trap Filters (Fits Both Models) : Home & Kitchen

Case: 2:23-cv-00358-GW-AS Document 232-4 Filed 10/23/25 Page 10 of 26 Page ID #:4747

Explore more from AIRDOCTOR

Sponsored ⓘ

      

| AIRDOCTOR AD5000 / AD5500 FITS BOTH MODELS Genuine Replacement Pre-Filter… 2 | AIRDOCTOR AD1000 Genuine Replacement Filter Set | Captures Ultra-Fine Airborne… 24 | AIRDOCTOR AD5500 4-in-1 Air Purifier for Extra Large Spaces & Open Concepts with Ul… 63 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… 487 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… 24 | AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Pre… 312 | AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes:… 52 |
|---|---|---|---|---|---|---|
| $44.95 ($22.48/Count) | $89.95 | $999.00 | $69.95 | $69.90 | $24.95 ($8.32/Count) | $124.95 ($41.65/Count) |

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | AIRDOCTOR |
| Model Info | 10AD300CMK1 10AD350CMK1 |
| Item Weight | 6.02 pounds |
| Product Dimensions | 18 x 6 x 14 inches |
| Country of Origin | China |
| Item model number | 10AD300CMK1 10AD350CMK1 |
| Part Number | 10AD300CMK1 10AD350CMK1 |
| Color | Black |
| Compatible Device | AirDoctor 3000, AirDoctor 3500 |
| Material Type | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| Included Components | 1 Ultra HEPA Filter, 2 VOC Filters |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0CCJYH1FF |
| Customer Reviews | 4.8    1,047 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #11,582 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#78 in Home Air Purifier Parts & Accessories |
| Date First Available | July 21, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## What's in the box

- 1 Ultra HEPA Filter
- 2 VOC Filters

Lonni-000091

Case 2:23-cv-00358-GW-AS   Document 232-4   Filed 10/23/25   Page 11 of 26   Page ID #:4748

## Videos

### Videos for this product



1:11

How to Install & Extend the Life
Christa, Mom of 5



1:43

Watch for DEMO and tips and tricks for longer use!
Jen Recommends



1:01

Review of AirDoctor Replacement Filters
Christa



3:03

Quick unboxing and changing carbon filter
John & Melissa



Peace of mind a... whole year!
Christa Bevan

Upload your video

## Product Description

Genuine AirDoctor 3000 and 3500 Replacement Filters AIRDOCTOR AD3500 Universal Genuine Replacement Filters. Our AIR Doctor Universal Genuine Ultra hepa filter fits in both our AirDoctor AD3000 and AD35000 units. It is a powerful air cleaner designed to capture ultra-fine PM 2.5 particles from the air at 0.003 microns. That is 100 times smaller than the HEPA standard thus much more powerful than most other premium HEPA filters! With the AirDoctor we provide professional UltraHEPA filtration whether you are looking for home air purifiers that are superb for offices classrooms hospitals, etc. Before replacing the UltraHEPA or carbon/gas trap/VOC filter of your AirDoctor air purifier, turn off and unplug the unit from the electrical outlet and read all safety instructions and important warnings in this owner's manual. Customers who purchased this item also purchased: AirDoctor 3500, AD3500, AD 3500, AirDoctor AD 3500, AirDoctor 5500, AirDoctor AD 5500, AirDoctor 2000, AirDoctor AD2000, AirDoctor 1000

## From the brand

Lonni-000092

Case 2:23-cv-00350-GW-AS    Document 202-4    Filed 10/23/25    Page 12 of 26    Page ID #:4749




## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  AIRDOCTOR AD3000 / AD3500 Replacement Filter Combo Pack - Includes 1 UltraHEPA and 2 Carbon/Gas Trap Filters (Fits Both Models) <br> Add to Cart |  2 Sets 116130 HEPA Replacement Filter H 116130 for Winix 5500-2 Plasmawave Air Purifier and Models AM80 - HEPA Filter and Activated… <br> Add to Cart |  115115 True HEPA H13 Replacement Filters A Size 21 Compatible with Winix plasmawave wac5300, wac6300, P300, C535, 5300-2, 6300-… <br> Add to Cart |  Compatible to 34002 Replacement Carbon Pre-Filter 2 pack (E34) by CFS <br> Add to Cart |
| **Price** | $157⁰⁰ | -7% $39⁹⁹ <br> Typical: $42.99 | $21⁹⁹ | $10⁵⁰ |
| **Delivery** | Get it as soon as **Wednesday, May 22** | Get it as soon as **Wednesday, May 22** | Get it as soon as **Thursday, May 23** | Get it **May 22 - 24** |
| **Customer Ratings** | 4.8    1,047 | 4.7    2,517 | 4.6    646 | 4.0    6 |
| **Easy To Install** | 4.8 | 4.8 | 4.6 | — |
| **Value For Money** | 4.0 | 4.6 | 4.4 | — |
| **Sold By** | Ideal Living Direct | littlenature | JUNHUI FILTRATION | Complete Filtration Services Inc. |
| **Compatible Devices** | AirDoctor 3000, AirDoctor 3500 | For Winix 5500-2 air purifier filter replacement, AM80 Models, Part No. 116130 replacement filter H | Winix Air Purifier, Winix 5300-2 Air Purifier, Winix 6300-2 Air Purifier, Winix c535 Air Purifier, Winix p300 Air Purifier | — |
| **Number Of Items** | 3 | 1 | 1 | — |
| **Material** | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) | 116130 Carbon Fiber + HEPA filter | Paper Fiber, Activated Charcoal, Hepa Filter | Carbon |

