# EXHIBIT G

From: Jeremy Sweet
To: Selina Kwong; Al Vatine
Cc: Jassimran Arora
Subject: RE: New testing with AD3000
Date: Wednesday, March 20, 2024 12:00:42 PM
Attachments: image006.png
image009.png
image013.png
image014.png
image015.png
image016.png
image018.png
image019.png
inkv-injection-inliner-209b06d63f3139b7bbda7129634c80da.png
inkv-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png
Ideal Living, HEPA Test, LINNIW 3000 Filter - NOT PASS HEPA.xlsx
Ideal Living, HEPA Test, LINNIW 3000 - NOT PASS IN UNIT.xlsx

 External (jsweet@idealliving.com)                                       GUARDIAN

Yipes...

I adjusted the two test you sent and changed the brand and manufacturer name to the correct LINNIW.  Can you please can firm this is correct ASAP?

Regarding the Laukowind one, it actually hasn't arrived there yet when I look on Amazon.

Jeremy

**Jeremy Sweet**
**Director, Business & Legal Affairs**
**Ideal Living Management, LLC**
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
Phone: (818) 217-2553
Email: jsweet@idealliving.com

IDEΛL LIVING

*Privileged and Confidential - Attorney /Client Communication and Work Product*

**From:** Selina Kwong <skwong@lmstechnology.com>
**Sent:** Wednesday, March 20, 2024 9:30 AM
**To:** Jeremy Sweet <jsweet@idealliving.com>; Al Vatine <alvatine@lmstechnology.com>
**Cc:** Jassimran Arora <jarora@idealliving.com>
**Subject:** RE: New testing with AD3000

Hi Jeremy,

I double check our incoming file, we only received one box on the 13th from your company. So 2 reports you received on the 15th should be LINNIW not Laukowind. Can you check your record if Laukowind deliver to us yet?

Thanks,
Selina