# EXHIBIT D

May 11, 2017

# EN1822 European HEPA Test
## LMS Technologies, Inc.

**Test Type :**  EN1822
**Test Number:**  T051117A
**Flow Rate/Velocity:**  60 fpm, 30 cm/s
**Test Aerosol:**  KCl, Neutralized
**ΔP ("H2O):**  0.0850", 21.3 Pascals

**Test Requested By:**  Ideal living management
**Filter Mfgr:**
**Filter/Media ID # :**  Filter #2
**Filter/Media Size:**  13.5" x 16.25" x 1.5"

| Size Rang(μm) | Initial Fractional Efficiency(%) |
|---|---|
| 0.0030 | 100.000 |

