# EXHIBIT G

 **东莞科尼恩环境有限公司**
Dongguan Clean Environment Co.,Ltd.

## 颗粒物CCM测试报告

| 测试编号 | KNE-CCM-20250723001 | | 测试日期 | 25.7.23-25.7.25 |
|---|---|---|---|---|
| 客户名称 | | | 机器型号 | AD3500(120V 60HZ) |
| 滤网名称 | KNE滤网 | | 测试档位 | 最高档+开负离子 |
| | | | 产品编号 | / |

| 序号 | 香烟累计数量（55mg/支） | 累积消耗的香烟PM2.5质量mg | 颗粒物洁净空气量（m³/h） | 与初始值的百分比% |
|---|---|---|---|---|
| 1 | 0 | 0 | 558.4 | 100% |
| 2 | 120 | 6600 | 534.7 | 95.76% |
| 3 | 240 | 13200 | 465.4 | 83.35% |
| 4 | 328 | 18040 | 412.6 | 73.89% |
| 5 | 408 | 22440 | 354.3 | 63.45% |
| 6 | 488 | 26840 | 327.4 | 58.63% |

X—累积消耗的香烟PM2.5质量，单位mg

y—颗粒物洁净空气量，单位m³/h

拟合公式为：$y = 9 \times 10^{-11} x^3 - 2 \times 10 - 6x^2 - 0.0023x + 276.12$    $R^2 = 0.992$





颗粒物洁净空气量（m³/h）

$y = -0.0093x + 577.02$
$R^2 = 0.9765$

纵轴：颗粒物洁净空气量 m³/h

横轴：累积消耗香烟的PM2.5质量

| 洁净空气量(标称值)Q m³/h | 累积净化量M mg |
|---|---|
| 60≤Q≤100 | ≥3000 |
| 100≤Q≤150 | ≥5000 |
| 150≤Q≤300 | ≥8000 |
| 300≤Q≤500 | ≥12000 |
| 500≤Q≤800 | ≥18000 |
| Q>800 | ≥20000 |
| 注：洁净空气量小于60m³/h净化器，不做累积净化量评价 | |

编制：邱汉东                                    审核：