# EXHIBIT I

Case 3:23-cv-00353-GW-AS    Document 226-9    Filed 10/24/25    Page 2 of 101    Page ID #:4914



$49$^{86}$  ($7.12 / Count)

FREE Returns

Coupon: ▼    Save an extra 5% when you apply this coupon. Terms

Get $20 off instantly: Pay $29.86 upon approval for the Amazon Store Card.

Size: **1+2+4**

| **1+2+4**<br>**$49.86**<br>**($7.12 / Count)** | 2 Pack<br>$39.99<br>($20.00 / Count) |

| **Brand** | LINNIW |
| **Material** | 1 H13 True HEPA + 2 Activated Carbon + 4 Extra Carbon Pre-filters (1+2+4) |
| **Compatible Device** | For Air Dr. 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro |

## About this item

- 【Perfect Compatibility】AD3000 Replacement Set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro. Compare to Part No. ADF3001 ADF3002
- 【Cost-Effective Price】(1+2+4) AD3000 Replacement Filters set contains 1 H13 TRUE HEPA + 2 activated carbon filtes + 4 pre-filters, 7 units value pack save much cost for your all year round air cleaning need.

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

prime

☐ Add your 30-day FREE trial of Prime and get **fast, free delivery**

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Enerzen Ceramic Plate Replacement…

139

$24$^{95}$ ✓prime

Sponsored

Case 3:23-cv-00353-GW-AS   Document 226-9   Filed 10/24/25   Page 4 of 101   Page ID #:4916

- 【Premium H13 true HEPA】3 Stages Filtration Multi-stage filtration effectively improve the air quality for your home.
- 【Change Regularly】 It is recommended to replace the AD3000 H13 HEPA for every 10 - 12 months, replace the AD3000 Activated Carbon for every 4 - 6 months, replace the AD3000 pre- filters for every 2 - 3 months. Higher level filtration performance for long time using.
- 【100% Quality Guarantee】Product quality and customer satisfaction are our top priorities. Contact us if you have any questions, LINNIW is confident in offering the best support for customers!

› See more product details

Compare with similar items

Report incorrect product information.

## Climate Pledge Friendly Pick



Dekiru Carbon Activated Filter Precut for HPA300 Prefilter Compatible with Honeywell Air Purifier Filter Replacement, Fit for Easy Installation Advanced Filters (6 Pack)

(457)

$17.99 ($3.00/Count)

🌿 Climate Pledge Friendly

Case 3:23-cv-00353-GW-AS   Document 226-9   Filed 10/24/25   Page 5 of 101   Page ID #:4917



**ASIN: B0B42SDDWZ**

Case 3:23-cv-00353-GW-AS   Document 226-9   Filed 10/24/25   Page 6 of 101   Page
ID #:4918

| | | |
|---|---|---|
| **Buy Box Price** ❓ | $ 49.86 | Brand: LINNIW |
| **Competitive Offers** ❓ | 1 | #861 in Home Air Purifier Parts & Accessories |

**Launch Sales Estimator**

#151314 in Home & Kitchen

**Total New Prime Offers:** 0

**Competitive FBA Offers:** 0

**Current BSR:** 151,314

| | |
|---|---|
| **Estimated Monthly Sales** | **N/A** |
| **Estimated Net Revenue** (Fees Not Included) | **N/A** |

Item Dimensions: N/A x N/A x N/A in

Item Weight: N/A lb

Package Dimensions: 16.93 x 4.37 x 14.06 in

Package Weight: 7.32 lb

## Special offers and product promotions

- **Create your FREE Amazon Business account** and take advantage of the benefits that the **Small Business Month** has for you. **Register today**

## Buy it with



Total price: $638.81

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

☑ **This item:** AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR …   $49.86 ($7.12/Count)

☑ AIRDOCTOR AD3000 4-in-1 Air Purifier for Home and Large Rooms with UltraHEPA, Carbon & VOC Filters - Air Quali…   $519.00

☑ AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home Purifier | Remove Cigaret…   $69.95

Case 3:23-cv-00353-GW-AS   Document 226-9   Filed 10/24/25   Page 7 of 101   Page ID #:4919

# Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | LINNIW |
| Item Weight | 7.3 pounds |
| Package Dimensions | 16.93 x 14.06 x 4.37 inches |
| Part Number | ADF3001 ADF3002 |
| Compatible Device | For Air Dr. 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro |
| Material Type | 1 H13 True HEPA + 2 Activated Carbon + 4 Extra Carbon Pre-filters (1+2+4) |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0B42SDDWZ |
| Customer Reviews | 9 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #151,314 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#861 in Home Air Purifier Parts & Accessories |
| Date First Available | June 30, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Products related to this item

