# EXHIBIT J



## Details for Order #114-9811100-8945814

Print this page for your records.

**Order Placed:** August 22, 2022
**Amazon.com order number:** 114-9811100-8945814
**Order Total: $61.16**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)*<br>Sold by: Joba 1 (seller profile)<br><br>Condition: New | $49.86 |

**Shipping Address:**
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
American Express | Last digits: 2001

**Billing address**
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

|  |  |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $5.99 |
|  | ----- |
| Total before tax: | $55.85 |
| Estimated tax to be collected: | $5.31 |
|  | ----- |
| **Grand Total:** | **$61.16** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates



# Order Details

Ordered on January 17, 2023 | Order# 112-9728090-4741864

**View or Print invoice**

**Shipping Address**

Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

Change

**Payment Method**

VISA **** 2502

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $49.86 |
| Estimated tax to be collected: | $4.74 |
| **Grand Total:** | **$54.60** |

## Arriving Thursday

**Track package**

AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro, 1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters  (1+2+4)

Sold by: Joba 1
$49.86
Condition: New

Add gift option

Buy it again

Change Payment Method

Change shipping speed

Cancel items

Archive order

## Related to items you've viewed See more

Page 1 of 4





CVG2    8.4 Lbs    08/25    **DAX3**

Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
91403-3514 SHERMAN OAKS , CA United States

TBA024627567504

**DAX3**    CYCLE 1

XhyiZvnvr
1/2012

XhyiZvnvr
1/2012

**LAS6**    **ONT5**    **CNO5**
**O** NT5    **C** 005    **D** AX3







**Warning:** To avoid danger of suffocation

Keep this plastic bag away from babies and children.

Do not use this bag in cribs, beds, carriages, or playpens.

This bag is not a toy.

**Warning:** To avoid danger of suffocation
Keep this plastic bag away from babies and children.
Do not use this bag in cribs, beds, carriages, or playpens.
This bag is not a toy.



**Warning:** To avoid danger of suffocation Keep this plastic bag away from babies and children. Do not use this bag in cribs, beds, carriages, or playpens. This bag is not a toy.





EPA Est. 101838-Cl



X003A8MCD3
AD3000 H13 True HEPA Filte...4 Extra Carbon Pre-filters
New
Made In China                    3722516

EPA Est. 101838-C

G-15.2A

CYCLE 1



spPBRJP35MN



