# EXHIBIT K

**LMS Technologies, Inc.**
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060  Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| Date : | March 15, 2024 | Requested By: | Ideal Living |
| Test Type : | IEST-RP-CC001.7 | Maufacturer: | LINNIW |
| Test Aerosol : | Latex Beads, Neutralized | Sold BY: | Joba 1 |
| Flow Rate: | **358.3 cfm** (Highest Flow) | Unit ID: | AD3000 |
| LMS #: | 9014 | Filter ID: | X003OTPPMD |
| **Temp and Humidity: 70°F and 40%** | | Filter Description: | AD3000 replacement filter |

**Order # 111-4806289-5621801**

| Flow Rate(cfm) | 358.3 cfm |
|---|---|
| ΔP (" $H_2O$) | **In Situ** |
| Size Range (μm) | Fractional Efficiency % |
| **0.1-0.2** | **95.368** |
| **0.2-0.3** | **95.897** |
| 0.3-0.5 | 96.913 |
| 0.5-0.7 | 97.876 |
| 0.7-1.0 | 98.177 |
| 1.0-2.0 | 98.413 |
| 2.0-3.0 | 98.654 |
| 3.0-5.0 | 98.940 |





| midrange size |
|---|
| 0.15 |
| 0.25 |
| 0.4 |
| 0.6 |
| 0.85 |
| 1.5 |
| 2.5 |
| 4 |

$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} x100\%$$

$F_{eff}$ = Fractional Efficiency

$C_{up}$ = Particle Concentration Upstream of Filter

$C_{down}$ = Particle Concentration Downstream of Filter



Fractional Efficiency versus Particle Diameter

*TEST SUPERVISOR*
*Emile Tadros*
------------------------------
Confidential

*ENGINEERING APPROVAL*
*K.C. KWOK, PH.D.*
------------------------------------

*F-001*

AD000178