# EXHIBIT M



## Details for Order #111-1584814-7354609

Print this page for your records.

**Order Placed:** March 20, 2023
**Amazon.com order number:** 111-1584814-7354609
**Order Total: $58.01**

## Not Yet Shipped

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters  (1+2+4)*<br>Sold by: Lonnihome (seller profile)<br><br>Condition: New | $45.99 |

**Shipping Address:**
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
American Express | Last digits: 2001

**Billing address**
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

Item(s) Subtotal: $45.99
Shipping & Handling:   $6.99
-----
Total before tax: $52.98
Estimated tax to be collected:   $5.03
-----
**Grand Total:$58.01**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates



Amador (Jamie Nelson)
1472A VENTURA BLVD FL 200
91403-3514 SHERMAN OAKS , CA
United States

CVG2    8.3 Lbs    03/24    DAX3

TBA305872321595

DAX3    CYCLE 1

ABQ1
ONT5

ONT5
005

CN05
DAX3



PULL TO OPEN

PULL TO OPEN





G-8.1A
3132



G-8.1A
3132





EPA Est.101838-CHN

EPA Est.101838-CHN-1



X003KJO3AL

AD3000 Replacement Filters...a Carbn P
re-filters?1 +2 +4?
New
Made In China

3722516

... can be dangerous!
... keep this bag

ATTENZIONE - I sacchi di plastica posso-
no essere pericolosi! Per evitare pericoli di
soffocamento, non lasciare questo sacco alla
portata di bambini e neonati.

ATENCIÓN - Las bolsas de plástico pueden
ser peligrosas. Para evitar el peligro de
asfixia, mantengase fuera del alcance de los
niños.

... - Οι πλαστικές
... μπορεί να είναι επικίνδυνες!
... έτε κίνδυνο ασφιξίας,
κρατήστε τη σακούλα μακριά από
μωρά και παιδιά.

... - Plastične vrećice mogu biti
opasne. Kako bi izbjegli opasnost od
gušenja držite ovu vrećicu dalje od
dojenčadi i male djece.

... - Kilekott võib olla ohtlik. Et ära hoida
lämbumisohtu, palume seda kotti holda eemal
väikestest lastest ja mitte anda seda mängimiseks.

... - Maisinš var būt bīstams. Lai izvairītos no
nosmakšanas turiet tos tālāk no zīdaiņiem un
maziem bērniem.

Uwaga - Torby plastikowe mogą być niebezpieczne.
Aby uniknąć niebezpieczeństwa trzymaj tę torbę z
dala od niemowląt i małych dzieci.

Важно - пластиковые пакеты могут
представлять опасность. Во избежание
опасности задохнуться не давайте пакеты
детям грудного и младшего возраста.

Pozor - Uchovávajte toto vrecko mimo dosahu
detí. Hrozí nebezpečenstvo udusenia.

Увага ! Пластикові пакети можуть бути
небезпечними. Для запобігання задушення тримайте
цей пакет подалі від маленьких дітей.

05
PP







