# EXHIBIT N

*LMS Technologies, Inc.*
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060 Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| Date : | April 10, 2023 | Requested By: | Ideal Living |
| Test Type : | IEST-RP-CC001.6 | Maufacturer: | Isinlive |
| Test Aerosol : | Latex Beads, Neutralized | Filter Part #: | isinlive-Lonnihome |
| Flow Rate: | **95 cfm** | Filter Size: | 13" x 16" x 1.5" |
| **Temp and Humidity:** | **72°F and 35%** | LMS #: | 8341 |

| Flow Rate(cfm) | 95 cfm |
|---|---|
| ΔP (" $H_2O$) | 0.028 |
| Size Range (μm) | Fractional Efficiency % |
| **0.1-0.2** | **99.234** |
| **0.2-0.3** | **99.359** |
| 0.3-0.5 | 99.528 |
| 0.5-0.7 | 99.731 |
| 0.7-1.0 | 99.867 |
| 1.0-2.0 | 99.947 |
| 2.0-3.0 | 99.987 |
| 3.0-5.0 | 99.995 |

| midrange size | |
|---|---|
| 0.15 | 0.7 |
| 0.25 | |
| 0.4 | |
| 0.6 | |
| 0.85 | |
| 1.5 | |
| 2.5 | |
| 4 | |

$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} x100\%$$

$F_{eff}$ = Fractional Efficiency

$C_{up}$ = Particle Concentration Upstream of Filter

$C_{down}$ =Particle Concentration Downstream of Filter

*TEST SUPERVISOR*
*Emile Tadros*
-----------------------------

*ENGINEERING APPROVAL*
*K.C. KWOK, PH.D.*
-----------------------------------

*F-001*

*LMS Technologies, Inc.*
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060 Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| Date : | September 19, 2024 | Requested By: | Ideal Living |
| Test Type : | IEST-RP-CC001.6 | Brand: | isinlive |
| Test Aerosol : | Latex Beads, Neutralized | Sold By: | isinlive |
| Flow Rate: | **328 cfm** (Highest Speed) | Description: | AD3000 Replacement Filter |
| **Temp and Humidity:** | **70°F and 40%** | LMS #: | 9436 |

| Flow Rate(cfm) | 328 cfm |
|---|---|
| ΔP (" $H_2O$) | **In Situ** |
| Size Range (μm) | Fractional Efficiency % |
| **0.1-0.2** | **99.159** |
| **0.2-0.3** | **99.286** |
| 0.3-0.5 | 99.547 |
| 0.5-0.7 | 99.500 |
| 0.7-1.0 | 99.469 |
| 1.0-2.0 | 99.439 |
| 2.0-3.0 | 99.579 |
| 3.0-5.0 | 99.669 |

| midrange size |
|---|
| 0.15 |
| 0.25 |
| 0.4 |
| 0.6 |
| 0.85 |
| 1.5 |
| 2.5 |
| 4 |

$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} x100\%$$

$F_{eff}$ = Fractional Efficiency
$C_{up}$ = Particle Concentration Upstream of Filter
$C_{down}$ =Particle Concentration Downstream of Filter

*TEST SUPERVISOR*
*Emile Tadros*
-----------------------------

*ENGINEERING APPROVAL*
*K.C. KWOK, PH.D.*
------------------------------------