# EXHIBIT A

Case 2:23-cv-00353-GW-AS   Document 248-1   Filed 12/10/25   Page 2 of 9   Page ID #:5310

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: TMI1141842

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| IDEAL LIVING, LLC | | 07/11/2025 | Limited Liability Company: DELAWARE |
| IONIC PRO, LLC | | 07/11/2025 | Limited Liability Company: DELAWARE |
| AQUA TRU, LLC | | 07/11/2025 | Limited Liability Company: DELAWARE |
| AIRDOCTOR, LLC | | 07/11/2025 | Limited Liability Company: DELAWARE |
| THERABOTANICS, LLC | | 07/11/2025 | Limited Liability Company: DELAWARE |

## RECEIVING PARTY DATA

| | |
|---|---|
| Company Name: | JPMORGAN CHASE BANK, N.A. |
| Street Address: | 10 South Dearborn, Floor L2, Suite IL1-1145 |
| Internal Address: | Attention: Loan and Agency Servicing |
| City: | Chicago |
| State/Country: | ILLINOIS |
| Postal Code: | 60603-2300 |
| Entity Type: | National Banking Association: UNITED STATES |

## PROPERTY NUMBERS Total: 44

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86123165 | SUPERTHOTICS |
| Serial Number: | 97728887 | IDEAL LIVING |
| Serial Number: | 90211675 | SANITRU |
| Serial Number: | 90522240 | SMART SENSE |
| Serial Number: | 88496797 | AROMATRU |
| Serial Number: | 77427794 | WALKFIT PLATINUM |
| Serial Number: | 85176569 | MBWC |
| Serial Number: | 86907629 | MISTIFY |
| Serial Number: | 86272283 | MBWC |
| Serial Number: | 86225058 | IDEAL LIVING |
| Serial Number: | 86286600 | WALKFIT |

CH $1115.00.00    86123165

**TRADEMARK**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86336483 | SHAKE 'N TAKE |
| Serial Number: | 86231523 | MIRACLE BLADE |
| Serial Number: | 85176563 | MBWC WORLD CLASS |
| Serial Number: | 85038819 | PAINT ZOOM |
| Serial Number: | 86286484 | IONIC PRO |
| Serial Number: | 86286507 | IONIC PRO TURBO |
| Serial Number: | 87703107 | AQUA TRU |
| Serial Number: | 86118328 | AQUA TRU |
| Serial Number: | 98865513 | AD1000 |
| Serial Number: | 98865537 | AD2500 |
| Serial Number: | 97841470 | AD 3000 |
| Serial Number: | 98865550 | AD3500 |
| Serial Number: | 98865522 | AD2000 |
| Serial Number: | 98865552 | AD5500 |
| Serial Number: | 98865572 | AD5000 |
| Serial Number: | 98566770 | ULTRAHEPA |
| Serial Number: | 90099827 | ULTRAHEPA |
| Serial Number: | 97841438 | AD3000 |
| Serial Number: | 86805259 | AIRDOCTOR |
| Serial Number: | 97205551 | AIRDOCTOR |
| Serial Number: | 88382176 | BE FLEXIBLE |
| Serial Number: | 87175741 | BETTER BLADDER |
| Serial Number: | 88728470 | GINGERACTIV |
| Serial Number: | 90684031 | ULTMAX |
| Serial Number: | 90888011 | PROAGE |
| Serial Number: | 87828383 | .GROWN ORGANIC. |
| Serial Number: | 88386016 | IDEAL PROSTATE |
| Serial Number: | 77128710 | FLEX RELIEF |
| Serial Number: | 86112804 | PROFEMIN |
| Serial Number: | 86119128 | ULTIMAX |
| Serial Number: | 85622366 | THERABOTANICS |
| Serial Number: | 87778679 | ULTRA REVERSE OSMOSIS |
| Serial Number: | 86412170 | PERFECT OMEGA |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**         3127018637

| **Email:** | ipdocket@mayerbrown.com,wsiegel@mayerbrown.com |
|---|---|
| **Correspondent Name:** | William R. Siegel |
| **Address Line 1:** | 71 S. Wacker Drive |
| **Address Line 4:** | Chicago, ILLINOIS 60606 |

| **ATTORNEY DOCKET NUMBER:** | 25794218 |
|---|---|
| **NAME OF SUBMITTER:** | William Siegel |
| **SIGNATURE:** | /William Siegel/ |
| **DATE SIGNED:** | 07/11/2025 |

