# EXHIBIT C

Delivering to Los Angeles 90036
Update location

Appliances ˅    Search Amazon

EN ˅    Hello, sign in
Account & Lists ˅    Returns
& Orders    0

All    Medical Care ˅    Best Sellers    Prime ˅    Amazon Basics    Today's Deals    New Releases    Music    Groceries ˅    Customer Service    Amazon Home    Registry    Gift Cards ˅    Pharmacy    Books    Smart Home    Find a Gift    NFL Wild Card: January 2025 on Prime

Appliances    Best Sellers    Refrigeration    Cooking    Washers & Dryers    Dishwashers    Parts & Accessories

Home & Kitchen  ›  Heating, Cooling & Air Quality  ›  Parts & Accessories  ›  Air Purifier Parts & Accessories

Sponsored

Roll over image to zoom in

### AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements - One Year Combo Pack Includes: 1 UltraHEPA Filter & 2 Carbon/Gas Trap/VOC & Pre-Filters (AD3500 / AD3000 One Year Combo Pack)

Visit the AIRDOCTOR Store

4.8          1,234 ratings  |  Search this page

Amazon's Choice

**2K+ bought** in past month

$178.00 ($44.50 / Count)

FREE Returns
Returnable until Jan 31, 2025

Material Type: **AD3500 / AD3000 One Year Combo Pack (Fits Both Models)**

| | |
|---|---|
| **Brand** | AIRDOCTOR |
| **Material** | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| **Product Dimensions** | 18"L x 6"W x 14"Th |
| **Compatible Devices** | AirDoctor 3000, AirDoctor 3500 |

˅ See more

#### About this item

- True Perfect Compatibility With AD3000 & AD3500: 2 Genuine AirDoctor UltraHEPA filters and 2 Genuine AirDoctor Carbon VOC filters with pre-filters attached, the only filters that are compatible with the AirDoctor 3000 and 3500
- Updated Design: Our thoughtfully designed new filter eliminates guesswork and simplifies the installation process with a foolproof alignment, with only one way to fit the filters in
- Replacement: Replace the dual-action VOC carbon filter every 6 months and the UltraHEPA filter every 12 months (under normal use) for best performance
- Cutting-Edge Technology: UltraHEPA captures airborne contaminants such as dust, smoke, pet hair, dander as small as .003 microns in size – 100 times smaller than the HEPA standard!
- Advanced Filatration: Our VOC Carbon filters are catalyzed with potassium permanganate to capture odors (cooking, pets), dangerous ozone (smog) and gasses and chemicals (VOCs) such as formaldehyde.
- Cost-Efficient: Save money in the long run with genuine AirDoctor filters, as they are the only ones guaranteed to work with your AD3500 and AD3000. PLEASE CONFIRM that your unit is the AIRDOCTOR 3000 OR 3500 BEFORE PURCHASING these FILTERS.

› See more product details

  Report an issue with this product or seller

#### Consider a similar item

Amazon's Choice

116130 HEPA Replacement Filter H 116130 for Winix 5500-2 Plasmawave Air Purifier and Models AM80 - HEPA Filter and Activated Carbon Filter Combo Pack (2799)
$22.99 ($11.50/Count)
🍃 Climate Pledge Friendly

Sponsored

☐ Add Prime to get **Fast, Free delivery**    prime

One-time purchase:
$178.00 ($44.50 / Count)

FREE Returns

FREE delivery **Friday, January 3**

Or Prime members get FREE delivery **Tomorrow, December 28.** Order within **4 hrs 37 mins.**
Join Prime

Delivering to Los Angeles 90036 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Ideal Living Direct |
| Returns | Returnable until Jan 31, 2025 |
| Payment | Secure transaction |

˅ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
5%    10%
$169.10 ($42.28 / Count)

FREE delivery **Friday, January 3**
Ships from: Amazon
Sold by: Ideal Living Direct

Add to List

Sponsored

Sponsored

### Frequently bought together



Total price: $372.90

Add all 3 to Cart

**This item:** AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements -...
$178.00 ($44.50/Count)

AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1)...
$124.95 ($41.65/Count)

AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement UltraHEPA Filter f...
$69.95

