# EXHIBIT F

AD4000 Limited-Time Presale        GET EARLY ACCESS →



# Ready to Breathe Cleaner, Healthier Air?

Say Goodbye to 99.99% of Airborne Allergens, Viruses, Smoke, & More.

**Shop Air Purifiers**

## Featured On

   

STAY IN THE KNOW  ✕

Case 2:23-cv-00353-GW-AS     Document 248-6    Filed 12/10/25   Page 3 of 18   Page ID #:5364

# Awarded #1 Air Purifier to Protect Your Home

Voted "Best Air Purifier" by Newsweek readers and experts for effective filtration & air quality.



AIRDOCTOR 1000     AIRDOCTOR 5500     AIRDOCTOR 3500     AIRDOCTOR 2000

**Shop Now**

# The Invisible Threat to Your Health: Toxic Indoor Air

Did you know the air inside your home can be up to 100 times more polluted than outdoor air?



## What's Polluting Your Home's Air?

Your home, a place you expect to be safe, is filled with invisible threats hiding in the air. Cleaning, cooking, and everyday items like candles, paint, and furniture all emit ultra-fine PM2.5 particles, microplastics, smoke, and toxic gasses into the air you breathe.

This is particularly concerning since Americans spend an average of 90% of their time indoors.



Case 2:23-cv-00353-GW-AS    Document 248-6    Filed 12/10/25    Page 5 of 18    Page ID #:5366



# Hidden Health Threats of Indoor Air Pollution

We take about 20,000 breaths a day. Each time we inhale, harmful pollutants enter our bloodstream and accumulate in our lungs, leading to various health problems, like allergies, fatigue, and brain fog.

Over time, chronic exposure to these contaminants raises the risk of more serious conditions such as heart disease, stroke, cognitive decline, and even cancer.

# How AirDoctor Protects You

Advanced purification features safeguard your home's air quality.

9/2/25, 5:12 PM Case 2:23-cv-00353-GW-AS Document 248-6 Filed 12/10/25 Page 6 of 18 Page ID
AirDoctor: Best Rated Air Purifiers for Dust, Smoke, Allergies, and Pets
#:5367



## Captures Microscopic Particles

AirDoctor's UltraHEPA® filter captures contaminants as small as 0.003 microns in size (100x smaller than the HEPA standard!)



## Protects with 100% Sealed System

AirDoctor's 3-stage filtration system is 100% sealed, which means no contaminated air escapes back into your home.



## Monitors Air Quality & Filters

9/2/25, 5:12 PM
Case 2:23-cv-00353-GW-AS    Document 248-6    Filed 12/10/25    Page 7 of 18    Page ID
#:5368
AirDoctor | Best Rated Air Purifiers for Dust, Smoke, Allergies, and Pets

AirDoctor's filter change alerts, indoor air quality sensors, and Auto-Mode take the guesswork out of clean air.



### Shields Against Airborne Threats

Eliminates 99.99% of tested viruses and bacteria, significantly reducing the risk of illness.



**Shop Air Purifiers Now**

# Find the Perfect AirDoctor for Your Space

Choose a professional quality AirDoctor solution for any room size.





### Extra-Large Rooms

**AirDoctor 5500**—our most powerful & quietest purifier—is perfect for extra large spaces, high ceilings and open concepts.

*Circulates air 4x/hour in a 1,001 sq. ft. space.*

**Shop AirDoctor 5500**

### Large Rooms

**AirDoctor 3500**—our most popular model—is perfect for primary bedrooms, living rooms, kitchens, & more.

*Circulates air 4x/hour in a 630 sq. ft. space.*

**Shop AirDoctor 3500**

### Medium Rooms

**AirDoctor 2000** provides purification for small rooms, medium/small bedrooms, nurseries, and home offices.

*Circulates air 4x/hour in a 305 sq. ft. space.*

**Shop AirDoctor 2500**

# Removes More Pollutants Than Ordinary Purifiers

AirDoctor's award-winning purifiers capture allergens, pollutants, smoke, chemicals, and more to create a healthier home for you & your family.



**Pet Dander**
2.5-10 MICRONS



**Pollen**
5-20 MICRONS

AirDoctor: Best Rated Air Purifiers for Dust, Smoke, Allergies, and Pets



**Mold Spores**

2-10 MICRONS



**Volatile Compounds**

VOCs



**Viruses & Bacteria**

0.06-0.2 MICRONS

**Smoke**

0.01-1 MICRON



**Dust & Microplastics**

0.5-3 Microns

# Real Results: What Customers are Saying

With AirDoctor, customers everywhere are breathing cleaner, healthier air.



## Cleaner, Safer, Healthier Air

Customers say the air in their home feels cleaner, safer, and healthier.



## Powerful Smoke Filtration

Customers say they feel more confident knowing AirDoctor filters smoke from their indoor air.



## Breathe Better

Customers say they notice they breathe better when using AirDoctor.

*Based on an email survey of 775 AirDoctor customer respondents.

Customer Reviews

“Just got another one for living room. Its from the air



**Norman**
✅ **Verified User**

# Advanced Filtration System Includes:

AirDoctor is independently tested & proven to capture particles 100x smaller than the HEPA standard, so you breathe easy.

**Pre-Filter**

9/2/25, 5:12 PM
Case 2:23-cv-00353-GW-AS    Document 248-6    Filed 12/10/25    Page 11 of 18    Page
ID #:5372
AirDoctor Best Rated Air Purifiers for Dust, Smoke, Allergies, and Pets

Captures larger particles like dust, pet hair, and other visible debris, protecting the more advanced filters and extending their lifespan.

2  **Premium Carbon/VOC Filter**
Reduces toxic pollutants, including ozone, gasses, odors, and VOCs (Volatile Organic Compounds) from cooking, cleaning, furniture, and more.

3  **UltraHEPA® Filter**
Traps 99.99% of ultra-fine particles down to 0.003 microns, including pollen, mold spores, smoke, bacteria, and viruses, to ensure cleaner, healthier air.

**Shop Air Purifiers**

# The AirDoctor Promise



30-Day Breathe-Easy Guarantee



Independently Tested & Certified



1-Year Warranty

# LA Wildfire Recovery

AirDoctor's Mission to Restore Clean Air



In January, Los Angeles—the city we call home—experienced the deadliest fire in its history. The wildfires claimed 29 lives, forced over 200,000 people to evacuate, and destroyed over 18,000 homes and structures.

During this devastating crisis, we also witnessed the incredible resilience of our community. As an LA-based company specializing in air quality, we knew we had to act quickly. The AirDoctor team immediately set up in our office parking lot, offering air purifiers at extremely discounted rates for affected residents, and hosted pop-up donation events in hard-hit areas like Altadena.

AirDoctor and our parent company, Ideal Living, have contributed over $325,000 worth of air purifiers to those most in need. This video captures some of those moments—showing the strength and unity of Angelenos coming together during this crisis. Thank you to everyone who helped make these donations possible, to the brave first responders who risked everything, and to this incredible community of Los Angeles that continues to show what it means to rise from the ashes. Los Angeles, we stand with you.

# State-of-the-Art Air Quality Monitor

Case 2:23-cv-00353-GW-AS    Document 248-6    Filed 12/10/25    Page 13 of 18    Page ID #:5374

AirDoctor's Auto-Mode uses a professional-grade air quality sensor to monitor the air quality in the room and immediately adjusts to the correct level of filtration for pure peace of mind.



# Take Control of Your Indoor Air Quality

AirDoctor creates a healthier home for you and your family.



2:57



⭐⭐⭐⭐⭐

# Trusted 300,000+ AirDoctor Customers

"Love this air purifier. The auto function is so nice and quiet when it's on low and not terribly loud when in high. I feel the air is cleaner."

**— Anne-Marie**   ✔ Verified User



9/2/25, 5:12 PM
Case 2:23-cv-00353-GW-AS    Document 248-6    Filed 12/10/25    Page 15 of 18    Page
ID #:5376
AirDoctor Best Rated Air Purifiers for Dust, Smoke, Allergies, and Pets



# Everyone Deserves Clean Air

At AirDoctor, we're on a mission to inspire a thriving life for all through pure, healthy air solutions, proven by science.

**Shop Air Purifiers Now**

# Proven by Science

Simplifying clean air with uncompromised quality, backed by rigorous third-party testing for superior performance and peace of mind.

9/2/25, 5:12 PM
Case 2:23-cv-00353-GW-AS    Document 248-6    Filed 12/10/25    Page 16 of 18    Page ID #:5377
AirDoctor Best Rated Air Purifiers for Dust, Smoke, Allergies, and Pets







### Effectively Eliminated 99.97% of SARS-CoV-2

In testing by MRIGlobal, AirDoctor 3500 removed 99.97% of the live SARS-CoV-2 virus from the air in a controlled test chamber.

**View the Research**

### Removes 99.99% of Bacteria and Viruses

AirDoctor 3500 eliminated 99.99% of tested bacteria and viruses, including H1N1, in third-party testing.

**View the Research**

### Captures Particles as Small as 0.003 Microns

Independently tested and scientifically proven to capture airborne particles as small as 0.003 microns.

**View the Research**

## Stay Connected & Informed

Get exclusive access to new products, special promotions, and expert air tips.

| Enter your email address | **SIGN ME UP** |

**SHOP**

Air Purifiers

Replacement Filters

HVAC Filters

International Stores

**SUPPORT AND RESOURCES**

Accessibility

Customer Support

Warranty Registration

Affiliate Program

Business Solutions

Blog

Reviews



At AirDoctor, we are on a mission to inspire a thriving life for all through pure, healthy air solutions, proven by science.

 

Privacy Policy    Terms and Conditions    Do Not Sell My Personal Information    Accessibility

©2025 AirDoctor, LLC All Rights Reserved

AirDoctor is a member of the **Ideal Living family of brands**. Together, we are on a mission to enhance quality of life for all.



# EN1822 European HEPA Test
## LMS Technologies, Inc.

**Test Type :**          EN1822
**Test Number:**         T051117A
**Flow Rate/Velocity:**  60 fpm, 30 cm/s
**Test Aerosol:**        KCl, Neutralized
**ΔP ("H2O):**           0.0850", 21.3 Pascals

**Test Requested By:**     Ideal living management
**Filter Mfgr:**
**Filter/Media ID # :**    Filter #2
**Filter/Media Size:**     13.5" x 16.25" x 1.5"

| Size Rang(μm) | Initial Fractional Efficiency(%) |
|---------------|----------------------------------|
| 0.0030        | 100.000                          |

