# EXHIBIT G

| | |
|---|---|
| **From:** | Jeremy Sweet |
| **To:** | Madeline J Davis; Al Vatine |
| **Cc:** | Gordon, Salina; Jassimran Arora |
| **Subject:** | RE: another filter ordered - Potage (brand) Sold by langea - ASIN: B0CYLKVN4X - AD1000 |
| **Date:** | Monday, July 22, 2024 2:38:27 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | inky-injection-inliner-209b06d63f3139b7bbda7129634c80da.png |
| | inky-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png |

 External (jsweet@idealliving.com)

Hi Madeline/Al

On this new LINNIW filter, can you please do 2 tests to one of the HEPA filters.....   One test outside the unit for just HEPA... and then another inside the unit at the usual high speed?

Thank,

Jeremy

Jeremy Sweet
Director, Business & Legal Affairs
Ideal Living Management, LLC
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
Phone: (818) 217-2553
Email: jsweet@idealliving.com

IDEΛL LIVING

*Privileged and Confidential - Attorney /Client Communication and Work Product*

