# EXHIBIT H

| From: | Jeremy Sweet |
|---|---|
| To: | Selina Kwong; Al Vatine |
| Cc: | Jassimran Arora |
| Subject: | RE: New testing with AD3000 |
| Date: | Wednesday, March 20, 2024 12:00:42 PM |
| Attachments: | image006.png |
| | image009.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image018.png |
| | image019.png |
| | inkv-injection-inliner-209b06d63f3139b7bbda7129634c80da.png |
| | inkv-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png |
| | Ideal Living, HEPA Test, LINNIW 3000 Filter - NOT PASS HEPA.xlsx |
| | Ideal Living, HEPA Test, LINNIW 3000 - NOT PASS IN UNIT.xlsx |

 External (jsweet@idealliving.com)                     GUARDIAN

Yipes...

I adjusted the two test you sent and changed the brand and manufacturer name to the correct LINNIW.  Can you please can firm this is correct ASAP?

Regarding the Laukowind one, it actually hasn't arrived there yet when I look on Amazon.

Jeremy

**Jeremy Sweet**
**Director, Business & Legal Affairs**
**Ideal Living Management, LLC**
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
Phone: (818) 217-2553
Email: jsweet@idealliving.com

IDEΛL LIVING

*Privileged and Confidential - Attorney /Client Communication and Work Product*

**From:** Selina Kwong <skwong@lmstechnology.com>
**Sent:** Wednesday, March 20, 2024 9:30 AM
**To:** Jeremy Sweet <jsweet@idealliving.com>; Al Vatine <alvatine@lmstechnology.com>
**Cc:** Jassimran Arora <jarora@idealliving.com>
**Subject:** RE: New testing with AD3000

Hi Jeremy,

I double check our incoming file, we only received one box on the 13th from your company. So 2 reports you received on the 15th should be LINNIW not Laukowind. Can you check your record if Laukowind deliver to us yet?

Thanks,
Selina