# EXHIBIT I

| Bates Stamp No. | Document Type | Date(s) of Document | Author(s) | Recipient(s) | Subject Matter | Category of Privilege |
|---|---|---|---|---|---|---|
| AD000556 | Chain of email communications | 9/23/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen, Jassimran Arora | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000558 - AD000559 | Chain of email communications | 9/19/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen, Madeline J Davis | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000561 - AD000564 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman & Ashly Sands | Michael Pedersen, Jason M. Drangel, Mary Kaufman, Jeremy Sweet | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege |
| AD000567 - AD000568 | Chain of email communications | 9/20/2024 & 9/23/2024 | Danielle Futterman & Ashly Sands | Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen, Jassimran Arora, Jeremy Sweet, Al Vatine | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000570 - AD000575 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen, Jeremy Sweet, Madeline J Davis | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000578 - AD000584 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman & Ashly Sands | Al Vatine, Mary Kaufman, Michael Pedersen, Jeremy Sweet, Madeline J Davis | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000586 - AD000587 | Chain of email communications | 9/20/2024 & 9/23/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Mary Kaufman, Michael Pedersen, Jassimran Arora, Jeremy Sweet, Al Vatine | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000589 | Chain of email communications | 9/19/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |

| | | | | | | |
|---|---|---|---|---|---|---|
| AD000591 - AD000594 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000596 - AD000603 | Chain of email communications | 9/11/2024 - 9/19/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000606 - AD000613 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman, Jason M. Drangel & Ashly Sands | Jeremy Sweet, Michael Pedersen, Al Vatine, Madeline J Davis | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000616 - AD000621 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman, Jason M. Drangel & Ashly Sands | Jeremy Sweet, Michael Pedersen, Mary Kaufman, Madeline J Davis, Al Vatine | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000624 - AD000632 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000637 | Chain of email communications | 9/12/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000639 - AD000643 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000646 - AD000652 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000654 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |

| AD000656 - AD000672 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman, Jason M. Drangel & Ashly Sands | Jeremy Sweet, Michael Pedersen, Mary Kaufman | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| AD000676 - AD000684 | Chain of email communications | 9/12/2024 & 09/19/2024 - 09/20/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000686 - AD000695 | Chain of email communications | 9/12/2024, 9/19/2024 & 9/23/2024 | Danielle Futterman & Ashly Sands | Al Vatine, Jeremy Sweet, Madeline J Davis, Mary Kaufman, Michael Pedersen, Jassimran Arora | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000698 - AD000704 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000707 - AD000708 | Chain of email communications | 9/20/2024 & 9/23/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen, Jassimran Arora, | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000710 - AD000715 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000719 | Chain of email communications | 9/23/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000721 - AD000722 | Chain of email communications | 9/19/2024 | Danielle Futterman & Ashly Sands | Madeline J Davis, Jeremy Sweet, Al Vatine, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |
| AD000724 - AD000727 | Chain of email communications | 9/11/2024 - 9/12/2024 | Danielle Futterman & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |

| | | | | | | |
|---|---|---|---|---|---|---|
| AD000729 - AD000736 | Chain of email communications | 9/11/2024 - 9/12/2024 & 9/19/2024 | Danielle Futterman, Jason M. Drangel & Ashly Sands | Jeremy Sweet, Al Vatine, Madeline J Davis, Mary Kaufman, Michael Pedersen | Back and forth communications between client and its legal counsel regarding filters | Attorney-Client Privilege Work Product Privilege |