# EXHIBIT J

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

_____
                                          )
AIRDOCTOR LLC,                            )
                                          )
     Plaintiff,                           )
                                          )
vs.                                       ) No. 2:2023-cv-00353
                                          )
LONNI INC., et al.                        )
                                          )
     Defendants.                          )
_____)

ZOOM DEPOSITION OF AL VATINE

Minneapolis, Minnesota

Thursday, June 12, 2025

Volume I

Reported by:

LORI M. BARKLEY

CSR No. 6426

Job No.  7423727

PAGES 1 - 72

Q.   I see.

A.   We are not for sale like other labs.

Q.   Okay.  Who is Products Unlimited, Inc.?

A.   Unlimited -- Products Unlimited, that's the company is a part owner in one of the technologies we have.

It is just a discrete nanofiber.  They supported that research from day one.  So they received license for what's called Hi-Loft Poly Products.

The other licensee is Kistner.  They paid 1.6 million plus 2.5 percent royalty.  They have left the filtration market except to other areas.

So they kind of a partner research -- the initial research partner we had.  There was a lab, they supported us like half a million dollars.

Q.   Who is your contact at Ideal Living that you've dealt with over the years?

A.   Jeremy Sweet.

Q.   How do you spell that last name?

A.   Like sweet, S-W-E-E-T.

Q.   And have you ever met up with Jeremy Sweet?

A.   No.

Q.   Never had dinner with him?

A.   No.

Q.   Never met him in person?

Page 20

A.   No.

Q.   Who is the principal at Products Unlimited that you deal with?

A.   That's Scott Beier.  There are three or four brothers own that company now after father passed away.  Scott Buyer is my main point of contact.

Q.   Do you know a gentleman by the name of Gary Pospisal?

A.   Wasn't this the engineer there or the tech --

Q.   P-O-S-P-I-S-A-L.

A.   It's familiar.  I think it was the old engineer. I believe still the engineer there, I think.

Q.   We asked for you any protocols in writing that you have for testing at your company as performed.  And you provided no such protocols --

A.   Yeah.  We don't have one that's why.  We follow IEST standard.  There is no protocol.  It's --

MS. FUTTERMAN:  What protocol did you say you followed?

THE WITNESS:  IEST-RP-CC001.6, part H.

BY MR. O'CONNOR:

Q.   Do you have any document retention policies?

A.   Certified tests are five years.  Noncertified tests are one month.

Q.   The tests that you performed for either of the

Page 21

entities Ideal Living or AirDoctor, were they certified?

A.   No.   Certified tests are a lot more expensive. Same tests.   But because of the amount of work goes to filing the data and everything, they are $500 more.

Q.   If I have a filter and I give it to you and I have it tested.  And you give a certification or a test result, I should say, is that guaranteeing that all my products will perform in the same manner?

MS. FUTTERMAN:  Object to the form.  You can answer.

THE WITNESS:  No.  With a lot of companies that they claim HEPA, we have a setup that -- because we deal with a lot of very sensitive companies, you know, medical, aerospace.

And these companies, they sent so many units of each production to us.  And we keep track of it.  That's how they keep claiming HEPA.

BY MR. O'CONNOR:

Q.   Got it.

A.   When a filter is sent to us and it is HEPA, we are saying that filter is HEPA, that's --

BY MR. O'CONNOR:

Q.   You're saying I've tested this filter.  This filter is HEPA, right?

A.   Correct.

Page 22

Q.   So between 2021 and 2024, do you remember how many times AirDoctor gave you a filter to test?

A.   A lot.  I can't tell you.  I don't know with --

Q.   But you were asked to produce the records and I can tell you -- I'm looking right at them.  And very few of them were of AirDoctor's products, right?

A.   No.  AirDoctor they have their own testing they have sent us.  You talking about the certification of their products?

Q.   Yeah.

A.   Yes we tested their filters probably a month ago again, maybe couple times they have sent it in of their units.  And we have tested them.

Q.   So I'm going to take you through what I've received from you, okay?

A.   Sure.

Q.   And we'll start with the most -- strike that.

We'll start with the oldest, okay.  This is the oldest that I can see in what you sent over.

MS. FUTTERMAN:  Kevin, are we marking this?

MR. O'CONNOR:  Yes.  We'll call this Vatine 2.

(Exhibit 2 was marked for identification by the court reporter and was retained by counsel.)

BY MR. O'CONNOR:

Q.   And just for the record, Vatine 2 is an Excel

Page 53

MR. O'CONNOR:  Let me show you another document. I'm showing the witness what we'll identify as Vatine 6.

(Exhibit 6 was marked for identification by the court reporter and was retained by counsel.)

BY MR. O'CONNOR:

Q.   And this is a November 16th, 2021 purported invoice filed with the court as exhibit E to the complaint on July 15th, 2024.

MS. FUTTERMAN:  Note my objection to the description as an invoice.

MR. O'CONNOR:  Okay.  This is exhibit E to the complaint.

Q.   Have you ever seen this document before?

A.   I'm sure I have.

Q.   Okay.

A.   I don't recall.  But it is my data.

Q.   Now, before you said to us that if the test was done inside the unit itself, right, it would say in situ, right?

A.   Correct.

Q.   Is that indicated on here?

A.   It's not.

Q.   So does this tell you that this test was likely performed in your own system?

A.   Correct.  If you look at -- this Delta P is the

```
                                                      Page 54
```

pressure drop.  If there's a number there, that means the filter was tested.

If it says in situ, then there's no pressure drop.  It's just an indication of an in situ usage. Then it is done by itself.

Q.    Are these two individuals still in your company --

A.    Emile Tadros unfortunately was passed away.  KC Kwok still in our company.  He's working in the company. He's also shareholder.

MR. O'CONNOR:  I think this might be my last exhibit.

(Exhibit 7 was marked for identification by the court reporter and was retained by counsel.)

BY MR. O'CONNOR:

Q.    Exhibit F to the complaint is it January 25th, 2022 test report.  Before we looked at one from September '22; do you recall?

A.    Correct.

Q.    This is January.  And, again, this was attached as exhibit F to the complaint.  Vatine 7.

Was this an in situ test?

A.    No.

Q.    Would you have taken one of the filters and run it through a test twice?

Page 55

MS. FUTTERMAN:  Objection.

THE WITNESS:  We could.  The testing we do is amount of challenge.  The amount of challenge we use is in nanograms.  A filter can be tested 50 times without any effect.

BY MR. O'CONNOR:

Q.   Up to 50 times without any material --

A.   Any -- yeah, because the amount of salt we use testing for latex we use is in nanograms.  So loading doesn't happen.

Q.   When you have a flow rate and speed, what is that?

A.   Flow rate is the flow rate that the unit with the filter in it runs at.

So if a filter is inside the unit and unit shows so many cubic feet of air per minute, the filter has to be tested in that flow rate.

So that is the flow rate that was measured and the filter was tested at that flow rate.

Q.   Got it.  What does it mean to say the test aerosol?

A.   Test aerosol is the challenge of the contaminants.  Based on the IEST, where we found a where we can test the filter it's latex beads.

You can test them with oil.  Or you can test

Page 56

them with different salt.  You can test them with dust.

But based on this standard or recommended practice since there was a change, it required latex beads to be used.

We are testing these filters the same as semiconductor HEPAs.

Q.   What does it mean do have the latex beads neutralized?

A.   Because these filters or any filter can have a different efficiency if the particles have charge on them, like the particles in our air, they can carry different amount of charge.

In order to have a repeatable test, we have to equate the positive and negative charge on the particles we are generating so the test becomes uniform.  And it's the same from day to day.

Q.   Why is it necessary to note the temperature and the humidity?

A.   Some customers -- some of the people that they do testing, they use a different methodology for drying.

When we generate these particles, by the time they get to radioactive chamber, they 100 percent dry.

But some of the companies don't know now to generate 100 percent dry particle.  So in their test, humidity and temperature affected your test data.

Page 60

spend on deposition to be honest with you.  Without

payment, it's just very -- when it's free, a whole day,

sometimes three days.

I have to let my lawyer handle this.

MR. O'CONNOR:  I understand.  Well, those are

all the questions I have.  Leaving open the deposition

given the reasons I've just expressed.  Thank you so

much.

MS. FUTTERMAN:  I have some followup questions.

If you could just give me ten minutes.  I don't have

many questions.  I just want to get my notes in order so

I can just do it quickly.

I probably only have five minutes of questions.

So just give me ten minutes and I'll be right back on.

THE WITNESS:  Okay.


(Recess taken.)


BY MR. O'CONNOR:

    Q.    Mr. Vatine, could you go back and check that

docket number, again, please.  And tell me the name of

the court, please?

    A.    United States District Court for the North

District of California.  It is in the civil action

number 3:23-CV/04458/TLT.

Page 61

Q.    Thank you.

A.    My pleasure, sir.

MS. FUTTERMAN:  Are we ready?

CROSS-EXAMINATION

BY MS. FUTTERMAN:

Q.    Mr. Vatine, thank you for your time here today. I'm not going to be very long with you.

A.    My pleasure.

Q.    So earlier you testified that the testing that AirDoctor and Ideal Living have had you do costs generally between $250 and $500 per test; is that correct?

A.    Yes.

Q.    Outside of those costs --

A.    I apologize.  One more thing, the European tests costs $1,000.

Q.    So between $250 and $1,000.

A.    Yes.

Q.    Outside of those costs and any sort of administrative fees, had AirDoctor or Ideal Living ever paid LMS any other sums of money?

A.    No.

Page 62

Q.   Has AirDoctor or Ideal Living ever paid you personally any sums of money?

A.   No.

Q.   Has AirDoctor or Ideal Living ever given you any gifts or kickbacks?

A.   No.

Q.   Do you personally have any financial interest in the outcome of this action?

A.   No.

Q.   Does LMS have any financial or other interest in the outcome of this action?

A.   No.

Q.   Earlier you testified that the LMS number was associated with a particular document that would include the condition of the filter when you receive it; is that correct?

A.   Correct.

Q.   Can you remind me what that document is called or file?

A.   Hold on.  It says, incoming test request form.

Q.   Okay.  And I believe you testified earlier that the incoming test request form associated with a particular LMS number would identify the condition of the filter upon receipt, correct?

A.   Correct.  It has, "sample's condition as