# EXHIBIT K

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____

AIRDOCTOR, LLC,

      Plaintiff,

  v.                         Case No.

LONNI, INC.; LONNI INC., D/B/A     2:23-cv-00353

LONNIHOME; SHENZHEN MINGDAO

YOUSHU E-COMMERCE CO., LTD.;

SHENZHEN DAZHAN PENGTU INTERNET

CO., LTD.; DONGGUANSHILIANRUIZHO

NGXINWANGLUOKEJIYOUXIANGONGSI

D/B/A JORAIR-FILTER; and JORAIR-

FILTER,

      Defendants.

_____

    *** CONFIDENTIAL ***

CONFIDENTIAL

**Page 2**

VIDEOTAPED DEPOSITION OF MICHAEL PEDERSEN IN HIS

INDIVIDUAL CAPACITY AND AS 30(B)(6) CORPORATE

REPRESENTATIVE OF AIRDOCTOR, LLC

DATE:           Tuesday, July 22, 2025

TIME:           9:58 a.m.

LOCATION:       Glacier Law, LLP

                251 South Lake Avenue, Suite 910

                Pasadena, CA 91101

OFFICIATED BY: Jerrick Cajigas

JOB NO.:        7470049

CONFIDENTIAL

Page 65

Q    Why would an independent testing lab need you to tell them what flow rate to use?

MS. SANDS:  Objection; calls for speculation.

THE WITNESS:  Because we -- we told them what test lab.  The filter -- the filter does a -- you can test the filter standalone, but we can also test the unit in the unit, and the filter is made to work inside the unit, and we have a number of flow rate in that unit, which we want to test the filter against.

BY MR. O'CONNOR:

Q    Okay.  But if an independent lab is being set up to test someone else's filter, and you tell them the standard to use, doesn't the standard tell you what flow rate to use?

MS. SANDS:  Objection.

THE WITNESS:  Not in this case, as we want the -- we -- we want to test the -- the filter against the flow rate in the unit, which is the real-life example of what -- how that filter would perform when somebody buys a filter.

BY MR. O'CONNOR:

Q    Okay.  And what is the rated airflow for the AirDoctor 3000?

A    It's about 340 CFM.

CONFIDENTIAL

Page 66

Q    340 CFM?

A    Yeah.  It's -- it's gone up and down. It's -- something always changed, and so it's -- it's been fluctuating, but it's -- it's about 344, 340 now.

Q    Was that flow rate used in the 2017 test?

A    No.

Q    Why not?

A    Why not?

Q    Yeah.

A    We used instead -- in that test, we used the lowest fan speed air flow.

Q    Yeah.  Because?

MS. SANDS:  Objection.

MR. O'CONNOR:  What's the problem?

MS. SANDS:  You didn't -- well, you didn't ask why.

MR. O'CONNOR:  I just did.

MS. SANDS:  No.  You just said --

MR. O'CONNOR:  I said because, question mark?

MS. SANDS:  Objection as to form.

You can answer if you understand.

THE WITNESS:  Because our -- we -- we thought at the time that it was the right fan speed to test at.

Page 67

BY MR. O'CONNOR:

Q     Are you saying you made a mistake?

MS. SANDS:  Objection.

THE WITNESS:  Our understanding of how these HEPA filter performed evolved over time.

BY MR. O'CONNOR:

Q     But sir, I --

MS. SANDS:  Objection.

BY MR. O'CONNOR:

Q     I can go on the website right now, and it's still there.  Are you aware of that?

A     I'm not aware of that.

MS. SANDS:  Objection.

BY MR. O'CONNOR:

Q     Want to do it?  I can show it to you.

MS. SANDS:  Objection.

BY MR. O'CONNOR:

Q     All right.  When did you learn, according to you that -- strike that.

You just told us that your understanding has evolved over time.  When is it that the plaintiff claims that it learned that the flow rate that it used in the 2017 test was not proper?

A     It was proper.  It was -- it was accurately depicting how the filter would perform at its -- the

CONFIDENTIAL

Page 68

lowest speed.

Q    If we look at the design records for your company, for your AirDoctor 3000 filter, you told me the rated flow rate is 340 CFM; right?

A    Speed for.

MS. SANDS:  Objection.

BY MR. O'CONNOR:

Q    Yes?  And that's been true since that product was created; right?

A    Yep.

Q    Okay.  And the standard that you told us that was used for that test you're familiar with; right?  And you know that the standard says that you utilize the airflow rate that is in design; right?

MS. SANDS:  Objection.

BY MR. O'CONNOR:

Q    Yes?

A    If it's -- I don't know.  You -- I -- I don't know if that's specific line you just --

Q    You gave a declaration in this case where you stated to the Court you had familiarity with the pertinent standards; right?

A    Yeah.

MS. SANDS:  Objection.

//

CONFIDENTIAL

Page 69

BY MR. O'CONNOR:

Q    Yes?

A    Yeah.

MR. O'CONNOR:  He said yes.  He understands.  He remembers.

BY MR. O'CONNOR:

Q    You gave a declaration saying, "I'm familiar with the applicable standards," right?

A    Uh-huh.

Q    Okay.  And the standard that applies says you look at the rated flow rate in the manufacturer's design?

MS. SANDS:  Objection.

BY MR. O'CONNOR:

Q    Right?  Okay.  And you just told us it's 340 CFM; right?

A    Yeah.

Q    And now we look at the 2017 document, and we can see it is not 340 CFM; right?

MS. SANDS:  Objection.

THE WITNESS:  That test was not at 340. That's correct.

BY MR. O'CONNOR:

Q    And yet, it continues to be left on the website for the company to this day; correct?

CONFIDENTIAL

Page 70

MS. SANDS:  Objection; asked and answered.

BY MR. O'CONNOR:

Q    Yes?

A    I don't -- I don't know if it's on the website.  I -- I believe you.  If you say it's there, you don't need to show me.

Q    Okay.  You've never done anything to remove it; right?

MS. SANDS:  Objection.

THE WITNESS:  I have not.

BY MR. O'CONNOR:

Q    And do you know that it was attached to the Complaint in this case?

MS. SANDS:  Objection.

You can answer if you know.

THE WITNESS:  I know a test has been. I -- I don't know if that's the same test.

BY MR. O'CONNOR:

Q    Okay.  I'll just show these two.  Let's mark this, please.

//