# EXHIBIT C

# EN1822 European HEPA Test
## LMS Technologies, Inc.

**Test Type :** EN1822

**Test Number:** T051117A

**Flow Rate/Velocity:** 60 fpm, 30 cm/s

**Test Aerosol:** KCl, Neutralized

**ΔP ("H2O):** 0.0850", 21.3 Pascals

**Test Requested By:** Ideal living management

**Filter Mfgr:**

**Filter/Media ID # :** Filter #2

**Filter/Media Size:** 13.5" x 16.25" x 1.5"

| Size Rang(μm) | Initial Fractional Efficiency(%) |
|---|---|
| 0.0030 | 100.000 |

