# EXHIBIT E

**LMS Technologies, Inc.**
*6423 Cecilia Circle, Bloomington, MN 55439*
**(952) 918-9060 Fax: (952) 918-9061**

| | | | |
|---|---|---|---|
| Date : | November 16, 2021 | Requested By: | Ideal Living |
| Test Type : | IEST-RP-CC001.6 | Manufacturer: | AirDoctor |
| Test Aerosol : | Latex Beads, Neutralized | Filter Dimentions: | 16.5" x 13.5" x 1.5 |
| Filter ID: | AD3000 UltraHEPA | LMS#: | 7480 |
| Flow Rate(cfm): | 95 cfm / 63.5 fpm | Description: | White Minipleated Filte |

**Temp and Humidity: 72 F and 43%**

| Flow Rate | 95 cfm |
|---|---|
| ΔP (" H$_2$O) | 0.069 |
| Size Range (μm) | Fractional Efficiency % |
| **0.1-0.2** | **99.982** |
| **0.2-0.3** | **99.985** |
| 0.3-0.5 | 99.991 |
| 0.5-0.7 | 99.995 |
| 0.7-1.0 | 99.996 |
| 1.0-2.0 | 99.999 |
| 2.0-3.0 | 100.000 |
| 3.0-5.0 | 100.000 |



$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} x100\%$$

F$_{eff}$ = Fractional Efficiency

C$_{up}$ = Particle Concentration Upstream of Filter

C$_{down}$ = Particle Concentration Downstream of Filter



TEST SUPERVISOR                ENGINEERING APPROVAL
*Emile Tadros*                    *K.C. KWOK, PH.D.*                    *F-001*
----------------------------                  --------------------------------------