# EXHIBIT G

# CERTIFICATE OF CONFORMITY

This Certificate indicates that the Applicant has satisfied the Intertek requirements for the application of the EPA ENERGY STAR Mark to the model(s) described in the Product(s) Covered section of the referenced Compliance Report when made in accordance with the conditions set forth in the Energy Efficiency Certification Agreement, the Certification Report and the Program Manual. This certificate is issued subject to the Applicant attaining, and remaining in, compliance with any separate EPA ENERGY STAR Program requirements necessary for use of the ENERGY STAR Mark. This document is the property of Intertek Testing Services and is not transferable.

| | | | | |
|---|---|---|---|---|
| **Company:** | AirDoctor LLC | | **OEM name:** | AirDoctor LLC |
| **Address:** | 14724 Ventura Blvd, Suite 200 Sherman Oaks, CA 91403 | | **Address:** | 14724 Ventura Blvd, Suite 200 Sherman Oaks, CA 91403 |
| **Country:** | USA | | **Country:** | USA |
| **Contact:** | Michael Pedersen | | **Contact:** | Michael Pedersen |
| **Phone:** | 818.217.2500 | | **Phone:** | 818.217.2500 |
| **FAX:** | 818.217.3000 | | **FAX:** | 818.217.3000 |
| **Email:** | mpedersen@idealliving.com | | **Email:** | mpedersen@idealliving.com |

**3rd-party Report Issuing Office:**    Intertek Testing Services Shenzhen Ltd. Guangzhou Branch

**Control Number:**    _5021594_        **Authorized by:** _____

for L. Matthew Snyder, Certification Manager

This document supersedes all previous Certificate of Conformity for the noted Report Number.

This Certificate is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this Certificate. Only the Client is authorized to copy or distribute this Certificate. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results referenced from this Certificate are relevant only to the sample tested.

Intertek Testing Services NA Inc.
545 East Algonquin Road, Arlington Heights, IL 60005
Telephone 800-345-3851 or 847-439-5667  Fax 312-283-1672
www.intertek.com

| | |
|---|---|
| **Standard(s):** | ENERGY STAR® Program Requirements for Room Air Cleaners Version 2.0 |
| **Product:** | Electric air purifier |
| **Models:** | AD3000N;AD3000 |