# EXHIBIT H



December 14, 2016

Michael Pedersen
Envion LLC
14724 Ventura Blvd FL 200
Sherman Oaks, CA 91403-3514

Dear Mr. Pedersen:

We appreciate the opportunity to be of service to you.  Please find enclosed one copy of Intertek Report No. 102782445CRT-002 covering the tests performed on your behalf.

<u>Model(s) Tested:</u>
AD3000

If there are any questions regarding the results contained in this report, or any of the other services offered by Intertek, please do not hesitate to contact me.


Sincerely,

Mike Podoliak
Technician
Energy Efficiency Group



# Test Report

3933 US ROUTE 11 CORTLAND, NEW YORK 13045

Project No. G102782445

Date: December 14, 2016

REPORT NO. 102782445CRT-002

RENDERED TO:

**Envion LLC**
**14724 Ventura Blvd FL 200**
**Sherman Oaks, CA 91403-3514**

| | |
|---|---|
| <u>Report Scope:</u> | This testing is for AHAM AC-1 and EPA Energy Star program for Room Air Cleaners. |
| <u>Limitation Statement:</u> | The test data and results contained in this report are provided for client information and evaluation. |
| <u>Authorization:</u> | The tests were authorized signed Intertek Quote No. Qu-00733611 dated October 18, 2016. |
| <u>Standards Used:</u> | ANSI/AHAM AC-1-2015 entitled, <u>"Association of Home Appliance Manufacturers Method for Measuring Performance of Portable Household Electric Room Air Cleaners"</u> and IEC 62301 Ed. 2 entitled, "<u>Household Electrical Appliances – Measurement of Standby Power"</u> |
| <u>Sample Description:</u> | One prototype unit model AD3000, was supplied by the client and received on October 20, 2016. |
| <u>Date of Tests:</u> | December 1-2, 9, 2016 |

An independent organization testing for safety, performance, and certification.

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to copy or distribute this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program.

PVT-AC-005, 5/06/02

Report No.  102782445CRT-002                    December 14, 2016                    Page 2 of 5

**Test Method:**

Tests were performed in accordance with ANSI/AHAM AC-1-2015 entitled ""Association of Home Appliance Manufacturers Method for Measuring Performance of Portable Household Electric Room Air Cleaners". This standard method has defined limits of measurability. The practical limits of measurability are: Dust 10 to 400 CADR, Tobacco smoke 10 to 450 CADR and Pollen 25 to 450 CADR. The statistical validity of test results outside of the stated practical limits is questionable and unevaluated. Clean Air Delivery Rates (CADR's) were determined using Tobacco Smoke, AC Fine Test Dust, and Paper Mulberry Pollen.

Additional requirements for energy taken from IEC 62301 Ed. 2 entitled, "Household Electrical Appliances – Measurement of Standby Power".

Monitored particle size ranges for the three particulates were as follows:
Smoke - 0.10-1.0 microns;    Dust - 0.5-3 microns;  Pollen - 5-11 microns.

**Test Equipment List:**

| Equipment Used | Model Number | Intertek Control # | Cal. Due Date | Date Cal. Performed |
|---|---|---|---|---|
| Airborne particle Spectrometer | HSLAS II | N1203 | 1/12/17 | 1/12/16 |
| Aerodynamic Particle Sizer | 3321 | A-261 | 10/12/17 | 10/12/16 |
| Fluidized Bed Aerosol Generator | 3400 | -- | | |
| Temperature/Humidity Sensor | HMW30YB | T680 | 10/10/17 | 10/10/16 |
| Power Analyzer | WT210 | G065 | 10/10/17 | 10/10/16 |

**Device Under Test Description**

The device tested for this report was Model AD3000. The following device settings were used during testing: Highest Fan Speed, Ionizer On. This device contains features which require ozone testing for Energy Star Certification.



**AD3000**

Report No.  102782445CRT-002          December 14, 2016          Page 3 of 5

### Results of Performance Tests:

| Model/Configuration | Test Particulate | Natural Decay Rate | CADR ($FT^3$/Min) | CADR STDEV. | Power (Watts) |
|---|---|---|---|---|---|
| AD3000, Unit 1, 1610201103-001, Highest Speed, Ionizer on, 120 Volts, 60 Hertz | Smoke | 0.00248 | 326.2 | 2.5 | 114.7 |
| | Dust | 0.00477 | 343.2 | 2.9 | 116.8 |
| | Pollen | 0.09724 | 373.2 | 34.5 | 116.3 |

### Conclusion:

The results reported are within the limits of measurability of the ANSI/AHAM AC-1-2015 "Association of Home Appliance Manufacturers Method for Measuring Performance of Portable Household Electric Room Air Cleaners" Test Method.

Report No. 102782445CRT-002       December 14, 2016       Page 4 of 5

## Energy Star CADR Testing:

**Test Sample Information**

| Manufacturer/ Organization Name | Model Number | Serial Number | Nameplate Voltage | Nameplate Frequency Hz | Nameplate Watts |
|---|---|---|---|---|---|
| Envion | AD3000 | NA | NA | NA | NA |

**Test Criteria**

| Test Voltage | Test Frequency | Ambient Test Temperature °F | Ambient Humidity %RH |
|---|---|---|---|
| 120v +/- 1 | 60Hz +/- 1Hz | 70°F +/- 5°F | 40% +/- 5% |

**Test Results**

| Test Sample | Test Voltage | Test Frequency | Ambient Test Temperature °F | Ambient Humidity %RH | Dust CADR | Watts | Dust CADR/Watt |
|---|---|---|---|---|---|---|---|
| 1610201103-001 | 119.7 | 60 | 68 | 40 | 343.2 | 116.8 | 2.9 |

**Conclusion:**
Qualifying air cleaners must have a minimum 50 CADR (Dust) and CADR/watts must be ≥ 2 (Dust). These results illustrate that this sample does meet the Energy Star Program performance requirements.

Report No.  102782445CRT-002             December 14, 2016                     Page 5 of 5

## Stand By Power Testing:

**Test Criteria – IEC 62301**

| Test Voltage | Test Frequency | Total Harmonic Distortion of the Electricity Supply System | Ambient Test Temperature °F |
|---|---|---|---|
| 115v +/- 1% | 60Hz +/- 1% | ≤ 2% | 73.4°F +/- 9°F |

**Test Results**

| Test Sample | Test Voltage | Test Frequency | Total Harmonic Distortion of the Electricity Supply System | Ambient Test Temperature °F | Standby Power Watts |
|---|---|---|---|---|---|
| 1610201103-001 | 115.1 | 60 | 0.22% | 67.1 | 0.5 |

## Conclusion:

Minimum Standby Power Requirement is < 2 Watts. The results illustrated in the Standby Power Data shows that this unit meets the criteria.

Report Reviewed By:

Brian Bielawa
Engineer
Energy Efficiency
Group

Report Completed By:

Michael T. Podoliak
Tech 1
Energy Efficiency

# AirDoctor LLC

# TEST REPORT

**SCOPE OF WORK**

CADR Testing - Air Purifier - [AD3000N;AD3000]

**REPORT NUMBER**

210330083GZU-001

**ISSUE DATE**           [REVISED DATE]

2-Sep-2021               None

**PAGES**

8

**DOCUMENT CONTROL NUMBER**

AP-US-TRF_V5.1[31-05-2021]

©2021 INTERTEK





**Total Quality. Assured.**

# Test Report

| | |
|---|---|
| Report Number | 210330083GZU-001 |
| Test Laboratory Name / Address | Intertek Testing Services Shenzhen Ltd. Guangzhou Branch Room 02, & 101/E201/E301/E401/E501/E601/E701/E801 of Room 01 1-8/F., No.7-2, Caipin Road, Science City, GETDD, Guangzhou, Guangdong, China |
| Applicant Name / Address | AirDoctor LLC 14724 Ventura Blvd, Suite 200 Sherman Oaks, CA 91403, USA |
| Manufacturing Name / Address | AirDoctor LLC 14724 Ventura Blvd, Suite 200 Sherman Oaks, CA 91403, USA |
| Product | Air Purifier |
| Brand Name | AirDoctor |
| Description | The product covered by this report is a cord connected indoor used only Air Purifier. |
| Model(s) (if applicable) | AD3000N;AD3000 |
| Model Similarity | Both of models are identical except for the specific model name. |
| Rated voltage (V) | 120 |
| Rated frequency (Hz) | 60 |
| Rated power (W) | 110 |
| Date of receipt of sample(s) | 30-Mar-2021 |
| Date of test | 31-May-2021    to        2-Jun-2021 |
| Sample Condition | Production |
| Test standard(s) or criteria(s) | ANSI/AHAM AC-1-2020 ENERGY STAR® Program Requirements for Room Air Cleaners Version 2.0 |
| Conclusion | The results reported are within the minimum and maximum limits of measurability of the ANSI/AHAM AC-1-2020 "Association of Home Appliance Manufacturers Method for Measuring Performance of Portable Household Electric Room Air Cleaners" Test Method and meet the requirements  of EPA Energy Star version 2.0 |
| Date of issue | 2-Sep-2021 |
| Date of revision | None |

Prepared by:                                                                          Approved by:

Ben Deng                                                                               Amit Li

Project Engineer                                                                    Sr. Supervisor

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program.
The test report only allows to be revised only within the report defined retention period unless standard or regulation was withdrawn or invalid. When determining the test result, measurement uncertainty has been considered.



**Test Method:**

Tests were performed in accordance with ANSI/AHAM AC-1-2020 entitled "Association of Home Appliance Manufacturers Method for Measuring Performance of Portable Household Electric Room Air Cleaners". This standard method has defined limits of measurability. The practical limits of measurability are: Dust 10 to 600 CADR, Tobacco smoke 10 to 600 CADR and Pollen 25 to 450 CADR. The statistical validity of test results outside of the stated practical limits is questionable and unevaluated. Clean Air Delivery Rates (CADR's) were determined using Tobacco Smoke, AC Fine Test Dust, and Paper Mulberry Pollen.

Additional requirements for energy taken from IEC 62301 Ed. 2 entitled, "Household Electrical Appliances – Measurement of Standby Power".

Monitored particle size ranges for the three particulates were as follows:
Smoke - 0.10-1.0 microns; Dust - 0.5-3 microns; Pollen - 5-11 microns.

PM2.5 CADR is obtained by combining the CADR of Cigarette smoke particle sizes ranging from 0.1 and 0.5 microns with the CADR of dust particles that fall in the range of 0.5 to 2.5 microns and performing a geometric average calculation.

$$\text{PM2.5 CADR} = \sqrt[2]{Smoke\ CADR(0.1-0.5\mu m)\ X\ Dust\ CADR\ (0.5-2.5)}$$

**Test Equipment List:**

| Equipment Name | Type | Number | Calibration Date | Due Date |
|---|---|---|---|---|
| Laser Aerosol Spectrometer | 3340 | SA016-23-04 | 2021/2/26 | 2022/2/25 |
| Aerodynamic Particle Sizer | 3321 | SA016-23-05 | 2021/1/26 | 2022/1/25 |
| Fluidized Bed Aerosol Generator | 3400A | SA016-23-05 | 2021/6/4 | 2022/6/3 |
| Air Cleaner testing Chamber | | SA016-23 | 2021/6/4 | 2022/6/3 |



Report No. 210330083GZU-001

**Device Under Test Description:**

The device(s) tested for this report were/was Model AD3000N

The following device settings were used during testing: 120V/60Hz, Boost Speed, Ion On, Tested on the Table

| | |
|---|---|
| **Unit in test** | **Control Panel View** |
| **HEPA Filter view** | **Carbon Filter view** |



Report No. 210330083GZU-001

**Results of Performance Tests:**

| Model/Configuration | Test Particulate | Natural Decay Rate | CADR (FT$^3$/Min) | CADR STDEV | Power (W) |
|---|---|---|---|---|---|
| AD3000N | Smoke | 0.00612 | 339.7 | 2.5 | 108.4 |
| S210330083-001 | Dust | 0.00762 | 328.2 | 2.2 | 107.2 |
| 120V/60Hz, Boost Speed, Ion On | Pollen | 0.11870 | 377.0 | 30.6 | 108.4 |
| Tested on the Table | PM2.5 | - | 333.9 | - | - |

**Conclusion:**

The results reported are within the minimum and maximum limits of measurability of the ANSI/AHAM AC-1-2020 "Association of Home Appliance Manufacturers Method for Measuring Performance of Portable Household Electric Room Air Cleaners" Test Method.



**Energy Star v2.0 Smoke Operating Power Test**

**Test Sample Information**

| Manufacturer/ Organization Name | Model Number | Serial Number | Rated Voltage (V) | Rated Freq. (Hz) | Rated Power (W) |
|---|---|---|---|---|---|
| AirDoctor LLC | AD3000N | 1 Sample | 120 | 60 | 110 |

**Test Criteria**

| Test Voltage (V) | Test Freq. (Hz) | Ambient Test Temp. (°F) | Ambient Humuduty (%RH) |
|---|---|---|---|
| 120 ± 1 | 60 ± 1 | 70 ± 5 | 40 ± 5 |

**Energy Star v2.0 Smoke CADR/Watt Requirement**

| Smoke CADR Bins | Minimum Smoke CADR/W |
|---|---|
| 30 ≤ CADR < 100 | 1.9 |
| 100 ≤ CADR < 150 | 2.4 |
| CADR ≥ 150 | 2.9 |

**Test Results**

| Test Sample | Test Voltage (V) | Test Freq. (Hz) | Ambient Test Temp. (°F) | Ambient Humuduty (%RH) | Smoke CADR (FT$^3$/Min) | Power (W) | Smoke CADR/W |
|---|---|---|---|---|---|---|---|
| S210330083-001 | 120.0 | 60.0 | 73.0 | 42.0 | 339.7 | 108.4 | 3.1 |

**Conclusion:**

These results illustrate that this sample does meet the Energy Star Program performance requirements.



**Energy Star v2.0 Partial On Mode Power Test**

**Test Criteria - IEC 62301**

| Test Voltage (V) | Test Frequency (Hz) | Total Harmonic Distortion of the Electricity Supply System | Ambient Test Temperature (°F) |
|---|---|---|---|
| 115 ± 1 | 60 ± 1 | ≤ 2% | 73.4 ± 9 |

**Energy Star v2.0 Partial On Mode Power Test**

| Item | Partial On Mode Power Allowance for models without Wi-Fi capability (W) | Partial On Mode Power Allowance for models with Wi-Fi capability (W) |
|---|---|---|
| $P_{Base\_Allowance}$ | 1.00 | 1.00 |
| $P_{Network\_Connected}$ | 0.00 | 1.00 |
| $P_{Max\_Partial\_On}$ | 1.00 | 2.00 |

Note: $P_{Max\_Partial\_On} = P_{Base\_Allowance} + P_{Network\_Connected}$

**Partial On Mode Power Test Results**

| Test Sample | Test Voltage (V) | Test Freq. (Hz) | THD (%) | Ambient Temp. (°F) | Measured Partial On Mode Power (W) | $P_{Max\_Partial\_On}$ (W) |
|---|---|---|---|---|---|---|
| S210330083-001 | 115.0 | 60.0 | 0.92 | 73.0 | 0.46 | 1.00 |

**Conclusion:**
The results illustrated in the Partial On Mode Power Data shows that this model without Wi-Fi capability complies with the criteria.



Report No. 210330083GZU-001

**Revision Summary**

| Date/ Proj # Site ID | Project Handler/ Reviewer | Item | Description of change |
|---|---|---|---|
| | | | None |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\*\*\*\*\*\*\*\*\*\* End of Report \*\*\*\*\*\*\*\*\*\*