# EXHIBIT J





# AIRDOCTOR OFFICIAL STORE

## FILTERS & PURIFIERS

**AIRDOCTOR 1000 FILTERS**

**AIRDOCTOR 1000 FILTERS**





## AirDoctor 1000 Filter Set

What's included:

**1 UltraHEPA® filter**, which captures ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

**1 Carbon Gas Trap/VOC filter** that reduces toxic gasses known as volatile organic compounds (VOCs) from the air that come from cleaning.

The AirDoctor 1000 filter set lasts 6 months (under normal use).

### $79.99

Plus $9.95 Shipping

1 ▾

**ADD TO CART**

---

## AIRDOCTOR 3000 FILTERS





## AirDoctor 3000 UltraHEPA® Replacement Filter

**AirDoctor UltraHEPA® filter**, filters last for one year (under normal use) and are designed to capture ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

### $59.95

Plus $9.95 Shipping

ADD TO CART





### AirDoctor 3000 Carbon/Gas Trap/VOC Replacement Filter

The dual-action Carbon/Gas Trap/VOC filters last for 6 months (under



### AirDoctor 3000 Replacement Pre-Filter

Designed to remove larger contaminants like dust and animal hair. Includes  3 Pre-Filters. This pack does NOT include any Carbon/VOC filters. We recommend giving your Pre-Filter a quick vacuum once per month to help extend the life of your Carbon/VOC or UltraHEPA® Filters. Please NEVER wash your Carbon/VOC or UltraHEPA® Filters.

## $19.95

Plus $9.95 Shipping







## AirDoctor 3000 Filters One Year Combo Pack

What's included:

**1 UltraHEPA® filter**, which captures ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

**2 Carbon Gas Trap/VOC filter** that reduce odors, gases and volatile organic compounds (VOCs) like formaldehyde.

### $144.95

Plus $9.95 Shipping

1 ⌄







## AirDoctor 3000 Replacement Filters - Two Year Combo Pack

What's included:

**2 UltraHEPA filter**, which capture ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

**4 Carbon Gas Trap/VOC filter** that reduce odors, gases and volatile organic compounds (VOCs) like formaldehyde.

### $248.95

Plus $9.95 Shipping

1



---

## AIRDOCTOR 5000 FILTERS





## AirDoctor 5000 UltraHEPA® Replacement Filter

AirDoctor UltraHEPA® filters last for one year (under normal use) and are designed to capture ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

### $125.00

Plus $9.95 Shipping



**ADD TO CART**





### AirDoctor 5000 Carbon/Gas Trap/VOC Replacement Filter



### AirDoctor 5000 Permanent Pre-Filters

Designed to remove larger contaminants like dust & animal hair. We recommend giving your Pre-Filters a quick vacuum once per month to help extend the life. Please do not wash your filters.

### $35.00

Plus $9.95 Shipping









## AirDoctor 5000 Filters One Year Combo Pack

What's included:

**2 UltraHEPA® filter**, which capture ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

**4 Carbon Gas Trap/VOC filter** that reduce odors, gases and volatile organic compounds (VOCs) like formaldehyde.

### $355.00

Plus $9.95 Shipping

[ 1 ⌄ ]







## AirDoctor 5000 Replacement Filters - Two Year Combo Pack

What's included:

**4 UltraHEPA filter**, which capture ultra-fine, airborne contaminants like dust, pollen, mold spores, smoke, pet hair, and dander, bacteria and viruses.

**8 Carbon Gas Trap/VOC filter** that reduce odors, gases and volatile organic compounds (VOCs) like formaldehyde.

### $700.00

Plus $9.95 Shipping

| 1 |

**ADD TO CART**

## FACE MASK







  

## AirDoctor KN95 Mask (5 Pack)

N95 masks provide 95% protection against particles that are greater than 0.3 μm in diameter. KN95 masks are currently approved by the WHO as a safety measure from COVID-19 and are used by health care providers, patients, and everyday citizens. WHO currently advises use and reuse of these masks.

### Features and Benefits

- FDA-Approved
- Flat Fold Design for easy storage
- Nose Bridge provides excellent sealing
- Over the head, adjustable elastic strap design for comfort

## $9.95 + Free Shipping

$14.95 Value, **Save $5**







# SMALLER THAN HEPA STANDARD



## AirDoctor 1000

Small and mighty purification that's perfect for small bedrooms, nurseries, home offices, laundry rooms and more. Cleans the air in 285 sq. ft. 4x/hour or in 570 sq. ft. 2x/hour.

## $399 + FREE S&P

as low as $36/month*

1

**ADD TO CART**

Starting at 0% APR with







# AirDoctor 3000

The original AirDoctor is a classic. Powerful enough to protect the air in bedrooms, living rooms, kitchens and more. Cleans the air in up to 638 sq. ft. 4x/hour or in 1,274 sq. ft. 2x/hour.

## $629 + FREE S&P

as low as $55/month*

1

**ADD TO CART**





# AirDoctor 5000

Our most powerful performance yet is also our quietest. The pure air solution for extra large spaces, high ceilings and

## WHICH AIRDOCTOR PURIFIER IS RIGHT FOR YOUR HOME?



| AirDoctor Purifier | 1000 | 3000 | 5000 |
|---|---|---|---|
| Room Size Coverage* | 285 sq. ft. 4x/hour 570 sq. ft. 2x/hour | 638 sq. ft. 4x/hour 1,274 sq. ft. 2x/hour | 1,001 sq. ft. 4x/hour 2,001 sq. ft. 2x/hour |
| CADR (Smoke)/CFM** | 152 | 340 | 534 |



| | | | |
|---|---|---|---|
| Air Quality Particle Sensor | ✓ | ✓ | ✓ |
| Air Quality Indicator Light | ✓ | ✓ | ✓ |
| Auto Mode | ✓ | ✓ | ✓ |
| Fan Speeds | 4 | 4 | 6 |
| Filters | 1 Pre-Filter (attached to UltraHEPA Filter) 1 Carbon/VOC Filter 1 H13 UltraHEPA Filter | 1 Pre-Filter (attached to Carbon/VOC filter) 1 Carbon/VOC Filter 1 H13 UltraHEPA Filter | 2 Permanent Pre-Filters 2 Carbon/VOC Filters 2 H13 UltraHEPA Filters |
| Recommended Filter Change Frequency*** | Filter Set: Every 6 months | Carbon/VOC Filter: Every 6 months UltraHEPA H13 Filter: Every 12 months | Carbon/VOC Filter: Every 6 months UltraHEPA Filter: Every 12 months |
| Voltage | 120V/60Hz | 120V/60Hz | 120V/60Hz |
| Sound levels | Lowest Speed: 34 dB Highest Speed: 54 dB | Lowest Speed: 39 dB Highest Speed: 59 dB | Lowest Speed: 30 dB Highest Speed: 50 dB |
| Dimensions | 9" (W) x 9" (D) x 23" (H) | 15.75" (W) x 8.35" (D) x 23" (H) | 16" (D) x 16" (D) x 28.75" (H) |





| | | | |
|---|---|---|---|
| Weight | 10 lbs | 18 lbs | 33 lbs |
| Portability | N/A | Built-in handles | Built-in, hidden casters & recessed handles |

\* Harvard University Study cited by CDC recommends at least 4 air changes per hour to effectively remove viruses, bacteria, smoke, dust & pollen.

\*\* CADR (Clean Air Delivery Rate) is an objective measurement for comparing air filter performance, based on its ability to remove particulate matter. The higher the number, the more effective it will be. According to CDC guidance, CADR/cfm should be 2/3 of the total room size.

\*\*\* Based on 24-hour daily usage.



## Let's Stay Connected!

| Email address | **Subscribe** |
|---|---|

Sign up to receive emails with exclusive promotions, product updates, and healthy lifestyle information.

| **Resources** | Privacy Policy | Support |
|---|---|---|
| | Terms and Conditions | Affiliate Program |
| | Warranty Registration | Distributors |



