# EXHIBIT K

Case 3:23-cv-00358-CW-AS   Document 249-11   Filed 12/10/25   Page 2 of 101   Page ID #:5523



Case 3:23-cv-00358-CW-AS   Document 249-11   Filed 12/10/25   Page 3 of 101   Page ID #:5524

$49⁸⁶  ($7.12 / Count)

**FREE Returns**

Coupon: ◤ Save an extra 5% when you apply this coupon. Terms

Get $20 off instantly: Pay $29.86 upon approval for the Amazon Store Card.

Size: **1+2+4**

| **1+2+4**<br>**$49.86**<br>**($7.12 / Count)** | **2 Pack**<br>$39.99<br>($20.00 / Count) |

| **Brand** | LINNIW |
| **Material** | 1 H13 True HEPA + 2 Activated Carbon + 4 Extra Carbon Pre-filters (1+2+4) |
| **Compatible Device** | For Air Dr. 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro |

## About this item

- 【Perfect Compatibility】AD3000 Replacement Set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro. Compare to Part No. ADF3001 ADF3002
- 【Cost-Effective Price】(1+2+4) AD3000 Replacement Filters set contains 1 H13 TRUE HEPA + 2 activated carbon filtes + 4 pre-filters, 7 units value pack save much cost for your all year round air cleaning need.

Roll over image to zoom in

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add your 30-day FREE trial of Prime and get **fast, free delivery**        prime

☐ Add a gift receipt for e returns

Add to List

Have one to sell?

Sell on Amazon



Enerzen Ceramic Plate Replacement…
139
$24⁹⁵ ✓prime

Sponsored

Case 3:23-cv-00358-CW-AS  Document 249-11  Filed 12/10/25  Page 4 of 101  Page ID #:5525

- 【Premium H13 true HEPA】3 Stages Filtration Multi-stage filtration effectively improve the air quality for your home.

- 【Change Regularly】 It is recommended to replace the AD3000 H13 HEPA for every 10 - 12 months, replace the AD3000 Activated Carbon for every 4 - 6 months, replace the AD3000 pre- filters for every 2 - 3 months. Higher level filtration performance for long time using.

- 【100% Quality Guarantee】Product quality and customer satisfaction are our top priorities. Contact us if you have any questions, LINNIW is confident in offering the best support for customers!

› See more product details

Compare with similar items

Report incorrect product information.

## Climate Pledge Friendly Pick



Dekiru Carbon Activated Filter Precut for HPA300 Prefilter Compatible with Honeywell Air Purifier Filter Replacement, Fit for Easy Installation Advanced Filters (6 Pack)

(457)

$17.99 ($3.00/Count)

🌿 Climate Pledge Friendly

8/22/22, 12:55 PM      Amazon.com: AD 2022 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1, House Air Purifier AIR DR AD1000 AD3000 AD3000pro,1 H13 True HEPA, 2 …

Case 3:23-cv-00358-CW-AS    Document 249-11     Filed 12/10/25      Page 5 of 101    Page ID #:5526



**Filter for Levoit LV-H132, LV-H132-RF**

2 Set LV-H132 Air Purifier Replacement Filter, True HEPA Filter, LV-H132-RF,…

519

$27⁹⁶ ✓prime

Sponsored

| 📊 | Inventory Levels | ✕ Xray | 🧠 Keywords | 📄 Listing Optimizer | % Profitability Calculator |

**24 Hours   7 Days   30 Days   90 Days   1 Year   All Time**

Sales Rank — New Price — List Price

## Calculators   [ Hide ⌃ ]

Revenue Calculator     Sales Estimator

**ASIN: B0B42SDDWZ**

Case 3:23-cv-00358-CW-AS   Document 249-11   Filed 12/10/25   Page 6 of 101   Page ID #:5527

| | | |
|---|---|---|
| Buy Box Price ❓ | $ 49.86 | Brand: LINNIW |
| | | #861 in Home Air Purifier Parts & Accessories |
| Competitive Offers ❓ | 1 | #151314 in Home & Kitchen |

**Launch Sales Estimator**

**Total New Prime Offers:** 0

**Competitive FBA Offers:** 0

**Current BSR:** 151,314

**Estimated Monthly Sales**           **N/A**

**Estimated Net Revenue**             **N/A**
(Fees Not Included)

Item Dimensions: N/A x N/A x N/A in

Item Weight: N/A lb

Package Dimensions: 16.93 x 4.37 x 14.06 in

Package Weight: 7.32 lb

## Special offers and product promotions

- **Create your FREE Amazon Business account** and take advantage of the benefits that the **Small Business Month** has for you. **Register today**

## Buy it with



Total price: $638.81

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

☑ **This item:** AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR …    $49.86 ($7.12/Count)

☑ AIRDOCTOR AD3000 4-in-1 Air Purifier for Home and Large Rooms with UltraHEPA, Carbon & VOC Filters - Air Quali…    $519.00

☑ AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home Purifier | Remove Cigaret…    $69.95

Case 3:23-cv-00358-GW-AS   Document 249-11   Filed 12/10/25   Page 7 of 101   Page
ID #:5528

# Have a question?

Find answers in product info, Q&As, reviews

| Type your question or keyword |
|---|

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | LINNIW |
| Item Weight | 7.3 pounds |
| Package Dimensions | 16.93 x 14.06 x 4.37 inches |
| Part Number | ADF3001 ADF3002 |
| Compatible Device | For Air Dr. 4-in-1 Home Air Purifier AD3000 AD3000M AD3000pro |
| Material Type | 1 H13 True HEPA + 2 Activated Carbon + 4 Extra Carbon Pre-filters (1+2+4) |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0B42SDDWZ |
| Customer Reviews | 9 ratings 4.8 out of 5 stars |
| Best Sellers Rank | #151,314 in Home & Kitchen (See Top 100 in Home & Kitchen) #861 in Home Air Purifier Parts & Accessories |
| Date First Available | June 30, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Products related to this item

Sponsored ⓘ

Case 3:23-cv-00358-CW-AS   Document 249-11   Filed 12/10/25   Page 8 of 101   Page ID #:5529



**AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M…**
4

$99.99

**Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate…**
82

$65.99   ($9.43/Count)

**Ulrempart Replacement Filter Sets for Air Dr. Purifier Model AD3000, AD3000M, Inclu…**
126

$65.99

**Fizerneer AD3000 True HEPA Filter Replacement Set Compatible with 4-in-1 Home Air P…**
11

$49.99   ($16.66/Count)

Save $5.00   with coupon

**Vegebe AD3000 Replacement Filter Set, Fit for Air Doctor AD3000, AD3000M,…**
1

Limited time deal

$69.99

List: $99.99 (30% off)

F
C
D
AD3

$69

# Videos

Case 3:23-cv-00358-CW-AS   Document 249-11   Filed 12/10/25   Page 9 of 101   Page ID #:5530

## Videos for related products

| | | |
|---|---|---|
| 0:31 | 0:44 | 0:38 |
| Mestica air purifier fit HOKEKI VK-6067B | AirDoctor - How to Replace Your AD3000 Filters | AirDoctor - How to Maintain AD3000 Pre-Filters |
| GERSHION Direct | Ideal Living Direct | Ideal Living Direct |

Upload your video

---

## Compare with similar items

| | This item AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4) | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1) UltraHEPA Filters & Two (2) Carbon/Gas Trap/VOC Filter | AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home Purifier \| Remove Cigarette Smoke, Pet Odors, Pollen, Toxins and More \| MADE BY AIRDOCTOR | AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M AD3000pro Purifier with 1 H13 True HEPA Filter 2 Activated Carbon Gas Trap VOC Filters and 4 Extra Carbon Pre-filters |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (9) | (589) | (379) | (4) |

8/22/22, 12:55 PM

Amazon.com: AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier US. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS    Document 249-11    Filed 12/10/25    Page 10 of 101    Page
ID #:5531

| Price | $49⁸⁶ | $157⁰⁰ | $69⁹⁵ | $49⁹⁹ |
|---|---|---|---|---|
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Joba 1 | Ideal Living Direct | Ideal Living Direct | Fizerneer |
| Are batteries included? | No | No | No | No |
| Number of Items | 7 | — | 1 | 1 |

## Product Description

**AD3000 Replacement set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro**

**Compatible with** Air Dr. 4-in-1 Home Air Purifier AD3000M AD3000pro

**Part No.:**   ADF3001 ADF3002

**Package Includes：(1+2+4)**

- 1 H13 True HEPA
- 2 VOCActivated Carbon
- 4 Extra Carbon Pre-filters

**Tips:**
For optimal performance, we recommended to replace the AD3000 H13 HEPA flilte for every 10 - 12 months, replace the AD3000 VOC Activat Carbo for every 4 - 6 months, replace the AD3000 pre- filtes for every 2 - 3 months.

Case 2:23-cv-00353-GW-AS   Document 249-11   Filed 12/10/25   Page 11 of 101   Page ID #:5532

# Customer questions & answers

See questions and answers ›

# Customer reviews

4.8 out of 5

**No customer reviews**

There are 0 customer reviews and 9 customer ratings.

Case 2:23-cv-00353-GW-AS   Document 249-11   Filed 12/10/25   Page 12 of 101   Page ID #:5533

9 global ratings

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

932

Add to Cart

Sponsored

## Products related to this item

Sponsored ⓘ

8/22/22, 12:55 PM

Amazon.com: AD3000 Replacement Filters For AIR DOCTOR, Compatible with AIRDOCTOR 4-in-1 Home Air Purifier, Fit AD3001AD3000 AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS    Document 249-11    Filed 12/10/25    Page 13 of 101   Page ID #:5534











AD3000 HEPA Replacement Filters Compatible with 4-in-1 AD3000 AD3000M…

4

$99.99

Ulrempart Replacement Filter Sets for Air Dr. Purifier Model AD3000, AD3000M, Inclu…

126

$65.99

Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate…

82

$65.99  ($9.43/Count)

Vegebe AD3000 Replacement Filter Set, Fit for Air Doctor AD3000, AD3000M,…

1

Limited time deal

$69.99

List: $99.99 (30% off)

Fizerneer AD3000 True HEPA Filter Replacement Set Compatible with 4-in-1 Home Air P…

11

$49.99  ($16.66/Count)

F C D AD3(

$69

28,438

Sponsored



D-TEND True HEPA Filter B FLT4825 Replacement Compatible with G-Guardian…

25

$36.99  ✓prime

Sponsored

8/22/22, 12:55 PM

Amazon.com: AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier, Fit AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 …

Case 2:23-cv-00353-GW-AS    Document 249-11    Filed 12/10/25    Page 14 of 101   Page ID #:5535

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Amazon Assistant

Help

English

United States

| Amazon Music | Amazon | Amazon | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising Find, attract, and engage customers | Drive Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon | Amazon | AmazonGlobal | Home | Amazon Ignite | Amazon Web |
| Start a Selling Account | Business | Fresh | Ship Orders Internationally | Services | | Services |

Case 2:23-cv-00353-GW-AS    Document 249-11    Filed 12/10/25    Page 15 of 101   Page
ID #:5536

Everything
For
Your Business

Groceries &
More
Right To
Your Door

Experienced
Pros
Happiness
Guarantee

Sell your original
Digital Educational
Resources

Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals
Quality Use

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2022, Amazon.com, Inc. or its affiliates

Deliver to Amador
**Sherman Oaks 91403**

Appliances ▼

EN ▼    Hello, Jamie
**Account & Lists** ▼    Returns
**& Orders**    **0**

All    Back to School    Off to College    Amazon Basics    Coupons    Shopper Toolkit    Health & Household    **Earn rewards on shopping**

Appliances    Best Sellers    Refrigeration    Cooking    Washers & Dryers    Dishwashers    Parts & Accessories


Honeywell HPA300 HEPA Air Purifier, Airborne Allergen Reducer for Large Rooms (465 sq ft), Black - Wildfire/Smoke, Pollen, Pet Dander, and Dust Air...    ★★★★½ 28,438    $249⁹⁹ ✓prime

Home & Kitchen › Heating, Cooling & Air Quality › Parts & Accessories › Air Purifier Parts & Accessories    Sponsored

**Last purchased Aug 22, 2022**

Size: **1+2+4** | **View order**

**Set reminder**








# AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)

**Visit the LINNIW Store**

$49⁸⁶ ($7.12 / Count)

& FREE Returns

FREE delivery **Monday, August 29**

Or fastest delivery **Tomorrow, August 23**. Order within 27 mins

Deliver to Amador - Sherman Oaks 91403

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction



















# Customer Review

amy beckmann

★★★☆☆ **Does not fit AD 3000**

Reviewed in the United States on February 3, 2024

**Verified Purchase**

The air doctor 3000 has 1 angled corner. These filters have 4 square corners. That means these do not fit into the AD3000. They look to be good quality, however, they will not work, and I am returning them

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-00006

# Customer Review



GwenB

★★★★★ **Half the price**

Reviewed in the United States on September 5, 2023

**Verified Purchase**

The filters fit the AD3000 perfectly and are a third of the price.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-00007



# Customer Review

Caleb

★★★★★ **Great fit**

Reviewed in the United States on August 23, 2023

Great product and cost less than Air Doctor brand.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

DP-00008



DP-00009



# Customer Review

Myvette

★★★★★ **Dupe de air doctor**

Reviewed in the United States on January 25, 2023

**Verified Purchase**

Tengo un air doctor y los originales salen muy caros,estos funcionan por la mitad de lo que cuestan los originales

Helpful | Report | Permalink

Translate review to English

No image available

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000010



DP-000011



# Customer Review

Jenika Johnson

★★★★★ **Perfect dupe**

Reviewed in the United States on December 29, 2023

**Verified Purchase**

Excellent fit, feels to me the same quality as the name brand

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

### Amazon Payment Products
Amazon Business Card
Shop with Points
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account

DP-000012





# Customer Review

kim wharton

★☆☆☆☆ **do not work**

Reviewed in the United States on January 13, 2024

**Verified Purchase**

did not work in my machine, ran red for days even when brand new

One person found this helpful

Helpful | Report | Permalink

No image available

★★★★★ 0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

**Amazon Payment Products**
Amazon Business Card
Shop with Points
Reload Your Balance

**Let Us Help You**
Amazon and COVID-19
Your Account

DP-000014



# Customer Review

Dennis

★★★★★ **Great combination of filters.**

Reviewed in the United States on January 21, 2024

**Verified Purchase**

Will help maintain my Air Dr. will order again.

Helpful | Report | Permalink

No image available

★★★★★ 0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Business Card | Amazon and COVID-19 |
| Blog | Sell on Amazon Business | Shop with Points | Your Account |
| About Amazon | Sell apps on Amazon | Reload Your Balance | |

DP-000015

# Customer Review



cake eater

★★★★☆ **Seems fine**

Reviewed in the United States on January 22, 2024

**Verified Purchase**

I'm not sure it takes care of strong smells the way the real air dr filters do but for just regular filtering these are great and a fantastic price.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

### Amazon Payment Products
Amazon Business Card
Shop with Points
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account

DP-000016



# Customer Review

Seeking Hearts

★★★★☆ **Cheaper than name brand, fragile prefilter**

Reviewed in the United States on January 24, 2024

**Verified Purchase**

I like these as they are much more cost effective for the air doctor. The prefer though is much thinner and does not hold up as well as the main brand one. It rips as I try to vacuum dust off of it.

Helpful | Report | Permalink

## Product Details

No image available

★★★★★ 0 out of 5

0 global ratings

5 star [          ] 0%
4 star [          ] 0%
3 star [          ] 0%
2 star [          ] 0%
1 star [          ] 0%

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

### Amazon Payment Products
Amazon Business Card
Shop with Points
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account

DP-000017



# Customer Review

Kistler

★☆☆☆☆ **Should order directly from Air Doctor**

Reviewed in the United States on January 30, 2024

**Verified Purchase**

This item claims to be the same as ordering from Air Doctor. It is not. The HEPA filter, which is supposed to last up to 12 months, only lasted 3 months. Also, the pre-filters are very thin compared to the Air Doctor filters. Not worth it to save a few dollars. Now I am having to spend more money to get quality filters. Just another cheap knockoff.

Helpful  |  Report  |  Permalink

## Product Details

☆☆☆☆☆  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell on Amazon Business
Sell apps on Amazon

### Amazon Payment Products
Amazon Business Card
Shop with Points
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account

DP-000018



# Customer Review

Todd Reed

★★★★☆ **After market filters**

Reviewed in the United States on September 11, 2022

**Verified Purchase**

These really seem like great deal compared to the price of Air Doctor filters, The prefilter is thinner than the original one. So far so good only time will tell.

One person found this helpful

Helpful   |   Report   |   Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**See All Buying Options**

## See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000019



# Customer Review

Amazon Customer

★☆☆☆☆  **I received only 1 extra carbon filter instead of 4.**

Reviewed in the United States on October 11, 2022

**Verified Purchase**

I received the order. However, I only received ONE extra carbon prefilter instead of FOUR. When will I get the other THREE extra carbon prefilters???

3 people found this helpful

Helpful  |  Report  |  Permalink

★☆☆☆☆  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000020

# Customer Review



ZOEY

★★★★★ **Best Price**

Reviewed in the United States on October 25, 2022

**Verified Purchase**

These filters fit perfectly and a great price.
I recommend purchasing this product.

| Helpful | Report | Permalink |

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000021





# Customer Review

Heidi N.

★★★☆☆  **Missing item**

Reviewed in the United States on November 18, 2022

**Verified Purchase**

My order was missing 1 of the 4 mentioned carbon pre filters.

Helpful  |  Report  |  Permalink

See personalized recommendations

Sign in

New customer? Start here.

Back to top



# Customer Review

CJTeacher

★★★★★ **Great filters easy to use!**

Reviewed in the United States on December 1, 2022

**Verified Purchase**

Great filters

Helpful | Report | Permalink

No image available

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-000024





# Customer Review

Dee Kay

★☆☆☆☆ **makes the air very smelly and unhealthy**

Reviewed in the United States on January 9, 2023

**Verified Purchase**

These filters fit exactly but as soon as the machine is turned on, the smell starts and did not clear in one hour so I had to take them out. The smell is very unhealthy.

5 people found this helpful

Helpful | Report | Permalink

## Product Details

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

# See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

## Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-000026





# Customer Review

Lndsya

★☆☆☆☆ **Horrible Chemical Smell**

Reviewed in the United States on February 3, 2023

**Verified Purchase**

The filters smelled so strongly of chemicals. It turned the light red and filled the house with the smell. Barely lasted 10 minutes before removing them and opening the windows.

4 people found this helpful

Helpful    |    Report    |    Permalink

DP-000028



# Customer Review

Courtney Schroeder

★☆☆☆☆ **Awful, toxic smell**

Reviewed in the United States on February 4, 2023

**Verified Purchase**

The moment I opened the box, there was an overwhelming strong scent of chemicals that burned my nose. I would have thought the package and filters had been sitting in gasoline or something of such strong, putrid odor for quite some time. My dogs began sneezing hysterically. My eyes and nose watered. Took 15+ minutes to get the smell out of the house, after the filters were set outside...

4 people found this helpful

Helpful  |  Report  |  Permalink

---

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

---

# See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us
Careers
Amazon Newsletter

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

## Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000029



DP-000030



# Customer Review

Sarah C.

★★★★★ **Work great for fraction of price**

Reviewed in the United States on March 4, 2023

**Verified Purchase**

These are the exact same as the ones you get from the company, just at a fraction of the cost. I will keep buying them for sure!

One person found this helpful

Helpful   |   Report   |   Permalink

## Product Details

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**See All Buying Options**

# See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000031



DP-000032



# Customer Review

Amazon Customer

★★★★★ Fits perfectly.

Reviewed in the United States on March 11, 2023

**Verified Purchase**

Replacement filters fit just like the original filters. Good value for the follar.

One person found this helpful

Helpful | Report | Permalink

## Product Details

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000033



# Customer Review

Jerry Shepherd

★★★★★ **Good buy**

Reviewed in the United States on March 23, 2023

**Verified Purchase**

Like them and will buy again

One person found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000034









# Customer Review

Amazon Customer

★★★★★ **Filters seem to fit well, good price**

Reviewed in the United States on April 19, 2023

**Verified Purchase**

Product came timely. Filters fit my machine, reasonable price and seem to work well.

One person found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
|--------|--|-----|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000038



DP-000039



# Customer Review

John M

★★★★★ **Great replacement**

Reviewed in the United States on May 1, 2023

**Verified Purchase**

Love this it fits great in my ad3000 and the extran screens fit great

Helpful  |  Report  |  Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000040



# Customer Review

Nathaniel Lee Hillen

★★★★☆  **I dont know why air filters are so expensive**

Reviewed in the United States on May 3, 2023

**Verified Purchase**

These also come with a really fine mesh carbon filter that my air doctor units didnt need but I tried putting in anyways. So far it's been working fine. They install super easily and the packaging is great, the pricetag on them just kills me for air filters

4 people found this helpful

Helpful  |  Report  |  Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000041

# Customer Review

A Slightly Better Wife ✓

★☆☆☆☆  **Toxic Smell**

Reviewed in the United States on May 7, 2023

**Verified Purchase**

These filters have an absolutely awful toxic smell, almost like the product used to remove fake fingernails. When installed the fan of the air purifier blows that smell all around the house quickly. It burned my nostrils within minutes so I took it out and put the old filter right back in for now until a new authentic one can arrive.

Unfortunately I didn't open this right away after delivery and my return window has closed, so I'm out $50. Prior to this I've only bought Air Doctor filters, which I've never had a problem with.

6 people found this helpful

Helpful  |  Report  |  Permalink

---

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

---

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000042



# Customer Review

BB

★★★★☆ **Amazon should not force you to write**

Reviewed in the United States on May 12, 2023

**Verified Purchase**

Amazon should npt force you to write a review if you are just wanting to give a rating.. Yes I am pleased with this purchase though.

2 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000043



# Customer Review

ilonca lindsey

★★★★★ **Cheapest filter I could find..**

Reviewed in the United States on May 24, 2023

**Verified Purchase**

..packaging was great and filter fit ..

2 people found this helpful

Helpful  |  Report  |  Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000044



DP-000045



# Customer Review

TaSarav

★★★★★ **A staple at our house**

Reviewed in the United States on June 7, 2023

**Verified Purchase**

We subscribe to these. A great value!

2 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000046



# Customer Review

Buck

★★★★★ **Just as good as the official brand name filters!**

Reviewed in the United States on June 20, 2023

**Verified Purchase**

We purchased these filters to use in our air doctor. They work just as well as the official air filters sold by air doctor, that cost a lot more. Definitely recommend!!

2 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000047

# Customer Review



Poptart

★★★★★ **Air Doctor**

Reviewed in the United States on June 23, 2023

Replacement filters worked wonderfully. They were mush less expensive than Air Doctor filters. So far I see no difference. Product and service was good.

Helpful | Report | Permalink

☆☆☆☆☆ 0 out of 5

0 global ratings

| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000048



# Customer Review

OttosWife

★★★★★ **Great!**
Reviewed in the United States on June 29, 2023
**Verified Purchase**

These work just as well as the original equipment filters, much more reasonable!

Helpful  |  Report  Permalink

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |

DP-000049





# Customer Review

Tracey Blackmon

★★★★★ **Well worth it!**

Reviewed in the United States on July 26, 2023

**Verified Purchase**

I bought these for my air doctor because the air doctor ones are so expensive. These work just as good for a third of the price!

3 people found this helpful

Helpful | Report | Permalink

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000051

# Customer Review



Barbara Traylor Smith

★★★☆☆ Filters

Reviewed in the United States on July 30, 2023

**Verified Purchase**

I had the original filters and thought I'd try these since they're a bit cheaper. Since installing the machine frequently switches to full filter for a short period then goes back to normal. The top filter was much thinner than the original. Not sure if that is part of it or not.

I haven't loved the Air Doctor in general. Not sure it's any better than some other air filters I have and the replacement filters are expensive.

2 people found this helpful

Helpful | Report | Permalink

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates &

DP-000052



# Customer Review

Amazon Customer

★★★★★ **Good product**

Reviewed in the United States on August 6, 2023

**Verified Purchase**

Ordered these before. Will order again.

One person found this helpful

Helpful | Report | Permalink

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000053



# Customer Review

Reviewer

★★★★☆ **Works with air doctor 3000**

Reviewed in the United States on August 9, 2023

**Verified Purchase**

The quality is definitely lesser than the air doctor brand but they are great for the money. The pre-filter is not as dense

3 people found this helpful

Helpful | Report | Permalink

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000054





# Customer Review

HarleyDog

★★★★★ **Work well and a great price.**

Reviewed in the United States on August 18, 2023

**Verified Purchase**

Nothing to dislike about these filters and the price is exeptionsl.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000056





# Customer Review

Cipriano John Perez

★☆☆☆☆ **Do not buy these!**

Reviewed in the United States on August 24, 2023

**Verified Purchase**

I was a sucker and chose to buy these knock off air filters vs the REAL Air Doctor 3000 air filters that cost $157 to save some money. These are so toxic and harmful. As soon as you open them up and install them and turn your air doctor on, you can smell the chemicals everywhere! Not good for your health or in my case my dogs health at all. Pretty sure this is what let to me getting sick for the last 4 days.
Not worth the money at all and a complete waste. I ended up returning these yesterday and going back and buying the real thing again and am so much happier!

2 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000058



# Customer Review

Daniel B.

★★★★☆ **A good alternative to the branded filters**

Reviewed in the United States on August 29, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

Physically these filters are a perfect replacement fit for the original filters in our Air Doctor AD-3000 systems. They fit snugly and are easy to remove with the little pull strips, just like the original branded filters.

Qualitywise, I think these filters may not be 100% quality matches for the branded filters, although that's just speculation somewhat. I have 2 Air Doctors and to my best knowledge we have only ever replaced filters with Air Doctor brand filters. One of the pre-filters was exactly the same spongy foam material that is in this set, and one was a foam with smaller cells that is probably a more effective filter. So it's possible these pre-filters are not as effective as the pre-filter you already have installed. For the HEPA filter, the filter in this set looks identical to the original Air Doctor HEPA filter. But going off of the printed details, Air Doctor says that their filter is an UltraHEPA filter and their system can catch particles 100x smaller than the HEPA standard, and LINNIW just says that theirs is a HEPA filter. I don't see a difference, but I have no way of testing whether there is actually a filtering performance difference between this replacement filter and an original, or if it's just marketing-speak from Air Doctor. If you are super-concerned about filtering the tiniest particles, you might want to spring for the branded filter to have more confidence in their UltraHEPA filter. But if HEPA-level filtering is sufficient (or you just want to save some money vs the OEM filters) I definitely think this filter set will pull most of the junk out of your air.

2 people found this helpful

Helpful | Report | Permalink

No image available

★★★★★ 0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon

### Make Money with Us
Sell on Amazon
Sell apps on Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card

### Let Us Help You
Your Account
Your Orders

DP-000059



DP-000060





# Customer Review

kenneth007

★★★★★ **Great price**

Reviewed in the United States on October 2, 2023

**Verified Purchase**

Air doctor needs to lower their prices, will order again...

3 people found this helpful

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

DP-000062



# Customer Review

TheCrowe

★★★★★  **Works just as good at half the price**

Reviewed in the United States on October 2, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

I've been putting off getting a new filter for my AirDoctor because they are so expensive. I decided to try these replacement filters and they work great! An additional feature they have that the standard ones don't is that you can replace the pre-filter. Before I would try vacuuming it which never worked very well so it's helpful that I can take it out and replace it with on of the 4 they gave me. Will definitely be buying these from now on.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000063



# Customer Review

Kindle Customer CT

★★★★★  **Glad to have these on hand**

Reviewed in the United States on October 17, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

We are in the midst of a gut and remodel of the kitchen, so I am a full-time resident in what can only be referred to as "bad air." Add to the remodel my chronic allergies, ever increasing local levels of PM2.5 (particulate matter less than 2.5 microns which is the tiny stuff from fire, pollution, etc.) and general dust from living in an arid climate and it is easy to understand my dependency on the AD3000 for air I can comfortably breathe.

Even on sale, the 12 month OEM filter replacement set is more than double the price of this set, so this product is a well priced alternative.

My pre-filter and carbon filter were disgusting, so I opened this set immediately upon receipt. These are the differences I noted when installing the new filters:

- The new pre-filter is at least 2x as thick as the OEM pre-filter was. Given the horrible state of my pre-filter, I feel like this is a a positive change, and it did not impact my ability to attach it or my abiliy to close the machine after installation.

- The OEM carbon filter had arrows to help you determine which side faces into the HEPA filter. Given the velcro around the edges of the pre-filter side of the carbon filter it is pretty obvious without arrows, but the arrows are not included on my new replacement filters.

It takes at least a few months of continuous operation for the AD air purifier to signal the need for replacements, but so far I am pleased with the new filters in my AD3000.

Helpful  |  Report  |  Permalink

---

★★★★★  0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

---

## See personalized recommendations

Sign in

New customer? Start here.

DP-000064



# Customer Review

HappyGardener2015

★★★★★  **Just like OEM.**

Reviewed in the United States on October 18, 2023

**Verified Purchase**

Good quality. I can't tell the difference between these and the ones from Airdoctor. I will buy them again.

One person found this helpful

Helpful  |  Report  |  Permalink

## Product Details

No image available

★★★★★  0 out of 5

0 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

**Let Us Help You**

Your Account

Your Orders

DP-000065







# Customer Review

David Rogers

★★★★★ **Perfect!**

Reviewed in the United States on November 14, 2023

**Verified Purchase**

I was a little apprehensive that they might not be close enough to OEM quality, some previous reviewers had that experience, but my set were pretty much identical to me. i'll definitely buy this set every year, so much cheaper than OEM!

One person found this helpful

Helpful | Report | Permalink

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000068



# Customer Review

atlanticjem

★★★★★ **Exactly what I needed!!**

Reviewed in the United States on November 20, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

I've been needing replacement filters for my Air Doctor for some time, but the original were so expensive! These truly saved the day!! My air purifier was a gift because my allergies had been so bad. I've noticed them getting worse again with the filters going bad. These are perfect! And the price is so much better than the original and they work just as well!

Helpful | Report | Permalink

## Product Details

No image available

★★★★★ **0 out of 5**

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card

### Let Us Help You
Your Account
Your Orders
Shipping Rates &

DP-000069





# Customer Review

Jimmy

★★★☆☆ **Non brand name replacement**

Reviewed in the United States on November 23, 2023

**Verified Purchase**

Pre-filter is cheaper material than original. It fits let's see how it performs.

Helpful | Report | Permalink

★★★★★ 0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000071



# Customer Review

Jack

★★★★★ **Came just as described**

Reviewed in the United States on November 29, 2023

**Verified Purchase**

I ordered the product and everything came and 100% sealed bags and another box which make sure nothing was damaged and none of the filters we picking up anything on the way here.

One person found this helpful

Helpful | Report | Permalink

0 out of 5
0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000072





# Customer Review

DesignDiva

★☆☆☆☆ **Will stick with namebrand from now on**

Reviewed in the United States on December 8, 2023

**Verified Purchase**

I bought these for my AirDoctor . I was thrilled to find them at 1/3 of the price of the original filters however I wont be ordering them again. My AirDoctor has run on high speed ever since installing the filters. The prefilter is also very thin and flimsy. I have to set the machine to manual setting and run it on low speed. This is not how it was designed to work. Not worth the money saving.

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers

Amazon Newsletter

Supply to Amazon

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You
Your Account

Your Orders

Shipping Rates &

DP-000074







# Customer Review

Missah

★★☆☆☆ **They are just ok**

Reviewed in the United States on December 22, 2023

**Verified Purchase**

Based on reviews I expected a lot from these. They fit well, but my machine is a lot nosier and the auto feature doesn't work as well as it used to. We have multiple air doctors in our house and we have to now turn this one off to watch p tv because it's so loud.

Helpful | Report | Permalink

0 out of 5

0 global ratings

5 star _____ 0%

4 star _____ 0%

3 star _____ 0%

2 star _____ 0%

1 star _____ 0%

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

**Make Money with Us**

Sell products on Amazon

Sell on Amazon Business

Sell apps on Amazon

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

**Let Us Help You**

Amazon and COVID-19

Your Account

DP-000077



# Customer Review

Frodo Baggins

★★★★★ **Great price and great product**

Reviewed in the United States on April 23, 2024

**Verified Purchase**

The product is affordable and enough to last 1.5 to 2 years. The results are clean air

Helpful | Report | Permalink

0 out of 5

0 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See All Buying Options

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

DP-000078



DP-000079







