# EXHIBIT L

**amazon**.com·

## Details for Order #114-9811100-8945814

Print this page for your records.

**Order Placed:** August 22, 2022
**Amazon.com order number:** 114-9811100-8945814
**Order Total: $61.16**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M AD3000pro,1 H13 True HEPA, 2 Activated Carbn and 4 Extra Carbn Pre-filters, Part No. ADF3001 ADF3002 (1+2+4)*<br>Sold by: Joba 1 (seller profile)<br><br>Condition: New | $49.86 |

**Shipping Address:**
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
American Express | Last digits: 2001

**Billing address**
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

| | |
|---|---|
| Item(s) Subtotal: | $49.86 |
| Shipping & Handling: | $5.99 |
| | ----- |
| Total before tax: | $55.85 |
| Estimated tax to be collected: | $5.31 |
| | ----- |
| **Grand Total:** | **$61.16** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates







CVG2     8.4 Lbs   08/25   **DAX3**

Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
91403 – 3514 SHERMAN OAKS , CA United States

TBA024627567504

**DAX3**      CYCLE 1

XhyiZvnvr
1/2012

XhyiZvnvr
1/2012

LAS6    ONT5    CNO5
**O** NT5    **C** 005    **D** AX3







**Warning:** To avoid danger of suffocation Keep this plastic bag away from babies and children. Do not use this bag in cribs, beds, carriages, or playpens. This bag is not a toy.



**Warning:** To avoid danger of suffocation Keep this plastic bag away from babies and children. Do not use this bag in cribs, beds, carriages, or playpens. This bag is not a toy.





EPA Est. 101838-Cl



X003A8MCD3

AD3000 H13 True HEPA Filte...4 Extra C
arbon Pre-filters
New
Made In China                    3722516

EPA Est. 101838-C

CYCLE 1





