# EXHIBIT O



## Details for Order #111-1584814-7354609

Print this page for your records.

**Order Placed:** March 20, 2023
**Amazon.com order number:** 111-1584814-7354609
**Order Total: $58.01**

## Not Yet Shipped

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *AD3000 Replacement Filters Compatible with AIRDOCTOR Air Puri-fier AD3000 AD3000M AD3000pro, 1 H13 True HEPA Filter, 2 Activated Carbon Filter and 4 Extra Carbon Pre-filters  (1+2+4)*<br>Sold by: Lonnihome (seller profile)<br><br>Condition: New | $45.99 |

**Shipping Address:**
Amador (Jamie Nelson)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
American Express | Last digits: 2001

**Billing address**
Kathleen Williams
14724 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403
United States

Item(s) Subtotal: $45.99
Shipping & Handling:   $6.99
-----
Total before tax: $52.98
Estimated tax to be collected:   $5.03
-----
**Grand Total:$58.01**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates







PULL TO OPEN

PULL TO OPEN









EPA Est.101838-CHN

EPA Est.101838-CHN-1



AD3000 Replacement Filters...a Carbn P
re-filters?1 +2 +4?
New
Made In China

X003KJ03AL

3722516

...can be dangerous!
...keep this bag

**ATTENZIONE** - I sacchie di plastica possono essere pericolosi! Per evitare pericoli di soffocamento, non lasciare questo sacco alla portata di bambini e neonati.

**ATENCION** - Las bolsas de plastico pueden ser peligrosas. Para evitar el peligro de asfixia, mantenganse fuera del alcance de niños.

...- Οι πλαστικες σακουλες μπορει να ειναι επικινδυνες! Για να αποφυγετε τον κινδυνο ασφυξιας, κρατηστε τη σακουλα μακρια απο μωρα και παιδιά.

...- Plastične vrećice mogu biti opasne. Kako bi izbjegli opasnost od gušenja držite cvu vrećicu dalje od dojenčadi i male djece.

...- Kilekott võib olla ohtlik. Et ära hoida lämbumisohtu, palume seda kotti hoida eemal lastest ja mitte anda seda mängimiseks.

...- Maisiņš var būt bīstams. Lai izvairītos no aizrīšanās gadījumiem turiet tos tālāk no zīdaiņiem un maziem bērniem.

...- Torby plastikowe mogą być niebezpieczne. Aby uniknąć niebezpieczeństwa trzymaj tę torbę z dala od niemowląt i małych dzieci.

...- пластиковые пакеты могут представлять опасность. Во избежание опасности задохнуться не давайте пакеты детям грудного и младшего возраста.

...- Uchovávajte toto vrecko mimo dosah detí, hrozí nebezpečenstvo udusenia.

Увага! Пластикові пакети можуть бути небезпечними. Для запобігання задушенню тримайте цей пакет подалі від маленьких дітей.



05
PP







