# EXHIBIT P

*LMS Technologies, Inc.*
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060  Fax: (952) 918-9061*

Date : April 10, 2023
Test Type : IEST-RP-CC001.6
Test Aerosol : Latex Beads, Neutralized
Flow Rate: **95 cfm**
**Temp and Humidity: 72°F and 35%**

Requested By: Ideal Living
Maufacturer: Isinlive
Filter Part #: isinlive-Lonnihome
Filter Size: 13" x 16" x 1.5"
LMS #: 8341

| Flow Rate(cfm) | 95 cfm |
| --- | --- |
| $\Delta P$ (" $H_2O$) | 0.028 |
| Size Range (µm) | Fractional Efficiency % |
| **0.1-0.2** | **99.234** |
| **0.2-0.3** | **99.359** |
| 0.3-0.5 | 99.528 |
| 0.5-0.7 | 99.731 |
| 0.7-1.0 | 99.867 |
| 1.0-2.0 | 99.947 |
| 2.0-3.0 | 99.987 |
| 3.0-5.0 | 99.995 |



| midrange size | |
| --- | --- |
| 0.15 | 0.7 |
| 0.25 | |
| 0.4 | |
| 0.6 | |
| 0.85 | |
| 1.5 | |
| 2.5 | |
| 4 | |

$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} x100\%$$

$F_{eff}$ = Fractional Efficiency

$C_{up}$ = Particle Concentration Upstream of Filter

$C_{down}$ = Particle Concentration Downstream of Filter



Fractional Efficiency versus Particle Diameter

TEST SUPERVISOR
*Emile Tadros*
-----------------------------

ENGINEERING APPROVAL
*K.C. KWOK, PH.D.*
-----------------------------------

*F-001*

**LMS Technologies, Inc.**
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060  Fax: (952) 918-9061*

| | |
|---|---|
| Date : | September 19, 2024 |
| Test Type : | IEST-RP-CC001.6 |
| Test Aerosol : | Latex Beads, Neutralized |
| Flow Rate: | **328 cfm** (Highest Speed) |
| **Temp and Humidity:** | **70°F and 40%** |

| | |
|---|---|
| Requested By: | Ideal Living |
| Brand: | isinlive |
| Sold By: | isinlive |
| Description: | AD3000 Replacement Filter |
| LMS #: | 9436 |

| Flow Rate(cfm) | 328 cfm |
|---|---|
| ΔP (" H$_2$O) | **In Situ** |
| Size Range (µm) | Fractional Efficiency % |
| **0.1-0.2** | **99.159** |
| **0.2-0.3** | **99.286** |
| 0.3-0.5 | 99.547 |
| 0.5-0.7 | 99.500 |
| 0.7-1.0 | 99.469 |
| 1.0-2.0 | 99.439 |
| 2.0-3.0 | 99.579 |
| 3.0-5.0 | 99.669 |



midrange size

0.15
0.25
0.4
0.6
0.85
1.5
2.5
4

$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} \times 100\%$$



F$_{eff}$ = Fractional Efficiency

C$_{up}$ = Particle Concentration Upstream of Filter

C$_{down}$ = Particle Concentration Downstream of Filter



**Fractional Efficiency versus Particle Diameter**

(Graph: Fractional Efficiency (%) vs Particle Diameter (µm))

| | |
|---|---|
| TEST SUPERVISOR | ENGINEERING APPROVAL |
| Emile Tadros | K.C. KWOK, PH.D. |
| ----------------------------- | ----------------------------------- |

*F-001*