# EXHIBIT Q

Case 2:23-cv-00853-GW-AS   Document 249-17   Filed 12/10/25   Page 2 of 29   Page ID #:5683



Case 2:23-cv-00853-GW-AS    Document 249-17    Filed 12/10/25    Page 3 of 29   Page ID #:5684



1 Pack Medical Grade **H13 TRUE HEPA**

Service Time: 10 - 12 Months

Lint  Pollen  Dust  Mold  Pet Dander

Smoke  Wildfire Smoke  Dust Mites  VOCs  Cooking odors

**Compatible Devices**  AD3000 Replacement Filters For AIR DOCTOR

## About this item

- 🎁【Application】 AD3000 Replacement Filters Combo Compatible with AIRDOCTOR For AIR DOCTOR 4-in-1 Home AIR DR. AD3000 AD3000M 3000PRO, Compare to Part NO.: ADF3001, ADF3002
- ❤️【3-Stage Filtration System】 Our AD3000 replacement filter set for AIRDOCTOR is made of environmentally friendly and healthy materials, including 1 H13 TRUE HEPA Filter + 2 Activated Carbon Filters + 4 Pre-filters.
- 🌈【Pre Filter -- Prevent Clogging】 When hairs, dander, and other large particles meet the AD3000 pre-filter for AIR DR. Air Purifier, they will be capturd them and keep it outside to prevet the air purifier from clogging.
- 💰【Activated Carbon -- Remves Unpleasant Odors】The premium granular activated carbon filter For AIR DOCTOR physically absorbs unwanted odors and fumes such as smoke, cooking odors, and pet odors, as well as VOCs, which makes it a good choice for homes with pets, cooking, and smokers.
- 🌏【H13 True HEPA -- 99.97% High-Efficincy Filtration】These AD3000 replacement filters use medical grade H13 true HEPA filter , which meets the high-Efficiency Particulate Air (HEPA) standard. It can filter 99.97% of airborne parti cles larger than 0.3 microns.
- 🏆【1+2+4 Value Pack】To keep your AD3000 Air Purifier running at peak performance, it would be better to change these filters every regularly depending on your use frequency. AD3000 H13 HEPA for every 10 - 12 months, Activated Carbon for every 4 - 6 months, pre- filters for every 2 - 3 months.

› See more product details

Report incorrect product information.

Ships from  Amazon
Sold by  JORAIR-Filter
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt
☐ Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Subtotal
**$25.00**

---

**Buy With**   Also Viewed

## Buy it with

  +    +

Total price: $248.98

Add all three to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** AD3000 Replacement Filter Combo Compatible with AIRDOCTOR AIR DOCTOR 4-in-1…
$44⁹⁹ ($6.43/Count)

AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1)…
$157⁰⁰

FCFMY 2 Pack Activated Carbon VOC Filters Repalcement Compatible with AIR DR. AD300…
$46⁹⁹

## Based on your recent views

Sponsored ⓘ

Case 2:23-cv-00853-GW-AS   Document 249-17   Filed 12/10/25   Page 4 of 29   Page ID #:5685

    



Subtotal
**$25.00**

| AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home... 440 | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes:... 792 | Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air... 8 | Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate... 422 | AD3000 Replacement Filters Compatible with Air DR. AD3000 Air Puri- fier Filter Mode... | [2 Packs] AD3000 HEPA Replacement Filters Compatible with Air Dr. AD3000 Air Purifi... 3 | AIRDOCTOR AD2000 Genuine Replacement Pre-Filter | Removes Larger Contaminants... | AD3000 Replace Filters Compati AIRDOCTOR Air AD3000 AD300 26 |
|---|---|---|---|---|---|---|---|
| $69.95 | $157.00 | $31.99 | $62.99 ($9.00/Count) | $63.99 ($9.14/Count) | $42.99 ($21.50/Count) | $24.95 ($8.32/Count) | $44.99 |
| | | | | | Save 10% with coupon | | Save 5% with coup |

## Product information

### Technical Details

| Brand Name | JORAIR |
|---|---|
| Model Info | AD3000, AD3000M, AD3000pro |
| Item Weight | 7.87 pounds |
| Product Dimensions | 6 x 6 x 5 inches |
| Item model number | AD3000, AD3000M, AD3000pro |
| Part Number | AD3000124 |
| Compatible Device | AD3000 Replacement Filters For AIR DOCTOR |
| Material Type | AD3000 Replacement |
| Included Components | AD3000 Replacement Filters For AIR DOCTOR 1 pack H13 True HEPA , 2 pack Activated Carbon , 4 pack Extra Carbon Pre-filters (1+2+4) |
| Batteries Included? | No |

### Additional Information

| ASIN | B0BX458289 |
|---|---|
| Customer Reviews | 4.7          4 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #195,671 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#1,234 in Home Air Purifier Parts & Accessories |
| Date First Available | February 28, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

6/6/23, 4:19 PM                    Amazon.com: AD3000 Replacement Filter Combo Compatible with AIR DOCTOR 4-in-1 Home Air Purifier AD3000 AD3000M 3000PRO 1 True HEPA +2 Activa…

Case 2:23-cv-00853-GW-AS   Document 249-17   Filed 12/10/25   Page 5 of 29   Page ID #:5686

| Batteries Required? | No |
| --- | --- |

Feedback

Would you like to **tell us about a lower price?**

Subtotal
**$25.00**

## What's in the box

- AD3000 Replacement Filters For AIR DOCTOR 1 pack H13 True HEPA , 2 pack Activated Carbon , 4 pack Extra Carbon Pre-filters (1+2+4)

## Videos

### Videos for related products



0:11
**Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air…**
Halfier Filtration

1:30
**Replacing your Air Doctor filter**
☑ FAQs, Reviews & More

0:26
**AD3000 Ai Purifier Filter**
HsiaMen

0:45
**AD3000 Replacement Filters Compatible with AIRDOCTOR**
Joba 1

The Import
AirDoctor l
Ideal Living

Upload your video

## Product Description

💖**AD3000 Replacement set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro** 💖

🏠**Compatible with** Air Dr. AIR DOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro

🔵**Part No.:**   ADF3001 ADF3002

🎁**Package Include:(1+2+4)**

- 1 pack × H13 True HEPA
- 2 pack × VOC Activated Carbon
- 4 pack × Extra Carbon Pre-filters

📢**Service Time:**
For optimal performance, we recommended to replace the AD3000 H13 HEPA flilte for every 10 - 12 months, replace the AD3000 VOC Activated Carbon for every 4 - 6 months, replace the AD3000 pre- filtes for every 2 - 3 months.

Case 2:23-cv-00853-GW-AS   Document 249-17   Filed 12/10/25   Page 6 of 29   Page ID #:5687



Subtotal
**$25.00**

## Products related to this item

Sponsored ⓘ

      

| AIRDOCTOR AD3000 Genuine Replacement Carbon Gas Trap VOC Filter with Pre-Filter for... | AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home... | FCFMY AD3000 Replacement Filter Set Compatible with Air DR. AD3000 Purifier with 2 ... | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter... | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes:... | AD3000 Replacement Filters Combo Pack Compatible with Air Doctor 3000... | AD3000 Filter Replacement Combo, Fit for Air Doctor AD3000 Air Purifier with One (1... | AD3000 Replace Filters For AIR D Compatible with AIRDOCTOR 4-i |
| 569 | 440 | 422 | 3 | 792 | 27 | 7 | 12 |
| $69.90 | $69.95 | $69.99 | $54.95 | $157.00 | $49.99 | $49.99 | $108.99 ($7. |

## Similar brands on Amazon

Sponsored

SOMEWAYTOP
Shop the Store on Amazon ›

AIRDOCTOR
Shop the Store on Amazon ›

UASWPART
Shop the Store on Amazon ›

HSIAMEN
Shop the Store on Amazon

   

| SOMEWAYTOP [1 Year Set] AD3000 Replacement Filters Set Compatible wit... | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack... | AD5000 Replacement Filters Compatible with Air DR. AD5000 Air Pu-rifier Filters... | AD3000 Compa |
| 3 | 792 | 7 | |
| $63.99 | $157.00 | $92.18 | $49.9 |

## Looking for specific info?

See questions and answers ›

Case 2:23-cv-00853-GW-AS    Document 249-17    Filed 12/10/25    Page 7 of 29    Page ID #:5688

Subtotal
**$25.00**

## Customer reviews

4.7 out of 5

4 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 30% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

Top reviews

### Top review from the United States

Marla

**As always delivered in good shape.**
Reviewed in the United States on May 21, 2023
**Verified Purchase**
I'm stocked for filters!

Helpful          Report

See all reviews ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Case 2:23-cv-00853-GW-AS   Document 249-17   Filed 12/10/25   Page 8 of 29   Page
ID #:5689



Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Your Recalls and
Product Safety Alerts

Help

Subtotal
**$25.00**

English          United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon |
|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use          Privacy Notice          Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Click to scan page

Case 2:23-cv-00853-GW-AS   Document 249-17   Filed 12/10/25   Page 9 of 29   Page ID #:5690



6/6/23, 4:19 PM

Amazon.com: AD3000 Replacement Filter Combo Compatible with AIRDOCTOR For AIR DOCTOR 4-in-1 Home AIR DR. AD3000 AD3000M 3000PRO 1 True HEPA +2 Activa…

Case 2:23-cv-00353-CW-AS   Document 249-17   Filed 12/10/25   Page 10 of 29 Page ID #:5691



| Product Dimensions | 16.14"L x 13.4"W x 1"Th |
| Compatible Devices | AD3000 Replacement Filters For AIR DOCTOR |

## About this item

- 🎁【Application】AD3000 Replacement Filters Combo Compatible with AIRDOCTOR For AIR DOCTOR 4-in-1 Home AIR DR. AD3000 AD3000M 3000PRO, Compare to Part NO.: ADF3001, ADF3002
- 💗【3-Stage Filtration System】Our AD3000 replacement filter set for AIRDOCTOR is made of environmentally friendly and healthy materials, including 1 H13 TRUE HEPA Filter + 2 Activated Carbon Filters + 4 Pre-filters.
- 🌈【Pre Filter -- Prevent Clogging】When hairs, dander, and other large particles meet the AD3000 pre-filter for AIR DR. Air Purifier, they will be capturd them and keep it outside to prevet the air purifier from clogging.
- 💩【Activated Carbon -- Remves Unpleasant Odors】The premium granular activated carbon filter For AIR DOCTOR physically absorbs unwanted odors and fumes such as smoke, cooking odors, and pet odors, as well as VOCs, which makes it a good choice for homes with pets, cooking, and smokers.
- 🌀【H13 True HEPA -- 99.97% High-Efficincy Filtration】These AD3000 replacement filters use medical grade H13 true HEPA filter , which meets the high-Efficiency Particulate Air (HEPA) standard. It can filter 99.97% of airborne parti cles larger than 0.3 microns.
- 🏆【1+2+4 Value Pack】To keep your AD3000 Air Purifier running at peak performance, it would be better to change these filters every regularly depending on your use frequency. AD3000 H13 HEPA for every 10 - 12 months, Activated Carbon for every 4 - 6 months, pre- filters for every 2 - 3 months.

› See more product details

Report incorrect product information.

| Ships from | Amazon |
| Sold by | JORAIR-Filter |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Subtotal
**$25.00**

Recent price increase

---

Buy With | Also Viewed

## Buy it with

 +  +

Total price: **$248.98**

Add all three to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** AD3000 Replacement Filter Combo Compatible with AIRDOCTOR AIR DOCTOR 4-in-1…

$44⁹⁹ ($6.43/Count)

AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes: One (1)…

$157⁰⁰

FCFMY 2 Pack Activated Carbon VOC Filters Repalcement Compatible with AIR DR. AD300…

$46⁹⁹

## Based on your recent views

Case 2:23-cv-00353-GW-AS   Document 249-17   Filed 12/10/25   Page 11 of 29   Page ID #:5692

Sponsored ⓘ

**Subtotal**
**$25.00**



AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home...
440
**$69.95**



AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes:...
792
**$157.00**



Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air...
8
**$31.99**



Replacement Filters Combo for Air DR. AD3000 Purifier with 1 HEPA Filter 2 Activate...
422
**$62.99** ($9.00/Count)



AD3000 Replacement Filters Compatible with Air DR. AD3000 Air Purifier Filter Mode...
**$63.99** ($9.14/Count)



[2 Packs] AD3000 HEPA Replacement Filters Compatible with Air Dr. AD3000 Air Purifi...
3
**$42.99** ($21.50/Count)



AIRDOCTOR AD2000 Genuine Replacement Pre-Filter | Removes Larger Contaminants...
**$24.95** ($8.32/Count)



AD3000 Replace... Filters Compatib... AIRDOCTOR Air... AD3000 AD300...
26
**$44.99**
Save 5% with coup...

Save 10% with coupon

## 4 stars and above

Sponsored ⓘ



AIRDOCTOR AD3000 Genuine Replacement Carbon Gas Trap VOC Filter with Pre-Filter for...
569
**$69.90**



AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home...
440
**$69.95**



AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes:...
792
**$157.00**



AD3000 Replacement Filters Compatible with AIR DOCTOR 3000,1 H13 True HEPA,1 Activa...
73
**$42.99**



AD3000 Replacement Filters For AIR DOCTOR Compatible with AIRDOCTOR 4-in-1...
120
**$108.99** ($7.79/Count)



FCFMY AD3000 Replacement Air Filter Set Compatible with AD3000 Purifier, with...
422
**$59.99**



PUREBURG Replacement High-efficiency Filter Combo Pack Compatible with AirDoctor AD...
123
**$55.69**



AIRDOCTOR AD... Purifier for Hom... Large Rooms wi... UltraHEPA, Carb...
1,0...
**$519.00**

## Product information

### Technical Details

| | |
|---|---|
| Brand Name | JORAIR |
| Model Info | AD3000, AD3000M, AD3000pro |
| Item Weight | 7.87 pounds |
| Product Dimensions | 6 x 6 x 5 inches |
| Item model number | AD3000, AD3000M, AD3000pro |
| Part Number | AD3000124 |
| Compatible Device | AD3000 Replacement Filters For AIR DOCTOR |
| Material Type | AD3000 Replacement |

### Additional Information

| | |
|---|---|
| ASIN | B0BX458289 |
| Customer Reviews | 4.7          4 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #195,671 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#1,234 in Home Air Purifier Parts & Accessories |
| Date First Available | February 28, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return

Case 2:23-cv-00353-GW-AS   Document 249-17   Filed 12/10/25   Page 12 of 29   Page ID #:5693

| Included Components | AD3000 Replacement Filters For AIR DOCTOR 1 pack H13 True HEPA , 2 pack Activated Carbon , 4 pack Extra Carbon Pre-filters (1+2+4) |
|---|---|
| Batteries Included? | No |
| Batteries Required? | No |

guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

Subtotal
**$25.00**



Recent price increase

---

## What's in the box

- AD3000 Replacement Filters For AIR DOCTOR 1 pack H13 True HEPA , 2 pack Activated Carbon , 4 pack Extra Carbon Pre-filters (1+2+4)

## Videos

### Videos for related products



0:11
**Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air…**
Halfier Filtration



1:30
**Replacing your Air Doctor filter**
☑ FAQs, Reviews & More

0:26
**AD3000 Ai Purifier Filter**
HsiaMen

0:45
**AD3000 Replacement Filters Compatible with AIRDOCTOR**
Joba 1

**The Import AirDoctor l**
Ideal Living

Upload your video

---

## Product Description

❤️**AD3000 Replacement set Compatible with AIRDOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro** ❤️

🏠**Compatible with** Air Dr. AIR DOCTOR 4-in-1 Home Air Purifier AD3000M AD3000pro

🌐**Part No.：**  ADF3001 ADF3002

🎁**Package Include:(1+2+4)**

- 1 pack × H13 True HEPA
- 2 pack × VOC Activated Carbon
- 4 pack × Extra Carbon Pre-filters

📢**Service Time:**
For optimal performance, we recommended to replace the AD3000 H13 HEPA flilte for every 10 - 12 months, replace the AD3000 VOC Activated Carbon for every 4 - 6 months, replace the AD3000 pre- filtes for every 2 - 3 months.

Case 2:23-cv-00353-GW-AS    Document 249-17    Filed 12/10/25    Page 13 of 29   Page
ID #:5694

Subtotal
**$25.00**



Recent
price
increase

## Products related to this item

Sponsored ⓘ

       

| AIRDOCTOR AD3000 Genuine Replacement Carbon Gas Trap VOC Filter with Pre-Filter for... | AIRDOCTOR AD3000 Genuine Replacement UltraHEPA Filter- for Air Doctor 4 - in-1 Home... | FCFMY AD3000 Replacement Filter Set Compatible with Air DR. AD3000 Purifier with 2 ... | AIRDOCTOR AD2000 Genuine Replacement Carbon/Gas Trap/VOC Replacement Filter... | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack Includes:... | AD3000 Replacement Filters Combo Pack Compatible with Air Doctor 3000... | AD3000 Filter Replacement Combo, Fit for Air Doctor AD3000 Air Purifier with One (1... | AD3000 Replace Filters For AIR D Compatible with AIRDOCTOR 4-i... |
|---|---|---|---|---|---|---|---|
| 569 | 440 | 422 | 3 | 792 | 27 | 7 | 12 |
| **$69.90** | **$69.95** | **$69.99** | **$54.95** | **$157.00** | **$49.99** | **$49.99** | **$108.99** ($7.) |

## Similar brands on Amazon

Sponsored

| SOMEWAYTOP | AIRDOCTOR | UASWPART | HSIAMEN |
|---|---|---|---|
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon |

   

| SOMEWAYTOP [1 Year Set] AD3000 Replacement Filters Set Compatible wit... | AIRDOCTOR AD3000 Genuine Filter Replacement - One Year Combo Pack... | AD5000 Replacement Filters Compatible with Air DR. AD5000 Air Pu-rifier Filters... | AD300 Compa... |
|---|---|---|---|
| 3 | 792 | 7 | |
| **$63.99** | **$157.00** | **$92.18** | **$49.9** |

## Looking for specific info?

See questions and answers ›

https://www.amazon.com/gp/product/B0BX458289/ref=ppx_od_dt_b_asin_title_s00?ie=UTF8&psc=1

Case 2:23-cv-00353-GW-AS   Document 249-17   Filed 12/10/25   Page 14 of 29   Page ID #:5695

Subtotal
**$25.00**

Recent price increase

---

## Customer reviews

### 4.7 out of 5

4 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 30% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

| Top reviews |
|---|

### Top review from the United States

Marla

**As always delivered in good shape.**
Reviewed in the United States on May 21, 2023
**Verified Purchase**
I'm stocked for filters!

| Helpful |     Report

See all reviews ›

Back to top

| **Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You** |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Visa | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | |
| | | Credit Card Marketplace | |

Case 2:23-cv-00353-GW-AS   Document 249-17   Filed 12/10/25   Page 15 of 29   Page
ID #:5696

| | | | |
|---|---|---|---|
| Press Center | Become a Delivery Driver | Reload Your Balance | Amazon Prime |
| Investor Relations | Start a Package Delivery Business | Amazon Currency Converter | Returns & Replacements |
| Amazon Devices | Advertise Your Products | | Manage Your Content and Devices |
| Amazon Science | Self-Publish with Us | | Your Recalls and Product Safety Alerts |
| | Host an Amazon Hub | | Help |
| | › See More Ways to Make Money | | |

**Subtotal**
**$25.00**

Recent price increase

English          United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |

Conditions of Use     Privacy Notice     Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



Est.101838-CHN-1

X003QE63QX

3000 Replacement Filters C...o Part NO.
ADF3001, ADF3002
New
Made In China                        3722516

Case 2:23-cv-00353-GW-AS   Document 249-17   Filed 12/10/25   Page 17 of 29   Page ID #:5698

Case 2:23-cv-00353-GW-AS   Document 249-17   Filed 12/10/25   Page 18 of 29   Page ID #:5699

EPA Est.101838-CHN-1













Warning: To avoid danger of suffocation

Keep this plastic bag away from babies and children.

Do not use this bag in cribs, beds, carriages, or playpens.

This bag is not a toy.

**WARNING** - Plastic bags can be dangerous. To avoid danger of suffocation, keep this bag away from babies and children.

**ATTENTION** - Les sacs plastiques peuvent être dangereux. Pour éviter le danger d'étouffement, ne pas laisser le sac à la portée des bébés et des enfants.

**ACHTUNG** - Plastikbeutel können gefährlich sein. Um Erstickungsgefahr zu vermeiden, diesen Beutel bitte von Kindern fernhalten.

**WAARSCHUWING** - Plastic zakken kunnen gevaarlijk zijn! Houd deze zak uit de buurt van baby's en kinderen om verstikkingsgevaar te voorkomen.

危险：塑料袋不是玩具，不可让婴儿及儿童接触，可能导致窒息。

**Внимание** - Найлоновите пликове могат да бъдат опасни. За да избегнете евентуална опасност от задушаване пазете от бебета е малки деца.

**Upozornění** - Plastikové sáčky mohou být nebezpečné. Vzhledem k nebezpečí udušení je uchovávejte mimo dosah dětí.

**Figyelmeztetés!** A műanyag zacskó veszélyes lehet! Fulladás veszélyének elkerülése érdekében csecsemőktől és kisgyermekektől tartsa távol ezt a zacskót.

**Perspéjimas** - Plastikiniai maišeliai gali būti pavojingi. Laikykite juos atokiau nuo vaikų.

**Atenție** - Saci de plastic pot fi periculoși. Pentru a evita pericolul de sufocare, ține acest sac departe de bebeluși și copii mici.

**Upozorenje** - ... kesa može biti opasna. Da bi izbegli ... od gušenja, držite kesu van domašaja ...

... te nevarnost zadušitve, hranite to vrečko stran od dojenčkov in malih otrok.

**ATTENZIONE** - I sacchie di plastica posso-no essere pericolosi Per evitare pericoli al soffocamento, non lasciare questo sacco alla portata di bambini e neonati.

**ATENCIÓN** - Las bolsas de plastico pueden ser peligrosas. Para evitar el peligro de asfixia, mantengance fuera del alcance de los niños.

**ATENÇÃO!** - Os sacos de plástico podem ser perigosos Para evitar o risco de sufo-cação, mantenha este saco fora do alcance de bebés e crianças.

**Προσοχή** - Οι πλαστικές σακούλες μπορεί να είναι επικίνδυνες. Για να αποφύγετε ένα κίνδυνο ασφυξίας, κρατήστε τη σακούλα μακριά από μωρά και παιδιά.

**Upozorenje** - Plastične vrećice mogu biti opasne. Kako bi izbjegli opasnost od gušenja držite ovu vrećicu dalje od dojčadi i male djece.

**Ettevaatust** - Kilekott võib olla ohtlik. Et ära hoida lämbumisohtu, palume seda kotti hoida eemal väikest lastest ja mitte anda seda mänginniseks.

**Uzmanīn** - Maisiņš var būt bīstams. Lai izvairītos no ievainojumiem turiet šos tālāk no zīdaiņiem un maziem bērnem.

**Uwaga** - Tor plastikowe mogą być niebezpieczane. Aby uniknąc niebezpieczeństwa trzymaj tę torbę z dala od niemowłat i małych dzieci.

**Важно** - пластиковые пакеты могут представлять опасность. Во избежание опасности задохнуться не давайте пакеты детям грудного и младшего возраста.

**POZOR** - Uchovávajte toto vrecko mimo dosahu detí. Hrozí nebezpečenstvo udusenia!

**Увага!** Пластиковий пакет може бути небезпечним. Для запобігання задухи тримайте цей пакет подалі від маленьких дітей!

CVG2    8.4 Lbs    06/07    DAX3

Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
91403—3514 SHERMAN OAKS , CA
United States

 

TBA307062503402

DAX3    CYCLE 1

    

SAN3
& AX3    CNO5
D AX3









## Details for Order #111-9775169-5935434

Print this page for your records.

**Order Placed:** June 6, 2023
**Amazon.com order number:** 111-9775169-5935434
**Order Total: $160.33**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air Purifiers, 1 H13 True HEPA+ 1Activated Carbon Filters+ 4 Carbon Pre-filters*<br>Sold by: Halfier Filtration (seller profile)<br><br>Condition: New | $31.99 |
| 1 of: *AD3000 Filter Replacement Combo, Fit for Air Doctor AD3000 Air Purifier with One (1) HEPA Filter, Two (2) Carbon VOC Filters and Four (4) Pre-filters (1 Year Set)*<br>Sold by: EZLFGRE (seller profile)<br><br>Condition: New | $49.99 |
| 1 of: *AD3000 Replacement Filter Combo Compatible with AIRDOCTOR AIR DOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M 3000PRO 1 True HEPA +2 Activated Carbn +4 Pre-Filter, ADF3001 ADF3002*<br>Sold by: JORAIR-Filter (seller profile)<br><br>Condition: New | $44.99 |

**Shipping Address:**
Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
One-Day Shipping

## Payment information

**Payment Method:**
Visa | Last digits: 7918

**Billing address**
Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

| | |
|---|---|
| Item(s) Subtotal: | $126.97 |
| Shipping & Handling: | $19.45 |
| | ----- |
| Total before tax: | $146.42 |
| Estimated tax to be collected: | $13.91 |
| | ----- |
| **Grand Total:** | **$160.33** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates