# EXHIBIT R



## Details for Order #111-9775169-5935434

Print this page for your records.

**Order Placed:** June 6, 2023
**Amazon.com order number:** 111-9775169-5935434
**Order Total: $160.33**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Halfier AD3000 Replacement Filter Compatible with Air Doctor 3000 Air Purifiers, 1 H13 True HEPA+ 1Activated Carbon Filters+ 4 Carbon Pre-filters*<br>Sold by: Halfier Filtration (seller profile)<br><br>Condition: New | $31.99 |
| 1 of: *AD3000 Filter Replacement Combo, Fit for Air Doctor AD3000 Air Purifier with One (1) HEPA Filter, Two (2) Carbon VOC Filters and Four (4) Pre-filters (1 Year Set)*<br>Sold by: EZLFGRE (seller profile)<br><br>Condition: New | $49.99 |
| 1 of: *AD3000 Replacement Filter Combo Compatible with AIRDOCTOR AIR DOCTOR 4-in-1 Home Air Purifier AIR DR. AD3000 AD3000M 3000PRO 1 True HEPA +2 Activated Carbn +4 Pre-Filter, ADF3001 ADF3002*<br>Sold by: JORAIR-Filter (seller profile)<br><br>Condition: New | $44.99 |

**Shipping Address:**
Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

**Shipping Speed:**
One-Day Shipping

## Payment information

**Payment Method:**
Visa | Last digits: 7918

**Billing address**
Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
SHERMAN OAKS, CA 91403-3514
United States

| | |
|---|---|
| Item(s) Subtotal: | $126.97 |
| Shipping & Handling: | $19.45 |
| | ----- |
| Total before tax: | $146.42 |
| Estimated tax to be collected: | $13.91 |
| | ----- |
| **Grand Total:** | **$160.33** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

CVG2    8.4 Lbs    06/07    DAX3

Elizabeth Lakely (A Angel)
14724 VENTURA BLVD FL 200
91403—3514 SHERMAN OAKS , CA
United States

 

TBA307062503402

DAX3    CYCLE 1

    

GqQRhHF4L
1/3072

GqQRhHF4L

SAN3
& AX3    CNO5
D AX3


BR438P9L







Est.101838-CHN-1

X003QE63QX

3000 Replacement Filters C...o Part NO.
ADF3001, ADF3002
New
Made In China

3722516

EPA Est. 101838-CHN-1

Case 2:23-cv-00353-GW-AS   Document 249-18   Filed 12/10/25   Page 9 of 15   Page ID #:5719



**HEPA Filter**
**Insert this filter FIRST**













Warning: To avoid danger of suffocation

Keep this plastic bag away from babies and children.

Do not use this bag in cribs, beds, carriages, or playpens.

This bag is not a toy.

**WARNING** - Plastic bags can be dangerous. To avoid danger of suffocation, keep this bag away from babies and children.

**ATTENTION** - Les sacs plastiques peuvent être dangereux. Pour éviter le danger d'étouffement, ne pas laisser le sac à la portée des bébés et des enfants.

**ACHTUNG** - Plastikbeutel können gefährlich sein! Um Erstickungsgefahr zu vermeiden, diesen Beutel bitte von Kindern fernhalten.

**WAARSCHUWING** - Plastic zakken kunnen gevaarlijk zijn! Houd deze zak uit de buurt van baby's en kinderen om verstikkingsgevaar te voorkomen.

危险：塑料袋不是玩具，不可让婴儿及儿童玩耍，可能导致窒息。

**Внимание** - Найлоновите пликове могат да бъдат опасни. За да избегнете евентуална опасност от задушаване пазете от бебета е малки деца.

**Upozornění** - Plastikové sáčky mohou být nebezpečné. Vzhledem k nebezpečí udušení je uchovávejte mimo dosah dětí.

**Figyelmeztetés!** A műanyag zacskó veszélyes lehet! Fulladás veszélyének az elkerülülése érdekében csecsemöktöl és kisgyermekektöl tartsa távol ezt a zacskót.

**Perspéjimas** - Plastikiniai maišeliai gali būti pavojingi. Laikykite juos atokiau nuo vaikų.

**Atenție** - Sacii de plastic pot fi periculoși. Pentru a evita pericolul de sufocare, păstrați sac departe de bebeluși și copii mici.

**Upozorenje** - ... kesa može biti opasna. Da bi izbegli ... gušenja, držite kesu van doma ... Ate nevarnost zadušitve, hranite to vrečko stran od dojenckov in malih otrok.

**ATTENZIONE** - I sacchie di plastica posso- no essere pericolosi Per evitare pericoli al soffocamento, non lasciare questo sacco alla portata di bambini e neonati.

**ATENCIÓN** - Las bolsas de plástico pueden ser peligrosas. Para evitar el peligro de asfixia, mantengalas fuera del alcance de los niños.

**ATENÇÃO!** - Os sacos de plástico podem ser perigosos! Para evitar o risco de asfi- xia, mantenha este saco fora do alcance de bebés e crianças.

**Προσοχή!** - Οι πλαστικές σακούλες μπορεί να είναι επικίνδυνές. Για να αποφύγετε ένα κίνδυνο ασφυξίας, κρατήστε τη σακούλα μακριά από μωρά και παιδιά.

**Upozorenje** - Plastične vrećice mogu biti opasne. Kako bi izbjegli opasnost od gušenja držite ovu vrećicu dalje od dojčadi i male djece.

**Ettevaatust** - Kilekott võib olla ohtlik. Et ära hoida lämbumisohtu, palume seda kotti hoida eemal väikestlastest ja mitte anda seda mängimiseks.

**Uzmanīi** - Maisiņš var būt bīstams. Lai izvairītos no ievainojumiem turiet tos tālāk no zīdainiem un maziem bērnem.

**Uwaga** - Torby plastikowe mogą być niebezpieczne. Aby uniknąć niebezpieczeństwa trzymaj tę torbę z dala od niemowląt i małych dzieci.

**Важно** - пластиковые пакеты могут представлять опасность. Во избежание опасности задохнуться не давайте пакеты детям грудного и младшего возраста.

**POZOR** - Uchovávajte toto vrecko mimo dosahu detí. Hrozí nebezpečenstvo udusenia!

**Увага!** Пластиковий пакет можуть бути небезпечним. Для запобігання задухи тримайте цей пакет подалі від маленьких дітей!