Lonni-000093

Case 2:23-cv-00350-GWAS   Document 222-4   Filed 10/23/25   Page 13 of 26   Page ID #:4750

## Related products with free delivery on eligible orders

Sponsored ⓘ   | Try Prime for unlimited fast, free shipping

     

| 3000 Replacement Filters Compatible with A DOC 3000 4-in-1 Home Air Purifier… | 3500 Replacement Filter Only Compatible with 3500 Air Puri-fier, 3500 Combo Pack In… | AD3500 Replacement Filter for AIR 4-in-1 Air Purifier - AD3500, 3000, 3000M, 3000pr… | Air 3000 Replacement Filters Compatible with 3000/3000M/3000pro 4-in-1 Home Air Pur… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Pre… | AIRDOCTOR AD2000 Genuine Filter Replacement - One Ye… Combo Pack Includes: |
|---|---|---|---|---|---|---|---|
| 12 | 4 | 1 | | 24 | 487 | 312 | 52 |
| $39⁹⁹ ($5.71/Count) | $58⁹⁹ | $69⁹⁹ | $62⁹⁹ ($7.87/Count) | $69⁹⁰ | $69⁹⁵ | $24⁹⁵ ($8.32/Count) | $124⁹⁵ ($41.65/Cou… |
| | Save $5.00 with coupon | Save $5.00 with coupon | Save 15% with coupon | | | | |

## Products related to this item

Sponsored ⓘ

       

| AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter… | AIRDOCTOR AD2000 Genuine Replacement Pre-Filter | Captures Larger Contaminants… | 3000 Replacement Filters for Air Purifier - 3000, 3000M - 3000pro - UltraHEPA Pre-F… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… | Air 3000 Replacement Filters Compatible with 3000/3000M/3000pro 4-in-1 Home Air Pur… | AIRDOCTOR AD3000 / AD3500 FITS Both Models Genuine Replacement Pre… | AIRDOCTOR AD2000 Genuine Filter Replacement - One Ye… Combo Pack Includes: |
|---|---|---|---|---|---|---|---|
| 5 | 5 | | 487 | 24 | | 312 | 52 |
| $54⁹⁵ | $24⁹⁵ ($8.32/Count) | $69⁹⁹ | $69⁹⁵ | $69⁹⁰ | $62⁹⁹ ($7.87/Count) | $24⁹⁵ ($8.32/Count) | $124⁹⁵ ($41.65/Cou… |
| | 🌱 Climate Pledge Friendly | Save $7.00 with coupon | | | Save 15% with coupon | | |

## Similar brands on Amazon

Sponsored

Medify Air
Shop the Store on Amazon ›

5-Star
Shop the Store on Amazon ›

Lonni-000094

Case 2:23-cv-00350-GW-AS     Document 222-4     Filed 10/23/25     Page 14 of 26    Page ID #:4751

   

## Looking for specific info?

## Customer reviews

### 4.8 out of 5

1,047 global ratings

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 9% |
| 3 star | | 1% |
| 2 star | | 1% |
| 1 star | | 2% |

ⅴ How customer reviews and ratings work

### Customers say

Customers like the quality, ease of installation, durability, and fit of the air filter. For example, they mention it's the best air filter, it fits perfectly, and it lasts a long time. That said, some complain that the replacement filters are expensive.

AI-generated from the text of customer reviews

✓ Quality    ✓ Ease of installation    ✓ Durabilty    ✓ Fit    ✓ Noise    ⊖ Value

### Reviews with images

See all photos ›



---

Top reviews

### Top reviews from the United States

 Susan

**nice filters**

Reviewed in the United States on April 1, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

fast shipping
easy to install

 Helpful     Report

Lonni-000095

Case 2:23-cv-00350-GW-AS    Document 202-4    Filed 10/23/25    Page 15 of 26    Page ID #:4752



Wilson

**Good quality.**

Reviewed in the United States on March 12, 2024

**Verified Purchase**

Fit perfectly. A little expensive.

Helpful      Report

BM

**Filters better than originals**

Reviewed in the United States on May 10, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

Filters were better made than the original filters of our Air Doctor unit. They came well packaged in an Air Doctor box. I would definitely order from them again.

Helpful      Report

Tana

**Works well**

Reviewed in the United States on April 29, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

As expected and works as it should.

Helpful      Report

Jimbo

**Filters last a long time**

Reviewed in the United States on March 9, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

This product does a great job cleaning the air in my house

One person found this helpful

Helpful      Report

Kristen Aiken

**Pricey but worth it.**

Reviewed in the United States on January 28, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

Expensive, but does keep my house smelling fresh.

Helpful      Report

LuggageSpotter

**Perfect!**

Reviewed in the United States on February 28, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    **Verified Purchase**

Lonni-000096

Case 2:23-cv-00350-GW-AS    Document 282-4    Filed 10/23/25    Page 16 of 26    Page ID #:4753

Just what I needed.

One person found this helpful

[ Helpful ]     Report

**Aaron C.**

**they work.**

Reviewed in the United States on April 23, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

Plan on making this purchase annually. Recommend using this in conjunction with a good UVC light for maximum performance.

[ Helpful ]     Report

**See more reviews** ›

## Top reviews from other countries

[ Translate all reviews to English ]

**Pacific69**

**Good value**

Reviewed in Canada on March 30, 2024

Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)    Verified Purchase

Good value and fast delivery compared with other sources.

Report

**Patrick Henry**

**Excellente qualité**

Reviewed in Canada on October 20, 2023

Verified Purchase

Ces filtres sont plus chers mais bien supérieurs aux filtres de remplacement du marché. La qualité n'est pas la même ni la durabilité. Il est donc préférable de payer plus cher et de prendre les originaux Air Doctor. J'ai essayé les deux.

Report

Translate review to English

**Shar**

**Fast delivery**

Reviewed in Canada on November 11, 2023

Verified Purchase

Very good product. Needed it fast and got it in 2 days.

Report

Lonni-000097

2024/5/17 11:45

Amazon.com: AIRDOCTOR AD3000 AD3500 Replacement Filter (Value Pack - Includes 1 Ultra HEPA and 2 Carbon/Gas Trap Filters for Both Models) : Home & Kitchen

Case 2:23-cv-00350-GW-AS    Document 282-4    Filed 10/23/25    Page 17 of 26    Page ID #:4754



Gerald

**EXPENSIVE BUT FITS PERFECTLY IN THE AIR DOCTOR.**

Reviewed in Canada on September 26, 2022

**Verified Purchase**

These filters fit perfectly and are high quality. I changed them perhaps a bit prematurely but in a normal room, they can last for well over a year, I would even say two. Don't go for third party accessories. It will not perform to the machine's potential.

Report

CATHERINE SHOEBRIDGE

**Air Doctor filters**

Reviewed in Canada on October 31, 2021

**Verified Purchase**

Air Doctor filters OEM are perfect replacement parts. Speedy delivery!

Report

**See more reviews** ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

Lonni-000098

2024/5/17 11:45

Amazon.com: AIRDOCTOR AD3000 - AD3500 Replacement Filter (2 Pack - Includes 1 Ultra HEPA and 2 Carbon/Gas Trap Filters (Fits Both Models) : Home & Kitchen

Case: 2:23-cv-00350-GWAS    Document 222-4    Filed 10/23/25    Page 18 of 26    Page
ID #:4755

English  |  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business |
| **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products |
| **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts |
| | | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



## Final Details for Order #111-0351171-6824254

Print this page for your records.

**Order Placed:** April 27, 2024
**Amazon.com order number:** 111-0351171-6824254
**Order Total: $217.29**

---

## Shipped on April 28, 2024

| **Items Ordered** | **Price** |
| --- | --- |
| 1 of: *AIRDOCTOR AD3000 / AD3500 Replacement Filter Combo Pack - Includes 1 UltraHEPA and 2 Carbon/Gas Trap Filters (Fits Both Models)* | $157.00 |

Sold by: Ideal Living Direct (seller profile) | Product question? Ask Seller

Supplied by: Ideal Living Direct (seller profile)

Condition: New

**Shipping Address:**
Nancy
Donghaiwangdasha Cdong 4 lou,bulong lu 369hao
Longgang District, Bantian Street
Shenzhen, Guangdong 518129
China

**Shipping Speed:**
AmazonGlobal Standard Shipping

---

## Payment information

Lonni-000100



Lonni-000101



Lonni-000102



Lonni-000103



Lonni-000104



Lonni-000105



Lonni-000106



Lonni-000107