Sponsored ⓘ

8/22/22, 12:55 PM          Amazon.com: AD3000 Replacement Filters for AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier, OR AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 3:23-cv-00353-GW-AS      Document 226-9      Filed 10/24/25      Page 8 of 101    Page
ID #:4920



**AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M…**
4
$99.99

**Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate…**
82
$65.99  ($9.43/Count)

**Ulrempart Replacement Filter Sets for Air Dr. Purifier Model AD3000, AD3000M, Inclu…**
126
$65.99

**Fizerneer AD3000 True HEPA Filter Replacement Set Compatible with 4-in-1 Home Air P…**
11
$49.99  ($16.66/Count)

Save $5.00  with coupon

**Vegebe AD3000 Replacement Filter Set, Fit for Air Doctor AD3000, AD3000M,…**
1
Limited time deal
$69.99
List: $99.99 (30% off)

F
C
D
AD3(

$69

# Videos

Case 3:23-cv-00353-GW-AS   Document 226-9   Filed 10/24/25   Page 9 of 101   Page ID #:4921

## Videos for related products

|  |  |  |
|---|---|---|
| 0:31 | 0:44 | 0:38 |
| Mestica air purifier fit HOKEKI VK-6067B | AirDoctor - How to Replace Your AD3000 Filters | AirDoctor - How to Maintain AD3000 Pre-Filters |
| GERSHION Direct | Ideal Living Direct | Ideal Living Direct |

Upload your video

---

## Compare with similar items

|  | This item AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4) | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1) UltraHEPA Filters & Two (2) Carbon/Gas Trap/VOC Filter | AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home Purifier | Remove Cigarette Smoke, Pet Odors, Pollen, Toxins and More | MADE BY AIRDOCTOR | AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M AD3000pro Purifier with 1 H13 True HEPA Filter 2 Activated Carbon Gas Trap VOC Filters and 4 Extra Carbon Pre-filters |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (9) | (589) | (379) | (4) |

Case 3:23-cv-00358-CW-AS   Document 226-9   Filed 10/24/25   Page 10 of 101   Page ID #:4922

| | | | | |
|---|---|---|---|---|
| **Price** | $49⁸⁶ | $157⁰⁰ | $69⁹⁵ | $49⁹⁹ |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Joba 1 | Ideal Living Direct | Ideal Living Direct | Fizerneer |
| **Are batteries included?** | No | No | No | No |
| **Number of Items** | 7 | — | 1 | 1 |

## Product Description

**AD3000 Replacement set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro**

**Compatible with** Air Dr. 4-in-1 Home Air Purifier AD3000M AD3000pro

**Part No.:**  ADF3001 ADF3002

**Package Includes：(1+2+4)**

- 1 H13 True HEPA
- 2 VOCActivated Carbon
- 4 Extra Carbon Pre-filters

**Tips:**
For optimal performance, we recommended to replace the AD3000 H13 HEPA flilte for every 10 - 12 months, replace the AD3000 VOC Activat Carbo for every 4 - 6 months, replace the AD3000 pre- filtes for every 2 - 3 months.

# Customer questions & answers

See questions and answers ›

# Customer reviews

4.8 out of 5

**No customer reviews**

There are 0 customer reviews and 9 customer ratings.

9 global ratings

| 5 star | | 83% |
|--------|--|-----|
| 4 star | | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

932

Add to Cart

Sponsored

## Products related to this item

Sponsored ⓘ

Case 3:23-cv-00358-CW-AS Document 226-9 Filed 10/24/25 Page 13 of 101 Page ID #:4925













AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M…

4

$99.99

Ulrempart Replacement Filter Sets for Air Dr. Purifier Model AD3000, AD3000M, Inclu…

126

$65.99

Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate…

82

$65.99  ($9.43/Count)

Vegebe AD3000 Replacement Filter Set, Fit for Air Doctor AD3000, AD3000M,…

1

Limited time deal

$69.99

List: $99.99 (30% off)

Fizerneer AD3000 True HEPA Filter Replacement Set Compatible with 4-in-1 Home Air P…

11

$49.99  ($16.66/Count)

F…
C…
D…
AD3(

$69

28,438

Sponsored



D-TEND True HEPA Filter B FLT4825 Replacement Compatible with G-Guardian…

25

$36⁹⁹ prime

Sponsored

Case 3:23-cv-00358-CW-AS Document 226-9 Filed 10/24/25 Page 14 of 101 Page ID #:4926

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Amazon Assistant

Help

English

United States

| Amazon Music | Amazon | Amazon | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Drive Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon | Amazon | AmazonGlobal | Home | Amazon Ignite | Amazon Web |
| Start a Selling Account | Business | Fresh | Ship Orders Internationally | Services | | Services |

Case 3:23-cv-00358-CW-AS   Document 226-9   Filed 10/24/25   Page 15 of 101   Page ID #:4927

| | | | | | | |
|---|---|---|---|---|---|---|
| | Everything For Your Business | Groceries & More Right To Your Door | | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals Quality Used |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

Deliver to Amador
**Sherman Oaks 91403**

**Appliances** ▾

EN ▾     Hello, Jamie
**Account & Lists** ▾     Returns
**& Orders**     **0**

All    Back to School    Off to College    Amazon Basics    Coupons    Shopper Toolkit    Health & Household     **Earn rewards on shopping**

Appliances     Best Sellers     Refrigeration     Cooking     Washers & Dryers     Dishwashers     Parts & Accessories

 Honeywell HPA300 HEPA Air Purifier, Airborne Allergen Reducer for Large Rooms (465 sq ft), Black - Wildfire/Smoke, Pollen, Pet Dander, and Dust Air...    ★★★★½ 28,438    $249⁹⁹ ✓prime

Home & Kitchen › Heating, Cooling & Air Quality › Parts & Accessories › Air Purifier Parts & Accessories      Sponsored

**Last purchased Aug 22, 2022**
Size: **1+2+4** | **View order**

**Set reminder**








# AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)

**Visit the LINNIW Store**

$49⁸⁶ ($7.12 / Count)

& FREE Returns

FREE delivery **Monday, August 29**

Or fastest delivery **Tomorrow, August 23**. Order within 27 mins

Deliver to Amador - Sherman Oaks 91403

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

















# Customer Review

amy beckmann

★★★☆☆ **Does not fit AD 3000**

Reviewed in the United States on February 3, 2024

**Verified Purchase**

The air doctor 3000 has 1 angled corner. These filters have 4 square corners. That means these do not fit into the AD3000. They look to be good quality, however, they will not work, and I am returning them

Helpful | Report | Permalink

DP-00006







# Customer Review

Jasmom23

★★★★★ **These fit the Air Doctor 3000!**

Reviewed in the United States on June 7, 2023

**Verified Purchase**

These filters fit the Air Doctor 3000 and so much cheaper than the air doctor brand.

One person found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-00009



# Customer Review

Myvette

★★★★★ **Dupe de air doctor**

Reviewed in the United States on January 25, 2023

**Verified Purchase**

Tengo un air doctor y los originales salen muy caros,estos funcionan por la mitad de lo que cuestan los originales

Helpful | Report | Permalink

Translate review to English

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000010





# Customer Review



**Great gloves**

★★★★★ **Best air doctor filters for my needs**

Reviewed in the United States on January 10, 2024

**Verified Purchase**

After having air doctor come into my life 4 years ago I have been absolutely certain that air filtration and cleanliness are a must for any place I live. my first experience seeing the filtrations work was mind boggling and I was shocked that I was breathing toxic pathogens that were so hard to see from the naked eye. On a microscopic level it's a great bewilderment to me we aren't living with better conditions both in water and air in California. I am hopeful to get an upgrade on air cleanliness soon but for the price. This was great. Thank you. The original site seller was giving these at a premium and they were much cheaper here.

Helpful | Report | Permalink

DP-000013

# Customer Review



kim wharton

★☆☆☆☆ **do not work**

Reviewed in the United States on January 13, 2024

**Verified Purchase**

did not work in my machine, ran red for days even when brand new

One person found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

### Amazon Payment Products
Amazon Business Card
Shop with Points
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account

DP-000014



# Customer Review

Dennis

★★★★★ **Great combination of filters.**

Reviewed in the United States on January 21, 2024

**Verified Purchase**

Will help maintain my Air Dr. will order again.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Business Card | Amazon and COVID-19 |
| Blog | Sell on Amazon Business | Shop with Points | Your Account |
| About Amazon | Sell apps on Amazon | Reload Your Balance | |

DP-000015





# Customer Review

Seeking Hearts

★★★★☆ **Cheaper than name brand, fragile prefilter**

Reviewed in the United States on January 24, 2024

**Verified Purchase**

I like these as they are much more cost effective for the air doctor. The prefer though is much thinner and does not hold up as well as the main brand one. It rips as I try to vacuum dust off of it.

Helpful | Report | Permalink

## Product Details

No image available

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

### Amazon Payment Products
Amazon Business Card
Shop with Points
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account

DP-000017





# Customer Review

Todd Reed

★★★★☆ **After market filters**

Reviewed in the United States on September 11, 2022

**Verified Purchase**

These really seem like great deal compared to the price of Air Doctor filters, The prefilter is thinner than the original one. So far so good only time will tell.

One person found this helpful

Helpful | Report | Permalink

**0 out of 5**

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000019



# Customer Review

Amazon Customer

★☆☆☆☆ **I received only 1 extra carbon filter instead of 4.**

Reviewed in the United States on October 11, 2022

**Verified Purchase**

I received the order. However, I only received ONE extra carbon prefilter instead of FOUR. When will I get the other THREE extra carbon prefilters???

3 people found this helpful

Helpful | Report | Permalink

☆☆☆☆☆ **0 out of 5**

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000020





DP-000022

# Customer Review



Heidi N.

★★★☆☆ **Missing item**

Reviewed in the United States on November 18, 2022

**Verified Purchase**

My order was missing 1 of the 4 mentioned carbon pre filters.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000023



# Customer Review

**CJTeacher**

★★★★★  **Great filters easy to use!**

Reviewed in the United States on December 1, 2022

**Verified Purchase**

Great filters

Helpful | Report | Permalink

No image available

★★★★★  **0 out of 5**

0 global ratings

| | | | |
|---|---|---|---|
| 5 star | | | 0% |
| 4 star | | | 0% |
| 3 star | | | 0% |
| 2 star | | | 0% |
| 1 star | | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000024





# Customer Review

Dee Kay

★☆☆☆☆  **makes the air very smelly and unhealthy**

Reviewed in the United States on January 9, 2023

**Verified Purchase**

These filters fit exactly but as soon as the machine is turned on, the smell starts and did not clear in one hour so I had to take them out. The smell is very unhealthy.

5 people found this helpful

Helpful  |  Report  |  Permalink

## Product Details

No image available

★☆☆☆☆  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000026



DP-000027



# Customer Review

Lndsya

★☆☆☆☆ **Horrible Chemical Smell**

Reviewed in the United States on February 3, 2023

**Verified Purchase**

The filters smelled so strongly of chemicals. It turned the light red and filled the house with the smell. Barely lasted 10 minutes before removing them and opening the windows.

4 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000028









# Customer Review

Dwayne dose

★★★★★ **Great deal**

Reviewed in the United States on March 10, 2023

**Verified Purchase**

Easy installation

Helpful | Report | Permalink

No image available

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000032



Customer Review

Amazon Customer

★★★★★  Fits perfectly.

Reviewed in the United States on March 11, 2023

Verified Purchase

Replacement filters fit just like the original filters. Good value for the follar.

One person found this helpful

Helpful  |  Report  |  Permalink

Product Details

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

See personalized recommendations

Sign in

New customer? Start here.

Back to top

Get to Know Us

Careers

Amazon Newsletter

Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-000033





# Customer Review

Semaj

★★★★★ **The value of the product was easy on my wallet.**

Reviewed in the United States on April 1, 2023

**Verified Purchase**

It was easy to install and works well.

One person found this helpful

Helpful | Report | Permalink

**0 out of 5**

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000035





# Customer Review

William

★★★★☆ **Enough for a year**

Reviewed in the United States on April 7, 2023

**Verified Purchase**

It comes with everything you need to run the air doctor for a year.

2 people found this helpful

Helpful | Report | Permalink

**0 out of 5**

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000037





# Customer Review

Robert D.

★★★★★ **These filters are very cost effective**

Reviewed in the United States on April 20, 2023

**Verified Purchase**

These filters are about half the price of those from Air Doctor and they work very well.

3 people found this helpful

Helpful  |  Report  |  Permalink

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top







# Customer Review

**A Slightly Better Wife** ✓

★☆☆☆☆  **Toxic Smell**

Reviewed in the United States on May 7, 2023

**Verified Purchase**

These filters have an absolutely awful toxic smell, almost like the product used to remove fake fingernails. When installed the fan of the air purifier blows that smell all around the house quickly. It burned my nostrils within minutes so I took it out and put the old filter right back in for now until a new authentic one can arrive.
Unfortunately I didn't open this right away after delivery and my return window has closed, so I'm out $50. Prior to this I've only bought Air Doctor filters, which I've never had a problem with.

6 people found this helpful

Helpful  |  Report  |  Permalink

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000042



# Customer Review

BB

★★★★☆ **Amazon should not force you to write**

Reviewed in the United States on May 12, 2023

**Verified Purchase**

Amazon should npt force you to write a review if you are just wanting to give a rating.. Yes I am pleased with this purchase though.

2 people found this helpful

Helpful   |   Report   |   Permalink

0 out of 5

0 global ratings

| | | | |
|---|---|---|---|
| 5 star | | | 0% |
| 4 star | | | 0% |
| 3 star | | | 0% |
| 2 star | | | 0% |
| 1 star | | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

DP-000043





Customer Review

Kmoodi

★★★★★  Works great.

Reviewed in the United States on June 4, 2023

Verified Purchase

No difference from the branded filter refills. But, are cheaper.

Helpful | Report | Permalink

0 out of 5

0 global ratings

5 star _____ 0%
4 star _____ 0%
3 star _____ 0%
2 star _____ 0%
1 star _____ 0%

See All Buying Options

See personalized recommendations

Sign in

New customer? Start here.

Back to top

Get to Know Us

Careers

Amazon Newsletter

Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-000045





Customer Review

Buck

★★★★★ **Just as good as the official brand name filters!**

Reviewed in the United States on June 20, 2023

**Verified Purchase**

We purchased these filters to use in our air doctor. They work just as well as the official air filters sold by air doctor, that cost a lot more. Definitely recommend!!

2 people found this helpful

Helpful    |    Report    |    Permalink



# Customer Review

Poptart

★★★★★ Air Doctor

Reviewed in the United States on June 23, 2023

Replacement filters worked wonderfully. They were mush less expensive than Air Doctor filters. So far I see no difference. Product and service was good.

Helpful | Report | Permalink





# Customer Review

Wookie

★★★★★ **Very similar**

Reviewed in the United States on July 9, 2023

**Verified Purchase**

Bought to replace the factory version. Looks darn near identical. Would've been nice had it been 2 of each vs 1 white filter and 2 of the black part

One person found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000050





# Customer Review

Barbara Traylor Smith

★★★☆☆  Filters

Reviewed in the United States on July 30, 2023

**Verified Purchase**

I had the original filters and thought I'd try these since they're a bit cheaper. Since installing the machine frequently switches to full filter for a short period then goes back to normal. The top filter was much thinner than the original. Not sure if that is part of it or not.

I haven't loved the Air Doctor in general. Not sure it's any better than some other air filters I have and the replacement filters are expensive.

2 people found this helpful

Helpful    |    Report    |    Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000052







# Customer Review

David H

★★★★☆ **Good Price**

Reviewed in the United States on August 13, 2023

**Verified Purchase**

Probably the same ChiCom factory
makes these as the AirDr and work well.

One person found this helpful

Helpful  |  Report  |  Permalink

No image available

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000055



# Customer Review

HarleyDog

★★★★★ **Work well and a great price.**

Reviewed in the United States on August 18, 2023

**Verified Purchase**

Nothing to dislike about these filters and the price is exeptionsl.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-000056





# Customer Review

Cipriano John Perez

★☆☆☆☆ **Do not buy these!**

Reviewed in the United States on August 24, 2023

**Verified Purchase**

I was a sucker and chose to buy these knock off air filters vs the REAL Air Doctor 3000 air filters that cost $157 to save some money. These are so toxic and harmful. As soon as you open them up and install them and turn your air doctor on, you can smell the chemicals everywhere! Not good for your health or in my case my dogs health at all. Pretty sure this is what let to me getting sick for the last 4 days.
Not worth the money at all and a complete waste. I ended up returning these yesterday and going back and buying the real thing again and am so much happier!

2 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000058









# Customer Review

kenneth007

★★★★★ **Great price**

Reviewed in the United States on October 2, 2023

**Verified Purchase**

Air doctor needs to lower their prices, will order again...

3 people found this helpful

Helpful  |  Report  |  Permalink

**See personalized recommendations**

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000062



# Customer Review

TheCrowe

★★★★★ **Works just as good at half the price**

Reviewed in the United States on October 2, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

I've been putting off getting a new filter for my AirDoctor because they are so expensive. I decided to try these replacement filters and they work great! An additional feature they have that the standard ones don't is that you can replace the pre-filter. Before I would try vacuuming it which never worked very well so it's helpful that I can take it out and replace it with on of the 4 they gave me. Will definitely be buying these from now on.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

DP-000063



amazon

Deliver to
Houston 77036

All

Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

0
Cart

Sign in

New customer? Start here.

All   Amazon Haul   Medical Care   Saks   Best Sellers   Amazon Basics   New Releases   Music   Registry   Today's Deals   Smart Home   Prime   Gift Cards   Groceries   Customer Service   Books   Pharmacy   Amazon H   Stores

# Customer Review

Kindle Customer CT

★★★★★  **Glad to have these on hand**

Reviewed in the United States on October 17, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

We are in the midst of a gut and remodel of the kitchen, so I am a full-time resident in what can only be referred to as "bad air." Add to the remodel my chronic allergies, ever increasing local levels of PM2.5 (particulate matter less than 2.5 microns which is the tiny stuff from fire, pollution, etc.) and general dust from living in an arid climate and it is easy to understand my dependency on the AD3000 for air I can comfortably breathe.

Even on sale, the 12 month OEM filter replacement set is more than double the price of this set, so this product is a well priced alternative.

My pre-filter and carbon filter were disgusting, so I opened this set immediately upon receipt. These are the differences I noted when installing the new filters:

- The new pre-filter is at least 2x as thick as the OEM pre-filter was. Given the horrible state of my pre-filter, I feel like this is a a positive change, and it did not impact my ability to attach it or my abiliy to close the machine after installation.

- The OEM carbon filter had arrows to help you determine which side faces into the HEPA filter. Given the velcro around the edges of the pre-filter side of the carbon filter it is pretty obvious without arrows, but the arrows are not included on my new replacement filters.

It takes at least a few months of continuous operation for the AD air purifier to signal the need for replacements, but so far I am pleased with the new filters in my AD3000.

Helpful    |    Report    |    Permalink

No image available

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

DP-000064





# Customer Review

Kris

★☆☆☆☆ **Just go with the real thing**

Reviewed in the United States on October 30, 2023

**Verified Purchase**

Everything was in the box as advertised, but nothing fit. Same exact size as the filters that came with my air doctor, but without the cutout, so they couldn't actually fit in to my machine. Best to go with the real deal, you know you'll get the right thing.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000066



DP-000067

# Customer Review



David Rogers

★★★★★ **Perfect!**

Reviewed in the United States on November 14, 2023

**Verified Purchase**

I was a little apprehensive that they might not be close enough to OEM quality, some previous reviewers had that experience, but my set were pretty much identical to me. i'll definitely buy this set every year, so much cheaper than OEM!

One person found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000068



Customer Review

atlanticjem

★★★★★ **Exactly what I needed!!**

Reviewed in the United States on November 20, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

I've been needing replacement filters for my Air Doctor for some time, but the original were so expensive! These truly saved the day!! My air purifier was a gift because my allergies had been so bad. I've noticed them getting worse again with the filters going bad. These are perfect! And the price is so much better than the original and they work just as well!

Helpful    |    Report    |    Permalink

**Product Details**

No image available

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

**See personalized recommendations**

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000069





# Customer Review

Jimmy

★★★☆☆ **Non brand name replacement**

Reviewed in the United States on November 23, 2023

**Verified Purchase**

Pre-filter is cheaper material than original. It fits let's see how it performs.

Helpful | Report | Permalink

---

0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

---

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000071







# Customer Review

DesignDiva

★☆☆☆☆ **Will stick with namebrand from now on**

Reviewed in the United States on December 8, 2023

**Verified Purchase**

I bought these for my AirDoctor . I was thrilled to find them at 1/3 of the price of the original filters however I wont be ordering them again. My AirDoctor has run on high speed ever since installing the filters. The prefilter is also very thin and flimsy. I have to set the machine to manual setting and run it on low speed. This is not how it was designed to work. Not worth the money saving.

Helpful | Report | Permalink

DP-000074



DP-000075



DP-000076



DP-000077





# Customer Review

Dennis

★★★★★ **Cost Effective Alternative**

Reviewed in the United States on April 11, 2024

**Verified Purchase**

These filters are identical to the original equipment filters but at an excellent price.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000079



DP-000080





DP-000082



DP-000083