**Total Attachments: 5**

source=JPM_Ideal Living - Confirmatory Grant of Security Interest in US Trademarks (Executed)(1751248178_1)#page1.tiff

source=JPM_Ideal Living - Confirmatory Grant of Security Interest in US Trademarks (Executed)(1751248178_1)#page2.tiff

source=JPM_Ideal Living - Confirmatory Grant of Security Interest in US Trademarks (Executed)(1751248178_1)#page3.tiff

source=JPM_Ideal Living - Confirmatory Grant of Security Interest in US Trademarks (Executed)(1751248178_1)#page4.tiff

source=JPM_Ideal Living - Confirmatory Grant of Security Interest in US Trademarks (Executed)(1751248178_1)#page5.tiff

**EXECUTION VERSION**

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of July 11, 2025 by and from IDEAL LIVING, LLC, a Delaware limited liability company, IONIC PRO, LLC, a Delaware limited  liability company, AQUA TRU, LLC, a Delaware limited liability company, AIRDOCTOR, LLC, a Delaware limited liability company and THERABOTANICS, LLC, a Delaware limited liability company (each, a "Grantor", and collectively, the "Grantors"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "Grantee") for itself and as Administrative Agent for the Secured Parties (as defined in the Credit Agreement referenced below).

WHEREAS, Ideal Living Intermediate II, LLC, a Delaware limited liability company (the "Borrower"), each Grantor, the Grantee, the other Loan Parties party thereto and the Lenders party thereto have entered into a Credit Agreement dated as of July 11, 2025 (as may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Credit Agreement").

WHEREAS, the Borrower, each Grantor, the other Loan Parties party thereto and the Grantee have entered into a Pledge and Security Agreement dated as of July 11, 2025 (as may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, each Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement.  The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference.  In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)      Definitions.  All capitalized terms not defined herein shall have the respective meanings given to them in the Credit Agreement.

2)      The Security Interest.

(a)      This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the Payment in Full of all Secured Obligations (other than Unliquidated Obligations that have not yet arisen), the security interest acquired by Grantee under this Confirmatory Grant shall be automatically released and Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to each Grantor all reasonably requested instruments in writing or otherwise, evidencing such release.

1751047713

**TRADEMARK**
**REEL: 008933 FRAME: 0305**

(b)     Each Grantor hereby grants to Grantee a security interest in (1) all of such Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by such Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)     <u>Counterparts</u>.  This Confirmatory Grant may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract.  Delivery of an executed counterpart of a signature page of this Confirmatory Grant that is an Electronic Signature transmitted by telecopy, emailed pdf. or any other electronic means that reproduces an image of an actual executed signature page shall be effective as delivery of a manually executed counterpart of this Confirmatory Grant.  The parties hereto agree that Section 9.06(b) of the Credit Agreement shall apply to this Confirmatory Grant, *mutatis mutandis*.

4)     <u>Governing Law</u>.  This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

**TRADEMARK
REEL: 008933 FRAME: 0306**

IN WITNESS WHEREOF, each Grantor has executed this Confirmatory Grant of Security Interest in United States Trademarks effective as of the date first written above.

IDEAL LIVING, LLC

By: _____
Name: Peter Spiegel
Title: Co-Chief Executive Officer and Co-President

IONIC PRO, LLC

By: _____
Name: Peter Spiegel
Title: Co-Chief Executive Officer and Co-President

AQUA TRU, LLC

By: _____
Name: Peter Spiegel
Title: Co-Chief Executive Officer and Co-President

AIRDOCTOR, LLC

By: _____
Name: Peter Spiegel
Title: Co-Chief Executive Officer and Co-Rresident

THERABOTANICS, LLC

By: _____
Name: Peter Spiegel
Title: Co-Chief Executive Officer and Co-President

Signature Page for Grant of
Security Interest in United States Trademarks

TRADEMARK
REEL: 008933 FRAME: 0307

# CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS
### Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Application No. | Registration No. | Owner of Record |
|---|---|---|---|
| SUPERTHOTICS | 86123165 | 5281500 | Ideal Living, LLC |
| IDEAL LIVING | 97728887 | 7415407 | Ideal Living, LLC |
| SANITRU | 90211675 | 6512952 | Ideal Living, LLC |
| SMART SENSE | 90522240 | 6860518 | Ideal Living, LLC |
| AROMATRU | 88496797 | 6615810 | Ideal Living, LLC |
| WALKFIT PLATINUM | 77427794 | 3632680 | Ideal Living, LLC |
| MBWC | 85176569 | 3993028 | Ideal Living, LLC |
| MISTIFY | 86907629 | 5851874 | Ideal Living, LLC |
| MBWC | 86272283 | 4621287 | Ideal Living, LLC |
| IDEAL LIVING | 86225058 | 4741895 | Ideal Living, LLC |
| WALKFIT | 86286600 | 4632512 | Ideal Living, LLC |
| SHAKE 'N TAKE | 86336483 | 4684818 | Ideal Living, LLC |
| MIRACLE BLADE | 86231523 | 4621190 | Ideal Living, LLC |
| MBWC WORLD CLASS | 85176563 | 3993027 | Ideal Living, LLC |
| PAINT ZOOM | 85038819 | 3967782 | Ideal Living, LLC |
| IONIC PRO BY ENVION | 79347974 | 7198232 | Ionic Pro, LLC |
| IONIC PRO | 86286484 | 4628865 | Ionic Pro, LLC |
| IONIC PRO TURBO | 86286507 | 4637335 | Ionic Pro, LLC |
| AQUA TRU | 87703107 | 5518240 | Aqua Tru, LLC[1] |
| AQUA TRU | 86118328 | 4822761 | Aqua Tru, LLC[2] |
| AD1000 | 98865513 | N/A | AirDoctor, LLC |
| AD2500 | 98865537 | N/A | AirDoctor, LLC |
| AD 3000 | 97841470 | 7629512 | AirDoctor, LLC |
| AD3500 | 98865550 | N/A | AirDoctor, LLC |
| AD2000 | 98865522 | N/A | AirDoctor, LLC |
| AD5500 | 98865552 | N/A | AirDoctor, LLC |
| AD5000 | 98865572 | N/A | AirDoctor, LLC |
| ULTRAHEPA | 98566770 | 7840085 | AirDoctor, LLC |
| ULTRAHEPA | 90099827 | 6300545 | AirDoctor, LLC |
| AD3000 | 97841438 | 7691964 | AirDoctor, LLC |
| AIRDOCTOR | 86805259 | 5177385 | AirDoctor, LLC |
| AIRDOCTOR | 97205551 | 7124269 | AirDoctor, LLC |
| BE FLEXIBLE | 88382176 | 6049220 | Therabotanics, LLC |
| BETTER BLADDER | 87175741 | 5224730 | Therabotanics, LLC |
| GINGERACTIV | 88728470 | 6176643 | Therabotanics, LLC |
| ULTMAX | 90684031 | 6860903 | Therabotanics, LLC |
| PROAGE | 90888011 | 7599829 | Therabotanics, LLC |
| .GROWN ORGANIC. | 87828383 | 6583793 | Therabotanics, LLC |
| IDEAL PROSTATE | 88386016 | 6049231 | Therabotanics, LLC |

[1] Current Owner of Record is "AquaTru, LLC". Notice of Correction from USPTO to update Owner of Record name to "Aqua Tru, LLC" to be provided.

[2] Current Owner of Record is "AquaTru, LLC". Notice of Correction from USPTO to update Owner of Record name to "Aqua Tru, LLC" to be provided.

**TRADEMARK**
**REEL: 008933 FRAME: 0308**

| | | | |
|---|---|---|---|
| FLEX RELIEF | 77128710 | 3565219 | Therabotanics, LLC |
| PROFEMIN | 86112804 | 4657527 | Therabotanics, LLC |
| ULTIMAX | 86119128 | 4778010 | Therabotanics, LLC |
| THERABOTANICS | 85622366 | 4264420 | Therabotanics, LLC |
| ULTRA REVERSE OSMOSIS | 87778679 | 5822599 | Aqua Tru, LLC |
| PERFECT OMEGA | 86412170 | 4751378 | Therabotanics, LLC[3] |

---

[3] Current Owner of Record is "Ideal Living Ventures Ltd.". Notice of Recordation of Assignment to Therabotanics, LLC to be provided from USPTO.