### Products related to this item

Sponsored ⓘ

Page 1 of 35

     

| AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… | General Replacement Filters with Activated Carbon & Pre-Filters, Effective for 3000… | AIRDOCTOR AD3000 / AD3500 Fits both models Genuine Replacement Pre… | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter… | AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC F… | AIRDOCTOR 3500i SMART Air Purifier for Living Rooms & Bedrooms. 3 Stage… |
|---|---|---|---|---|---|---|
| 95 | 722 | 2 | 335 | 18 | 24 | 1,397 |
| $69⁹⁵ | $69⁹⁰ | #1 New Release $89⁹⁹ | $24⁹⁵ ($8.32/Count) | $54⁹⁵ | $134⁹² ($67.46/Count) | $569⁰⁰ |
| | | Save $10.00 with coupon | | | | Save 10% with coupon |

## Explore more from AIRDOCTOR

Sponsored ⓘ

      

| AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… | AIRDOCTOR AD3000 / AD3500 Fits both models Genuine Replacement Pre… | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter… | AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC F… | AIRDOCTOR 3500i SMART Air Purifier for Living Rooms & Bedrooms. 3 Stage… | AIRDOCTOR 2000i SMART Air Purifiers for Small Rooms & Medium/Small… |
|---|---|---|---|---|---|---|
| 95 | 722 | 335 | 18 | 24 | 1,397 | 201 |
| $69⁹⁵ | $69⁹⁰ | $24⁹⁵ ($8.32/Count) | $54⁹⁵ | $134⁹² ($67.46/Count) | $569⁰⁰ | $439⁰⁰ |
| | | | | | Save 10% with coupon | Save 10% with coupon |

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | AIRDOCTOR |
| Model Info | 10AD300CMK1 10AD350CMK1 |
| Item Weight | 6.02 pounds |
| Product Dimensions | 18 x 6 x 14 inches |
| Country of Origin | China |
| Item model number | 10AD300CMK1 10AD350CMK1 |
| Part Number | 10AD300CMK1 10AD350CMK1 |
| Color | Black |
| Compatible Device | AirDoctor 3000, AirDoctor 3500 |
| Material Type | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) |
| Included Components | 1 Ultra HEPA Filter, 2 VOC Filters |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0CCJYH1FF |
| Customer Reviews | 4.8 ⭐ 1,234 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #8,606 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#55 in Home Air Purifier Parts & Accessories |
| Date First Available | July 21, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Inspiration from this brand

 **AIRDOCTOR**
Visit the Store on Amazon   + Follow

   



🧦 🎁 ❤️ An AirDoctor gift really brings home the message that we… | 🌀Capture indoor air pollutants, especially during this year's celebr… | 🌬️ Our UltraHEPA filters are proven to capture 99.99% of airborne par… | 🍁 🤧 When Fall air brings allergies, make sure the AirDoctor is in! ™🌀… | 💐 😷 She appreciated the flowers, and LOVED the AirDoctor!!! Grand…

## What's in the box

- 1 Ultra HEPA Filter
- 2 VOC Filters

## Videos

Page 1 of 3

### Videos for this product

   

| 1:40 | 1:21 | 1:42 | 1:43 | |
|---|---|---|---|---|
| AirDoctor 3000/3500 Filters work! Sneak peak after 6 mont… | Review- AIRDOCTOR AD3000 / AD3500 Replacement Filter Pack | What's included in the AIRDOCTOR Combo Pack? | Watch for DEMO and tips and tricks for longer use! | Review- AIRDO… Purifier for Hom… |
| Janelle Register | The Salty Fit Mama | Dr. Joy Skarka - Shop with Joy! | Jen Recommends | The Salty Fit Man… |

Upload your video

## Product Description

Genuine AirDoctor 3000 and 3500 Replacement Filters AIRDOCTOR AD3500 Universal Genuine Replacement Filters. Our AIR Doctor Universal Genuine Ultra hepa filter fits in both our AirDoctor AD3000 and AD35000 units. It is a powerful air cleaner designed to capture ultra-fine PM 2.5 particles from the air at 0.003 microns. That is 100 times smaller than the HEPA standard thus much more powerful than most other premium HEPA filters! With the AirDoctor we provide professional UltraHEPA filtration whether you are looking for home air purifiers that are superb for offices classrooms hospitals, etc. Before replacing the UltraHEPA or carbon/gas trap/VOC filter of your AirDoctor air purifier, turn off and unplug the unit from the electrical outlet and read all safety instructions and important warnings in this owner's manual. Customers who purchased this item also purchased: AirDoctor 3500, AD3500, AD 3500, AirDoctor AD 3500, AirDoctor 5500, AirDoctor AD 5500, AirDoctor 2000, AirDoctor AD2000, AirDoctor 1000

## From the brand



## Compare with similar items

|  | This Item | Recommendations |  |  |
|---|---|---|---|---|
|  |  AIRDOCTOR AD3000 / AD3500 Fits Both Models Genuine Filter Replacements - One Year Combo Pack Includes: 1 UltraHEPA Filter & 2 Carbon/G… Add to cart |  AIRDOCTOR AD5000 / AD5500 FIT BOTH MODELS Genuine Filter Replacements - One Year Combo Pack Includes: Two (2) UltraHEPA Filters… Add to cart |  AIRDOCTOR AD2000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1) UltraHEPA Filters & Two (2) Carbon/Gas… Add to cart | AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC Filters \| Made by AIRDOCTOR Add to cart |
| Price | $178.00 | $343.99 | $124.95 | $134.92 |
| Delivery | Get it as soon as **Friday, Jan 3** | Get it as soon as **Friday, Jan 3** | Get it as soon as **Friday, Jan 3** | Get it as soon as **Friday, Jan 3** |
| Customer Ratings | 4.8    1,234 | 4.5    24 | 4.7    99 | 4.8    24 |
| Sold By | Ideal Living Direct | Ideal Living Direct | Ideal Living Direct | Ideal Living Direct |
| Compatible Devices | AirDoctor 3000, AirDoctor 3500 | Air Purifier, AirDoctor 5000, AirDoctor 5500 | Air Cleaner, Air Purifier | Air Purifier |
| Number Of Items | 3 | 1 | 3 | 2 |
| Material | AD3500 / AD3000 One Year Combo Pack (Fits Both Models) | AD5500 One Year Combo Pack | Plastic | AD5500 VOC Filter |

### 4 stars and above
Page 1 of 46

Sponsored ⓘ



| 45i Replacement Filter for Breathesmart Flex Bh400 45i Air Purifier H13 Grade True … 152 | AIRDOCTOR 2000i SMART Air Purifiers for Small Rooms & Medium/Small… 201 | Nispira AP-B102 True HEPA Carbon Replacement Filter Compatible Alexapure… 266 | For LEVOIT LV-PUR131 Air Purifier Replacement Filter 2 Filters & 2 True Activated C… 250 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement… 95 | AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon… 722 | AIRDOCTOR AD3000 / AD3500 Fits both models Genuine Replacement Pre… 335 |
|---|---|---|---|---|---|---|
| $38.99 | $439.00 | $57.99 ($29.00/Count) | $29.98 ($14.99/Count) | $69.95 | $69.90 | $24.95 ($8.32/Count) |
| Save $3.00 with coupon | Save 10% with coupon | | | | | |

### Products related to this item
Page 1 of 20

Sponsored ⓘ

AIRDOCTOR 3500i SMART Air Purifier for Living Rooms & Bedrooms. 3 Stage...
1,397
$569⁰⁰
Save 10% with coupon

AIRDOCTOR AD5000 / AD5500 FIT Both Models Genuine Replacement Carbon Gas Trap VOC F...
24
$134⁹² ($67.46/Count)

AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter...
18
$54⁹⁵

Filter-Monster Replacement Filter Compatible with Blueair 400 Series Particle Filte...
304
$84⁹⁹

AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement...
95
$69⁹⁵

AIRDOCTOR AD3000 / AD3500 FITS BOTH MODELS Genuine Replacement Carbon...
722
$69⁹⁰

General Replacement Filters with Activated Carbon & Pre-Filters, Effective for 3000...
2
#1 New Release
$89⁹⁹
Save $10.00 with coupon

Sponsored

## Similar brands on Amazon

Page 1 of 2

Sponsored

Germ Guardian AC5000
5-Star Compatible with Germ Guardian FLT5000 True HEPA GENUINE Air Purifie...
3.4    9
$29.95

Office filter allows you to work in a fresh environment
A1 Air Filter Replacement Set Compatible with VEWIOR Air Purifier Filter...
4.5    13
$18.99

ULREMPART
Ulrempart Replacement HEPA Filter Compatible with Homedics Air Purifier...
4.7    762
$34.99 List: $44.99

## Looking for specific info?

Search in reviews, Q&A...

## Customer reviews

**4.8 out of 5**

1,234 global ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 8% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 1% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Customers say

Customers find the air filter effective and providing good air quality. They appreciate its dependable performance, easy installation, and long-lasting filters. Many find it fits well and is quiet. However, opinions differ on its value for money and smell.
AI-generated from the text of customer reviews

**Select to learn more**

✓ Filter effectiveness | ✓ Air quality | ✓ Quality | ✓ Ease of installation | ✓ Fit
✓ Noise level | Value for money | Smell

### Reviews with images

See all photos ›



### Top reviews from the United States

Kayla Horn

**Best Filters**
Reviewed in the United States on November 18, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)   Verified Purchase
We keep these in stock at our home. It is the best filter and carbon piece for our Air Doc. The fit is easy to place in purifier and there is no smell just fresh air.

Helpful    Report

BCT

**Perfect filter replacements!**
Reviewed in the United States on December 4, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)   Verified Purchase
These are genuine Air Doctor filter replacements. One HEPA plus two carbon. Highly recommend!

Helpful    Report

federico murua

**Great product**
Reviewed in the United States on October 23, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)   Verified Purchase
Great product. They are pricey but only need to but once a year. I ordered from Amazon because they had next day delivery, and I had free shipping.

Helpful    Report

silen valentina

**This product is certified Air Doctor.**
Reviewed in the United States on August 8, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)   Verified Purchase

Ordered from Amazon because they had next day delivery, and I had free shipping. But as far as the filters themselves go, they were basically the same price as the manufacturer. This particular package is the best way to purchase filters, because even though it's a bit pricey, you're only paying it once a year. The amount of dust and other crap caught in these filters when you change them out is insane. Imagine you, your kids, and your kids breathing this stuff in.

2 people found this helpful

Helpful        Report

BM

**Filters better than originals**
Reviewed in the United States on May 10, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

Filters were better made than the original filters of our Air Doctor unit. They came well packaged in an Air Doctor box. I would definitely order from them again.

One person found this helpful

Helpful        Report

PMM

**Fits well decent quality.**
Reviewed in the United States on September 1, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

Decent quality but a little pricy compared to the previous product of the same quality that I had bought (that product was sold out at the time I bought this product).

Helpful        Report

Eve

**Love my Air Doctor!**
Reviewed in the United States on December 23, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

I use this all the time in the living room. It's quiet when it's on low. It ramps itself up when needed - like when I'm cooking - and then it goes back to low automatically. The filters are a little expensive - but they work like a charm. We had smoke come out of the fireplace, and the Air Doctor filters were a life saver :) I've ordered some more.

Helpful        Report

KindleDiva

**Excellent product**
Reviewed in the United States on February 2, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

This is a long lasting filter that helps keep the air free of pet hair and dander. The charcoal filter cleans and freshens the air from cooking and pet odors. I recommend this product.

One person found this helpful

Helpful        Report

See more reviews ›

**Top reviews from other countries**

BobbiP

**Easy to change**
Reviewed in Canada on December 20, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

Easy to change

Report

Harvey J.

**Oem parts**
Reviewed in Canada on November 19, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

No issues, parts were orginal from air doctor.
Good pricing
Parts were in stock shipped out right away

Report

Dr. Mark

**As advertised.**
Reviewed in Canada on November 13, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

Good quality and fit AIRDOCTOR 3000 properly.

Report

not the only one

**Excellent product**
Reviewed in Canada on May 16, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

Such a great air quality product, after using it for years now I wouldn't want to be without it.

Report

Carol Taylor

**Fillers**
Reviewed in Canada on June 1, 2024
Material Type: AD3500 / AD3000 One Year Combo Pack (Fits Both Models)        Verified Purchase

it is great for the A irdoctor

Report

See more reviews ›

Sponsored

Back to top

Case 2:23-cv-00353-GW-AS   Document 248-3   Filed 12/10/25   Page 7 of 7   Page ID
#:5330

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English          United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates